# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GDC TECHNICS, LLC, | § | Case No. 21-50484-cag |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT the undersigned counsel, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the Bankruptcy Code, enters his appearance as counsel for The Boeing Company ("Boeing") in the above-captioned chapter 11 case (the "Case"), and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in this Case, and all pleadings and other papers served, or required to be served, in this Case, be given to and served upon the following:

> Paul M. Green
> JONES DAY
> 717 Texas, Suite 3300
> Houston, Texas 77002
> Telephone: (832) 239.3939
> Facsimile: (832) 239.3600
> Email: pmgreen@jonesday.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with

NAI-1517951835v1

regard to this Case and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

PLEASE TAKE FURTHER NOTICE THAT, this Notice of Appearance and Request for Service of Papers shall not be deemed to be or construed as a waiver of Boeing's rights: (a) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) to trial by jury in any proceeding so triable in this Case or in any case, controversy or proceeding related to this Case; or (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal. This Notice of Appearance and Request for Service of Papers is likewise not a waiver of any other rights, claims, actions or setoffs to which Boeing is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and setoffs Boeing expressly reserves.

Dated: April 27, 2021
      Houston, Texas

Respectfully submitted,

*/s/ Paul M. Green*
Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Fax: (832) 239-3600
Email: pmgreen@jonesday.com

ATTORNEYS FOR THE BOEING COMPANY

## **CERTIFICATE OF SERVICE**

      I certify that on April 27, 2021, a true and correct copy of the foregoing document was served on the parties listed below, via ECF and/or email service where available, and otherwise via First Class United States Postal service.

| | |
|---|---|
| Jason M. Rudd, <br> Scott D. Lawrence <br> WICK PHILLIPS GOULD & MARTIN, LLP <br> 3131 McKinney Avenue, Suite 500 <br> Dallas, TX 75204 <br> Phone: (214) 692-6200 <br> Fax: (214) 692-6255 <br> Email: jason.rudd@wickphillips.com <br>         scott.lawrence@wickphillips.com <br><br> *Proposed Attorneys For GDC Technics, LLC* | United States Trustee - SA12 <br> USTPRegion07.SN.ECF@usdoj.gov |
| GDC Investco, LP <br> 2021 McKinney Ave., Suite 1200 <br> Dallas, TX 75201 | Clifford Carlson <br> Weil, Gotshal & Manges, LLP <br> 700 Louisiana, Suite 1700 <br> Houston, TX 77002-2784 <br> Phone: (713) 546 5248 <br> Fax: (713) 224-9511 <br> Email: clifford.carlson@weil.com |
| City of Fort Worth <br> 900 Monroe, Suite 404 <br> Fort Worth, TX 76102 | Oriole Aviation <br> 9744 Wilshire Blvd., Suite 203 <br> Los Angeles, CA 84158 |

                                                                                                     */s/ Paul M. Green*
                                                                                                      Paul M. Green