## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GDC TECHNICS, LLC | § | Case No. 21-50484-CAG |
| | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR SERVICE OF DOCUMENTS PURSUANT
TO BANKRUPTCY RULES 2002, AND 9007**

Pursuant to Bankruptcy Rule 9010(b), Davidson Troilo Ream & Garza, P.C., by and through Richard E. Hettinger as counsel for Port Authority of San Antonio files this Notice of Appearance under Bankruptcy Rule 9010(b) and Request for Service of Documents Pursuant to Bankruptcy Rules 2002, and 9007.  Request is hereby made for the service of copies of all notices given or required to be given in this case and all papers served or required to be served in this case at the office address or facsimile number set forth herein.

Please take further notice that the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or requests, and any other documents brought before this Court in this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail  or otherwise.  Said copies shall be addressed to the following address:

Richard E. Hettinger
E-mail: rhettinger@dtrglaw.com
Davidson Troilo Ream & Garza, P.C.
601 NW Loop 410, Suite 100
San Antonio, Texas 78216-5511

Telephone: 210.349-6484
Facsimile: 210.349-0041

Neither this Notice of Appearance nor any subsequent appearances, pleadings, claims, or suit is intended or shall be deemed to waive the rights of Port Authority of San Antonio, to (1) have final orders in non-core matters entered only after de novo review by a higher court; (2) a jury trial in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (3) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which Port Authority of San Antonio may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated this 27th day of April 2021.

Respectfully submitted,

DAVIDSON TROILO REAM & GARZA
PROFESSIONAL CORPORATION
601 NW Loop 410, Suite 100
San Antonio, Texas 78216-5511
Telephone: 210-349-6484
Fax: 210-349-0041
E-mail: rhettinger@dtrglaw.com

By: /s/Richard E. Hettinger
    Richard E. Hettinger
    State Bar No. 09555100
    Cheree T. Kinzie
    State Bar No. 20284300

ATTORNEYS FOR PORT AUTHORITY OF SAN ANTONIO

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document was served by the Court's ECF electronic service on all parties requesting notice in this proceeding and all parties listed on the Court's Notice of Electronic Filing on the 27th day of April 2021:

                                         /s/ Richard E. Hettinger
                                         Richard E. Hettinger