# United States Bankruptcy Court
## Western District of Texas

In re  **GDC Technics, LLC**
Debtor(s)

Case No.  **21-50484**
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GDC Technics, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Oriole Aviation, LLC; Oriole Capital Group LLC; Mazav Management LLC; GDC Investco LP**

☐ None [*Check if applicable*]

**04/28/2021**
Date

**/s/ Jason M. Rudd**
**Jason M. Rudd**
Signature of Attorney or Litigant
Counsel for **GDC Technics, LLC**
Bar Number: 24028786
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave Suite 500
Dallas, TX 75204
Phone: (214) 420-4671
Email: jason.rudd@wickphillips.com

1