**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                                                             CHAPTER    **11**
**GDC Technics, LLC**

DEBTOR(S)                                         CASE NO    **21-50484**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Oriole Aviation, LLC**<br>9744 Wilshire Boulevard, Suite 203<br>Los Angeles, CA 94158 | 100% Membership Interest | | |
| **Oriole Capital Group LLC**<br>9744 Wilshire Boulevard, Suite 203<br>Los Angeles, CA 94158 | Indirect Interest | | |
| **Mazav Management, LLC**<br>1017 N. Main Ave., Suite 207<br>San Antonio, Texas 78212 | Indirect Interest | | |
| **GDC Investco LP**<br>2021 McKinney Avenue, Suite 1200<br>Dallas, TX 75201 | Indirect Interest | | |
| **Nabil Barakat**<br>9744 Wilshire Boulevard, Suite 203<br>Los Angeles, CA 94158 | Indirect Interest | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**CEO**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/28/2021**                          Signature: /s/ Brad Foreman
                                                                           *Brad Foreman, CEO*