IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| GDC TECHNICS, LLC., | § | Case No. 21-50484-cag |
| | § | |
| Debtors. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned law firm, Jackson Walker LLP hereby appears in the above-captioned case on behalf of TranStar Aircraft LLC, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Michael S. Held
J. Machir Stull
Jackson Walker LLP
2323 Ross Ave. Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Facsimile: (214) 953-5822
mheld@jw.com
mstull@jw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery,

28753315v.2

telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest.

PLEASE TAKE FURTHER NOTICE that this Notice is not intended to be, and shall not constitute, consent by Bank to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Bank is, or may be entitled, under agreements, in law or in equity, are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

28753315v.2

San Antonio, Texas
April 28, 2021

></>/s/ J. Machir Stull</>
**JACKSON WALKER LLP**
Michael Held (TX Bar No. 9388150)
J. Machir Stull (TX Bar No. 24070697)
2323 Ross Ave. Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email: mheld@jw.com
mstull@jw.com

*Attorneys for TranStar Aircraft LLC*

### Certificate of Service

I hereby certify and verify that on April 28, 2021, the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice.

By: */s/ J. Machir Stull*
J. Machir Stull

28753315v.2