Fill in this information to identify the case:

Debtor name: GDC Technics, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 21-50484

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Aces - Aviation Consulting Experts Inc<br>c/o Crown Financial, LLC Attn: Angie Wesley<br>16420 Park Ten Pl Ste 125<br>Houston, TX 77084 | (817) 785-7063<br>angie@aviationaces.net | Trade Invoices | Disputed | | | $421,365.25 |
| 2 | Agente Technical LLC<br>Attn: Betty Odeneal<br>714 CENTERPARK DRIVE STE 140<br>COLLEYVILLE , TX 76034 | (817) 354-5555<br>Bodeneal@agentetech.com | Trade Invoices | Disputed | | | $834,319.09 |
| 3 | Air Cabin Engineering Inc<br>Attn: Markus Seitz<br>231 W BLUERIDGE AVE<br>ORANGE , CA 92865 | (714) 637-4111<br>Markus@aircabin.com | Trade Invoices | | | | $377,438.69 |
| 4 | Avox Systems, Inc.<br>Attn: Toni Brooks<br>225 ERIE ST<br>LANCASTER , NY 14086 | (716) 686-1428<br>Toni.Brooks@safrangroup.com | Trade Invoices | | | | $431,452.04 |
| 5 | B/E Aerospace (Lighting Division)<br>Attn: Eric Beverage<br>88269 EXPEDITE WAY<br>CHICAGO , IL 60695-0001 | (262) 679-6480<br>eric.beverage@collins.com | Trade Invoices | | | | $1,152,642.25 |
| 6 | Boeing Commercial Airplanes<br>Attn: Paul M. Green<br>PO BOX 277851<br>ATLANTA , GA 30384-7851 | (382) 239-3939<br>pmgreen@jonesday.com | Trade Invoices | Disputed | | | $789,909.20 |
| 7 | City of Fort Worth<br>Attn. Leann D. Guzman<br>200 Texas Street<br>Fort Worth, TX 76102 | (817) 392-7600<br>sarah.fullenwider@fortworthtexas.gov | Facility Lease | | | | $640,722.51 |
| 8 | Delta Air Lines, Inc<br>Jay Meyers Harris Klein Associates Inc.<br>PO Box 2087<br>Woodstock, GA 30188 | (800) 440-1452 x104<br>jay@harris-klein.com | Invoices | | | | $403,326.21 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor    GDC Technics, LLC                                    Case number *(if known)*    21-50484
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Enflite Inc<br>Attn: Kevin Kieper<br>105 COOPERATIVE WAY<br>GEORGETOWN , TX 78626 | (512) 868-3399<br>kevin@enflite.com | Trade Invoices | | | | $507,576.83 |
| 10 | Goodrich Cabin Systems - Booth Veneers<br>Attn: Mike Cundiff<br>PO BOX 846118<br>DALLAS , TX 75284-6118 | (812) 704-5251<br>mike.cundiff@collins.com | Trade Invoices | | | | $482,686.00 |
| 11 | Jormac Aerospace<br>Attn: Colt Mehler<br>11221 69TH STREET NORTH<br>LARGO , FL 33773-5504 | (727) 549-9600 x2256<br>Colt.Mehler@jormac.com | Trade Invoices | | | | $823,139.39 |
| 12 | KLDiscovery Ontrack, LLC<br>Attn. Shea Orlando<br>8201 Greensboro Drive 300<br>McLean, VA 22102 | (703) 343-1387<br>shea.orlando@kldiscovery.com | Trade Invoices | | | | $420,032.12 |
| 13 | Kontron America, Inc<br>Attn: Ana Torres<br>9477 WAPLES ST STE 150<br>SAN DEIGO, CA 92121 | (858) 677-0877 x3242<br>ana.torres@us.kontron.com | Trade Invoices | | | | $394,402.50 |
| 14 | Pac Seating Systems Inc<br>Attn: Alyssa Keaney Eidson<br>3370 SW 42ND AVE<br>PALM CITY , FL 34990 | (772) 286-6670<br>Eidson@pac-fl.com | Trade Invoices | | | | $282,784.50 |
| 15 | Port Authority of San Antonio<br>Davidson Troilo Ream & Garza, P.C.<br>Attn: Richard E. Hettinger<br>601 Nw Loop 410 100<br>San Antonio, TX 78216-5511 | (210) 349-6484<br>rhettinger@dtrglaw.com | Facility Lease | | | | $1,701,298.81 |
| 16 | Satcom Direct Avionics, ULC<br>Cedar Business Services<br>Attn: Oscar Islas<br>5230 Las Virgenes Rd Ste 210<br>Calabasas, CA 91302 | (818) 936-6240<br>Oscar.islas@cedarsbiz.com | Trade Invoices | | | | $380,031.75 |
| 17 | The Boeing Company<br>Jones Day, Attn. Paul M. Green<br>717 Texas Suite 3300<br>Houston, TX 77002 | (832) 239-3939<br>pmgreen@jonesday.com | Notes | Disputed | | | $5,999,233.00 |
| 18 | Transtar Aircraft Interiors, LLC<br>Attn: Danny Wintz<br>1184 CORPORATE DR W STE A<br>ARLINGTON , TX 76006 | (972) 623-1444<br>danny.wintz@dfwaircraft.com | Trade Invoices | | | | $4,110,196.47 |
| 19 | Vinson & Elkins LLP<br>Attn. Scott N. Wulfe, Managing Partner<br>1001 Fannin Street Suite 2500<br>Houston, TX 77002 | (713) 758-2750<br>swulfe@velaw.com | Legal Services | | | | $1,251,382.98 |
| 20 | Weaver and Tidwell LLP<br>Attn. Clint Siddons, Partner-In-Charge<br>2821 West 7th Street STE 700<br>Fort Worth, TX 76107 | (817) 332-7905<br>clint.siddons@weaver.com | Accounting Services | | | | $314,894.62 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2