# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Chapter 11** |
| **GDC TECHNICS, LLC,** | § | |
| | § | **Case No. 21-50484-cag** |
| **Debtor.** | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

GDC Technics, LLC (the "Debtor"), as debtor in possession in the above-captioned chapter 11 case, with the assistance of its advisors and attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and Statement (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.

The Statement and Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Statement and Schedules contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor.

The information contained in the Statement and Schedules was prepared based on the best information available and to the Debtor's knowledge and belief. The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect,

incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

Chief Restructuring Officer Carl Moore has signed each of the Schedules and Statement. Mr. Moore is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statement, Mr. Moore has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and their advisors. Mr. Moore has not (and could not have) personally verified the accuracy of each statement and representation contained in the Statement and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

**Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Statement and Schedules; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Statement and Schedules with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Statement and Schedules as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Statement and Schedules except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On April 26, 2021 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on April 26, 2021. Unless otherwise indicated, the liability information represents the liability data of the Debtor as of the close of business on April 26, 2021.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Statement and Schedules reflect book value as of April 26, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Statement and Schedules are estimates based on the best available information available to the Debtor. Unless otherwise noted, the asset values stated in the Statement and Schedules are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Statement and Schedules, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and the Debtor's financial statements and recent turnover in management. Accordingly, the Debtor reserves all its rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Statement and Schedules at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement question, or one or more exhibits or attachments to the Statement and Schedules, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**5. Liabilities.** The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on information and research conducted in connection with the preparation of the Statement and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all its rights to amend, supplement, or otherwise modify its Statement and Schedules as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**6. Excluded Assets and Liabilities.** The Debtor may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Statement and Schedules, including, without limitation, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtor has also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**7. Insiders.** For purposes of the Statement and Schedules, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Statement and Schedules, shall

not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8. Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**9. Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**10. Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Statement and Schedules on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

**11. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in the Statement and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Statement and Schedules shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**12. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Statement and Schedules represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Statement and Schedules are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtor's knowledge, except that liens attaching to substantially all of the Debtor's assets are not noted as to each and every asset listed.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars. The conversion from British Pounds and Euro to U.S. dollars of the amounts listed in Schedule EF.01.02 and Schedule 11.77 is as of the date of the filing, April 26, 2021.

**14. Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively. The listing by the Debtor of any account between the Debtor and any of its affiliates is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding the allowance, classification, characterization, validity, or priority of such account. The Debtor takes no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtor and all parties in interest reserve all rights with respect to such accounts.

**15. Employee Addresses.** Current employee and director addresses have been reported as the Debtor's business address throughout the Statement and Schedules, where applicable.

**16. Debtor's Address.** For the purposes of the Statement and Schedules, the Debtor's address has been reported as the Debtor's headquarters address in Fort Worth, Texas.

**17. Global Notes Control.** In the event that the Schedules or Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to the Debtor's Schedules of Assets and Liabilities.** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, the Schedules and Statement are not an admission that the Debtor was solvent or insolvent as of the Petition Date or at any time before the Petition Date.

**1. Schedule A/B, Part 2, Question 8 – Prepayments**
Includes software license & subscriptions, annual fees, maintenance contracts, insurance premiums, and other advance payments. Debtor is working on updating, correcting, re-classifying, and re-calculating the prepayments' schedule.

**2. Schedule A/B, Part 3, Question 11 – Accounts Receivable**
AR amounts include ~$35mm owed by The Boeing Company ("Boeing"), and includes unpaid retention, removal of items from the Debtor's facilities, mock-up storage, uninvoiced program management costs, outstanding interiors work and outstanding amounts due to the Debtor on all contracts and agreements.

Any invoice 180-360 days overdue is considered 50% uncollectible and invoices over 360 days are considered 100% uncollectible, based on management's processes and methodology.

**3. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
Includes panels, sheet metal, pocket door assembly, and other inventory items carried at historical cost, and based on management's best estimate as of the filing date.

**4. Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles**
Current value is based on management's best estimate as of the filing date.

**6. Schedule A/B, Part 9, Question 55 – Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.**
Current value of leasehold improvements is unknown as the debtor's vacated the San Antonio facility in May of 2021.

**8. Schedule A/B, Part 11, Question 72 – Tax refunds and unused net operating losses (NOLs).**
The Debtor believes there may be material NOLs and is currently investigating the potential value and recovery of these NOLs.

**9. Schedule A/B, Part 11, Question 74 – Causes of action against third parties (whether or not a lawsuit has been filed).**
The Debtor may have other causes of action and is not waiving any rights to pursue such causes of action in the future.

**10. Schedule A/B, Part 11, Question 76 – Trusts, equitable or future interests in property**
The Debtor is not currently aware of any but is investigating and will amend the Statement and Schedules if and when new information becomes available.

**11. Schedule A/B, Part 11, Question 77 – Other property of any kind not already listed**
Intercompany receivable accounts were used to record allocations of income and expenses paid by one entity on behalf of the other. The listing of any account between the Debtor and a foreign subsidiary is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account.

**12. Schedule D: Creditors Who Have Claims Secured by Property**
On February 11, 2019, GDC Investco LP filed a UCC-1 related to a note in the aggregate amount of $20.0M (including principal and accrued but unpaid interest) alleging a security interest in substantially all assets of the Debtor.

**13. Schedule E/F: Creditors Who Have Secured Claims, Part 1 – Creditors with PRIORITY Unsecured Claims**
Priority unsecured claims include tax claims and employee accrued PTO as of April 26, 2021.

**14. Schedule E/F: Creditors Who Have Unsecured Claims, Part 2 – Creditors with NONPRIORITY Unsecured Claims**
Nonpriority unsecured claims include regular accounts payable, intercompany accounts payable, and potential claims related to an unsecured note issued by Boeing to the Debtor as of the filing date. The Debtor has not received an accounting from Boeing as to Boeing's disbursements to third parties in connection with that note, and disputes liability for any amounts not drawn under the note. Certain employee wage and benefit claims have been paid pursuant to court authority.

The nonpriority unsecured claims also include vendor payables for work related to the terminated Contracts by The Boeing Company. The Debtor believes a substantial amount of these payables may have been satisfied in part or in full by Boeing and have been marked as disputed and unliquidated.

As with the intercompany receivables, intercompany payable accounts are used for the main purpose of recording expenses paid by one entity on behalf of the others, including acquisition costs of the German entity by the Debtor.

**15. Schedule G: Executory Contracts and Unexpired Leases**
The Executory Contracts and Unexpired Leases disclosed are based on the best information available and to our knowledge and belief. The Debtor does not purport to claim this is a comprehensive listing.

**Specific Notes with Respect to the Debtor's Statement of Financial Affairs.** The Statement neither purports to represent financial statements prepared in accordance with GAAP, nor is it intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Statement contains unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts to report the financial affairs of each Debtor.

**Part 1: Number 1: Gross revenue from business**
Gross revenue for the beginning of this fiscal year to the filing date is based on management's best estimate as the filing date was not as of month end when financial information is reconciled. Unless otherwise noted, the primary source of revenue of the Debtor is Boeing programs and aircraft systems installation for multiple customers.

**Part 2: Number 6: Setoffs**
The Boeing Company may have setoff certain amounts, and the Debtor is investigating.

**Part 3: Number 7: Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
The Debtor is not currently aware of any additional legal actions but will amend the Statement and Schedules if and when new information becomes available.

| | |
|---|---|
| Debtor name | GDC Technics, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-50484 |

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $710.81

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 JP Morgan Chase Bank | Checking account | 0725 | $301,645.00 |

**Additional Page Total** - *See continuation page for additional entries* | $409,041.00

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1** | $711,396.81
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 **See attached schedule** | $210,497.02 |
|---|---|

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 **See attached schedule**                                                                      $831,825.95

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      $1,042,322.97

---

**Part 3:**  Accounts receivable

---

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11.  Accounts Receivable**

| 11a. 90 days old or less: | $36,690,818.05 | - | $0.00 | = ......➜ | $36,690,818.05 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $370,359.11 | - | $45,936.11 | = ......➜ | $324,423.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                              $37,015,241.05

---

**Part 4:**  Investments

---

**13.  Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                         % of ownership:

15.1 **GDC Engineering GmbH**          **100.00 %**          100%                              (Unknown)

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Panels and Other Raw Materials | 05/14/2021 <br> MM / DD / YYYY | $2,112,142.92 | | $2,112,142.92 |
| **20. Work in progress** | | | | |
| 20.1 | 05/14/2021 <br> MM / DD / YYYY | $441,676.02 | | $441,676.02 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 Other Inventory Items | 05/14/2021 <br> MM / DD / YYYY | $497,066.88 | | $497,066.88 |

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $3,050,885.82

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

   **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

31. **Farm and fishing supplies, chemicals, and feed**

   **None**

32. **Other farming and fishing-related property not already listed in Part 6**

   **None**

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85. — **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Office furniture, Fixtures and Equipment - See Attached Schedule** | $1,340,861.90 | **Net Book Value** | $1,340,861.90 |
| **40.** **Office fixtures** | | | |
| 40.1 **See response at Part 7, No. 39** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **See response at Part 7, No. 39** | | | |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   **None**

**43.** **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                                      $1,340,861.90

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **See attached schedule** | **(Unknown)** | | **$30,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.    **$30,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:   Real Property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1 **Main Facility - 2060 Eagle Pkwy Ft. Worth** | Lease | (Unknown) | | (Unknown) |
| 55.2 **Aircraft MRO Facility - 607 Frank Luke San Antonio** | Lease | (Unknown) | | (Unknown) |
| 55.3 **Office Space - San Clemente, California** | Lease | (Unknown) | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$0.00** |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:   Intangibles and Intellectual Property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  **IP - Engineering and Design** | **(Unknown)** | | **(Unknown)** |
| **61.  Internet domain names and websites** | | | |
| 61.1  **GDCTechnics.com** | **(Unknown)** | | **(Unknown)** |
| **62.  Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.  Goodwill** | | | |
| **None** | | | |

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.      **$0.00**

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 11:** All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    | 72.1 __Net Operating Losses__ | Tax year: __2019__ | __(Unknown)__ |
    |---|---|---|

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    | 74.1 __Boeing Defense__ | __(Unknown)__ |
    |---|---|

    Nature of Claim    __Commercial Dispute__
    Amount Requested    __(Unknown)__

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    | 77.1 __Intercompany receivable__ | __$10,821,746.51__ |
    |---|---|

    | **Other Property Total** - *See continuation page for entries* | __$189,280.00__ |
    |---|---|

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                    $11,011,026.51

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑No

☐Yes

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $711,396.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,042,322.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,015,241.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,050,885.82 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,340,861.90 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................. | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,011,026.51 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $54,201,735.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................. | | $54,201,735.06 |

## ◼ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts -** *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **JP Morgan Chase Bank** | **Checking account** | **3990** | **$0.00** |
| 3.3 **JP Morgan Chase Bank** | **Money market account** | **2901** | **$409,041.00** |

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest -** *Continued*

| | | | | |
|---|---|---|---|---|
| **Showroom/Back Shops - 412 N. Frank** 55.4 **Luke, San Antonio** | Lease | **(Unknown)** | | **(Unknown)** |
| 55.5 **Office Space - Munich, Germany** | Lease | **(Unknown)** | | **(Unknown)** |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**77.** **Other property of any kind not already listed -** *Continued*

| | |
|---|---|
| 77.2 **Dallas Cowboys Box** | **$189,280.00** |

**In re: GDC Technics, LLC**
**Case No. 21-50484**
Schedule A/B 7 Attachment
Deposits

| Description | Name of Holder of Deposit | Current Value of Debtor's Interest |
|---|---|---|
| Security Deposit | Port Authority of San Antonio | $ 122,484.51 |
| Utility Deposit | San Antonio Water System | $ 4,000.00 |
| Security Deposit | Alliance Fort Worth Maintenance Facility | $ 84,012.51 |
| | TOTAL: | $ 210,497.02 |

**In re: GDC Technics, LLC**
**Case No. 21-50484**
Schedule A/B 8 Attachment
Prepayments

| Description | Name of Holder of Deposit | Current Value of Debtor's Interest |
|---|---|---|
| Prepayment | Hughes Network | $ 8,318.40 |
| Prepayment | Kontron America Inc | $ 120,000.00 |
| Prepayment | The Young Engineers | $ 40,733.00 |
| Prepayment | Thinkom Solutions, Inc. | $ 4,378.50 |
| Insurance | Willis Towers Watson | $ 109,719.02 |
| Insurance Financing | IPFS Corporation | $ 169,565.33 |
| Subscription | Carillon Info Security | $ 641.67 |
| Software | Malware | $ 12,228.30 |
| Software | Malware Bytes | $ 2,702.76 |
| Annual Maintenance | XD Innovation Services | $ 155,969.30 |
| Subscription | Duo Security | $ 1,107.69 |
| Prepayment | SierraConstellation Partners | $ 64,620.00 |
| Prepayment | Wick Phillips Gould & Martin LLP | $ 110,843.06 |
| Software | Actifio | $ 30,998.92 |
| | TOTAL: | $ 831,825.95 |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Computer Equipment | 1000-RACK MOUNT S | $ - | Net Book Value | $ - |
| Computer Equipment | 1001-INTEL CORE 2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1002-AXIS NETWORK | $ - | Net Book Value | $ - |
| Computer Equipment | 1003-INTEL CORE 2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1004-IPTIPLEX 755 | $ - | Net Book Value | $ - |
| Computer Equipment | 1005-INTEL CORE 2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1006-RACK FOR SER | $ - | Net Book Value | $ - |
| Computer Equipment | 1007-DELL WIDE PA | $ - | Net Book Value | $ - |
| Computer Equipment | 1008-OPTIPLEX 755 | $ - | Net Book Value | $ - |
| Computer Equipment | 1009-QUAD SERVER | $ - | Net Book Value | $ - |
| Computer Equipment | 1010-CR UPGRADE I | $ - | Net Book Value | $ - |
| Computer Equipment | 1011-QUAD CORE AM | $ - | Net Book Value | $ - |
| Computer Equipment | 1012-INTEL CORE 2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1013-DELL PRECISI | $ - | Net Book Value | $ - |
| Computer Equipment | 1014-DELL PRECISI | $ - | Net Book Value | $ - |
| Computer Equipment | 1015-DELL PRECISI | $ - | Net Book Value | $ - |
| Computer Equipment | 1016-T7500 WORKST | $ - | Net Book Value | $ - |
| Computer Equipment | 1017-PRECISION M6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1018-EPSON STYLUS | $ - | Net Book Value | $ - |
| Computer Equipment | 1019-QUAD CORE AM | $ - | Net Book Value | $ - |
| Computer Equipment | 1020-ERACKS/SIC P | $ - | Net Book Value | $ - |
| Computer Equipment | 1021-DELL T7500 W | $ - | Net Book Value | $ - |
| Computer Equipment | 1022-POWEREDGE R6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1023-COMPUTER EQU | $ - | Net Book Value | $ - |
| Computer Equipment | 1024-COMPUTER EQU | $ - | Net Book Value | $ - |
| Computer Equipment | 1025-COMPUTER EQU | $ - | Net Book Value | $ - |
| Computer Equipment | 1026-MODEL 6128 P | $ - | Net Book Value | $ - |
| Computer Equipment | 1027-15-INCH MAC | $ - | Net Book Value | $ - |
| Computer Equipment | 1028-COMPELLENT W | $ - | Net Book Value | $ - |
| Computer Equipment | 1029-RARITAN (PM) | $ - | Net Book Value | $ - |
| Computer Equipment | 1030-RARITAN 32PK | $ - | Net Book Value | $ - |
| Computer Equipment | 1031-(12) MINITOW | $ - | Net Book Value | $ - |
| Computer Equipment | 1032-(6) MODEL621 | $ - | Net Book Value | $ - |
| Computer Equipment | 1033-2X8 CORE AMD | $ - | Net Book Value | $ - |
| Computer Equipment | 1034-CHK 4800 APP | $ - | Net Book Value | $ - |
| Computer Equipment | 1035-CHK MOBILE A | $ - | Net Book Value | $ - |
| Computer Equipment | 1036-CHK USER DIR | $ - | Net Book Value | $ - |
| Computer Equipment | 1037-CHK 4800 APP | $ - | Net Book Value | $ - |
| Computer Equipment | 1038-CHK MOBILE A | $ - | Net Book Value | $ - |
| Computer Equipment | 1039-CHK SMART 1 | $ - | Net Book Value | $ - |
| Computer Equipment | 1040-EXTREME SUMM | $ - | Net Book Value | $ - |
| Computer Equipment | 1041-HP E5500 G2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1042-EXTREME-SUMM | $ - | Net Book Value | $ - |
| Computer Equipment | 1043-BARRACUDA LO | $ - | Net Book Value | $ - |
| Computer Equipment | 1044-ARUBA AP 13 | $ 0.01 | Net Book Value | $ 0.01 |
| Computer Equipment | 1045-OPEN OPTION | $ - | Net Book Value | $ - |
| Computer Equipment | 1046-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1047-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1048-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1049-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1050-Datum Point- | $ - | Net Book Value | $ - |
| Computer Equipment | 1051-Datum Point- | $ - | Net Book Value | $ - |
| Computer Equipment | 1052-Datum Point- | $ - | Net Book Value | $ - |
| Computer Equipment | 1053-Datum Point | $ - | Net Book Value | $ - |
| Computer Equipment | 1054-Datum Point | $ - | Net Book Value | $ - |
| Computer Equipment | 1055-CDW Direct | $ - | Net Book Value | $ - |
| Computer Equipment | 1056-Checkpoint S | $ - | Net Book Value | $ - |
| Computer Equipment | 1057-DELL ENGINEE | $ - | Net Book Value | $ - |
| Computer Equipment | 1058-VRTX SERVER | $ - | Net Book Value | $ - |
| Computer Equipment | 1059-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1060-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1061-ENGINEERING | $ - | Net Book Value | $ - |
| Computer Equipment | 1062-TRAINING CEN | $ - | Net Book Value | $ - |
| Computer Equipment | 1063-CDW Direct - | $ - | Net Book Value | $ - |
| Computer Equipment | 1064-Datum - 2012 | $ - | Net Book Value | $ - |
| Computer Equipment | 1065-Datum - Dell | $ - | Net Book Value | $ - |
| Computer Equipment | 1066-Datum - 2010 | $ - | Net Book Value | $ - |
| Computer Equipment | 1067-Datum - Dell | $ - | Net Book Value | $ - |
| Computer Equipment | 1068-Datum - Dell | $ - | Net Book Value | $ - |
| Computer Equipment | 1069-Datum - Micr | $ - | Net Book Value | $ - |
| Computer Equipment | 1070-CDW Direct - | $ - | Net Book Value | $ - |
| Computer Equipment | 1071-Apple - Appl | $ - | Net Book Value | $ - |
| Computer Equipment | 1072-SUMMIT X 460 | $ - | Net Book Value | $ - |
| Computer Equipment | 1073-Monopad/keyb | $ - | Net Book Value | $ - |
| Computer Equipment | 1074-TRAINING CEN | $ - | Net Book Value | $ - |
| Computer Equipment | 1075-Base-SX/2 Po | $ - | Net Book Value | $ - |
| Computer Equipment | 1076-SNGL Visio S | $ - | Net Book Value | $ - |
| Computer Equipment | 1077-8 Dell Preci | $ - | Net Book Value | $ - |
| Computer Equipment | 1078-Dell Standar | $ - | Net Book Value | $ - |
| Computer Equipment | 1079-ROUNDING | $ - | Net Book Value | $ - |
| Computer Equipment | 11020-CISCO SWITC | $ - | Net Book Value | $ - |
| Computer Equipment | 11036-VIZIO 80IN | $ - | Net Book Value | $ - |
| Computer Equipment | 11037-BARCO CSM-1 | $ - | Net Book Value | $ - |
| Computer Equipment | 11059-CAMERAS FOR | $ - | Net Book Value | $ - |
| Computer Equipment | 11086-RELOCATION | $ - | Net Book Value | $ - |
| Computer Equipment | 11089- (SIX) CAME | $ - | Net Book Value | $ - |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Computer Equipment | 11091-CCTV HANGAR | $ - | Net Book Value | $ - |
| Computer Equipment | 1443-70" MONO PAD | $ - | Net Book Value | $ - |
| Computer Equipment | 1444-HIGH SPEED S | $ - | Net Book Value | $ - |
| Computer Equipment | 1445-BLADE SERVER | $ - | Net Book Value | $ - |
| Computer Equipment | 1513-Item # 75247 | $ 54.77 | Net Book Value | $ 54.77 |
| Computer Equipment | 1514-Item # 3048 | $ - | Net Book Value | $ - |
| Computer Equipment | 1515-Item # 21589 | $ - | Net Book Value | $ - |
| Computer Equipment | 1516-Item # 21385 | $ - | Net Book Value | $ - |
| Computer Equipment | 1517-Item # 64510 | $ - | Net Book Value | $ - |
| Computer Equipment | 1518-Item # 64516 | $ - | Net Book Value | $ - |
| Computer Equipment | 1519-Support 24x7 | $ - | Net Book Value | $ - |
| Computer Equipment | 1520-Item # 23580 | $ - | Net Book Value | $ - |
| Computer Equipment | 1521-Item # 22896 | $ - | Net Book Value | $ - |
| Computer Equipment | 1522-Item # 21385 | $ - | Net Book Value | $ - |
| Computer Equipment | 1523-PowerEdge R6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1587-Dell Laptops | $ - | Net Book Value | $ - |
| Computer Equipment | 1588-POWEREDGE R6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1595-DELL ULTRASH | $ - | Net Book Value | $ - |
| Computer Equipment | 1596-DELL PRECISI | $ - | Net Book Value | $ - |
| Computer Equipment | 1616-PowerEdge F6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1617-PowerEdge FD | $ - | Net Book Value | $ - |
| Computer Equipment | 1618-PowerEdge FX | $ - | Net Book Value | $ - |
| Computer Equipment | 1633-APC RACK PDU | $ - | Net Book Value | $ - |
| Computer Equipment | 1636-QLogic 8262. | $ - | Net Book Value | $ - |
| Computer Equipment | 1637-1.6TB Solid | $ - | Net Book Value | $ - |
| Computer Equipment | 1639-WRAPTOR WIRE | $ - | Net Book Value | $ - |
| Computer Equipment | 1685-OFFICE EQUIP | $ - | Net Book Value | $ - |
| Computer Equipment | 1692-CISCO QUOTE | $ - | Net Book Value | $ - |
| Computer Equipment | 1693-CISCO QUOTE | $ - | Net Book Value | $ - |
| Computer Equipment | 1697-3 PHYSICAL S | $ - | Net Book Value | $ - |
| Computer Equipment | 1698-KVM CONSOLE | $ - | Net Book Value | $ - |
| Computer Equipment | 1699-PowerEdge M6 | $ - | Net Book Value | $ - |
| Computer Equipment | 1700-CISCO EQUIPM | $ - | Net Book Value | $ - |
| Computer Equipment | 1702-APC SMART UP | $ - | Net Book Value | $ - |
| Computer Equipment | 1705-SOLID STATE | $ - | Net Book Value | $ - |
| Computer Equipment | 1706-Install or U | $ - | Net Book Value | $ - |
| Computer Equipment | 1707-Install or U | $ - | Net Book Value | $ - |
| Computer Equipment | 1709-COMPELLANT S | $ - | Net Book Value | $ - |
| Computer Equipment | 1754-ENOVIA File | $ - | Net Book Value | $ - |
| Computer Equipment | 1764-LABOR FOR NE | $ - | Net Book Value | $ - |
| Computer Equipment | 1803-WORK ORDER#2 | $ - | Net Book Value | $ - |
| Computer Equipment | 1810-Cat 6+ inser | $ - | Net Book Value | $ - |
| Computer Equipment | 1856-Precisions W | $ - | Net Book Value | $ - |
| Computer Equipment | 1880-CISCO SWITCH | $ - | Net Book Value | $ - |
| Computer Equipment | 1969-Power Edge R | $ - | Net Book Value | $ - |
| Computer Equipment | 1970-INF7021-KIT | $ - | Net Book Value | $ - |
| Computer Equipment | 1982-CISCO IT HAR | $ - | Net Book Value | $ - |
| Computer Equipment | 1983-CISCO IT HAR | $ - | Net Book Value | $ - |
| Computer Equipment | 1998-Panasonic To | $ 493.17 | Net Book Value | $ 493.17 |
| Computer Equipment | 9005-Sales Tax | $ 1,629.22 | Net Book Value | $ 1,629.22 |
| Computer Equipment | 9016-3 Precision | $ 6,045.39 | Net Book Value | $ 6,045.39 |
| Computer Equipment | 43918-1-Dell Lati | $ 7,689.62 | Net Book Value | $ 7,689.62 |
| Computer Equipment | 43918-2-Dell Lati | $ 2,299.29 | Net Book Value | $ 2,299.29 |
| Computer Equipment | 43918-3-Precision | $ 11,969.48 | Net Book Value | $ 11,969.48 |
| Computer Equipment | 44359-1-Dell 27in | $ 4,414.53 | Net Book Value | $ 4,414.53 |
| Computer Equipment | 14031-Dell Financ | $ - | Net Book Value | $ - |
| Computer Equipment | 1421-Laptops | $ - | Net Book Value | $ - |
| Computer Equipment | 1626-APC SMART-UP | $ - | Net Book Value | $ - |
| Computer Equipment | 1627-APPLECARE 3Y | $ - | Net Book Value | $ - |
| Computer Equipment | 1628-APPLE WRLS M | $ - | Net Book Value | $ - |
| Computer Equipment | 1629-PARALLEL DT | $ - | Net Book Value | $ - |
| Computer Equipment | 1630-APPLE WRLS K | $ - | Net Book Value | $ - |
| Computer Equipment | 1631-APPLE USB ET | $ - | Net Book Value | $ - |
| Computer Equipment | 1632-APPLE MBP BT | $ - | Net Book Value | $ - |
| Computer Equipment | 2008-Maintenance | $ 1,081.75 | Net Book Value | $ 1,081.75 |
| Computer Equipment | 2009-Cisco ASA Re | $ 9,307.21 | Net Book Value | $ 9,307.21 |
| Computer Equipment | 2010-DELL I7-8550 | $ 3,413.96 | Net Book Value | $ 3,413.96 |
| Computer Equipment | 2021-Alienware-17 | $ 1,576.88 | Net Book Value | $ 1,576.88 |
| Computer Equipment | 2032-Dell Optiple | $ 4,354.35 | Net Book Value | $ 4,354.35 |
| Computer Equipment | 2033-Dell Latitud | $ 6,339.61 | Net Book Value | $ 6,339.61 |
| Computer Equipment | 2034-Precision 58 | $ 28,160.13 | Net Book Value | $ 28,160.13 |
| Computer Equipment | 2035-Dell Latitud | $ 11,783.67 | Net Book Value | $ 11,783.67 |
| Computer Equipment | 2036-Precision 58 | $ 30,215.40 | Net Book Value | $ 30,215.40 |
| Computer Equipment | 2037-Dell Latitud | $ 3,563.05 | Net Book Value | $ 3,563.05 |
| Computer Equipment | 2038-Laptops, doc | $ 2,557.45 | Net Book Value | $ 2,557.45 |
| Computer Equipment | 2039-OptiPlex 706 | $ 6,220.68 | Net Book Value | $ 6,220.68 |
| Computer Equipment | 2040-Fujitsu FI-7 | $ 1,329.73 | Net Book Value | $ 1,329.73 |
| Computer Equipment | 2041-Samsung 27" | $ 3,563.37 | Net Book Value | $ 3,563.37 |
| Computer Equipment | 1400-Oracle Hardw | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1080-3 IN PLANT O | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1081-CUBICLE OFFI | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1082-6 CHAIRS-ENG | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1083-FURNITURE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1084-6 CHAIRS (AE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1085-NBAA BOOTH | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1086-FURNITURE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1087-OFFICE FURNI | $ - | Net Book Value | $ - |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Furniture Fixture & | 1088-OFFICE FURNI | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1089-TRADESHOW BO | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1090-DISPLAY&SPEA | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1091-42" PLASMA M | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1092-OFFICE FURNI | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1093-ART/PAINTING | $ 1,902.39 | Net Book Value | $ 1,902.39 |
| Furniture Fixture & | 1094-FURNITURE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1095-WRK STATIONS | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1096-H MILLER AER | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1097-AERON CHAIR | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1098-RECTANGULAR | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1099-AERON CHAIR | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1100-WRK STATIONS | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1101-ARTWORK | $ - | Net Book Value | $ - |
| Furniture Fixture & | 11012-CONFERENCE | $ 542.69 | Net Book Value | $ 542.69 |
| Furniture Fixture & | 11013-RENTAL CONF | $ 212.29 | Net Book Value | $ 212.29 |
| Furniture Fixture & | 1102-PEDESTAL/FIL | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1103-FRONT DESK | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1032-BLACKBOX BI | $ 1,605.56 | Net Book Value | $ 1,605.56 |
| Furniture Fixture & | 11033-MATERIALS F | $ 370.48 | Net Book Value | $ 370.48 |
| Furniture Fixture & | 1104-WRK STATIONS | $ - | Net Book Value | $ - |
| Furniture Fixture & | 11042-REIMBUSABLE | $ 3,070.87 | Net Book Value | $ 3,070.87 |
| Furniture Fixture & | 1105-CR TABLE REP | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1106-DESK W/BOX D | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1107-UNITED CHAIR | $ - | Net Book Value | $ - |
| Furniture Fixture & | 11074-6MNW3 STOR | $ 452.86 | Net Book Value | $ 452.86 |
| Furniture Fixture & | 11075-ENCLOSED WO | $ (3,926.69) | Net Book Value | $ (3,926.69) |
| Furniture Fixture & | 11077-2KRE5 WORK | $ 46.79 | Net Book Value | $ 46.79 |
| Furniture Fixture & | 11078-ENCLOSED WO | $ 539.30 | Net Book Value | $ 539.30 |
| Furniture Fixture & | 1108-OFFICE FURNI | $ - | Net Book Value | $ |
| Furniture Fixture & | 11082-MATERIALS F | $ 350.28 | Net Book Value | $ 350.28 |
| Furniture Fixture & | 1109-CONTROL PANE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 11095-RESTORATION | $ 6,555.04 | Net Book Value | $ 6,555.04 |
| Furniture Fixture & | 11096-Furniture p | $ 2,836.82 | Net Book Value | $ 2,836.82 |
| Furniture Fixture & | 11097-Furniture p | $ 1,699.03 | Net Book Value | $ 1,699.03 |
| Furniture Fixture & | 1110-CR UPGRADE I | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1111-A340 ENTRY | $ 0.02 | Net Book Value | $ 0.02 |
| Furniture Fixture & | 1112-OFFICE FURNI | $ - | Net Book Value | $ - |
| Furniture Fixture & Equipment | 1113-DESIGN AREA | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1114-FURNITURE & | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1115-FURNITURE & | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1116-FURNITURE & | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1117-AT&T DATA CO | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1118-ENGINEERING | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1119-HUB FURNITUR | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1120-SECURITY CAM | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1121-SECURITY CAM | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1122-READERS IN/O | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1123-AT&T SYNPSE | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1124-SMART SECURI | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1125-Rounding | $ - | Net Book Value | $ - |
| Furniture Fixture & | 1446-SLIDE DOOR R | $ 232.28 | Net Book Value | $ 232.28 |
| Furniture Fixture & | 1591-FURNITURE FO | $ 1,632.87 | Net Book Value | $ 1,632.87 |
| Furniture Fixture & | 1689-YLIGHTING.CO | $ 227.19 | Net Book Value | $ 227.19 |
| Furniture Fixture & | 1690-LUMENS PO218 | $ 112.15 | Net Book Value | $ 112.15 |
| Furniture Fixture & | 1691-Student desk | $ 4,583.75 | Net Book Value | $ 4,583.75 |
| Furniture Fixture & | 1696-Hiahback Mes | $ 1,104.33 | Net Book Value | $ 1,104.33 |
| Furniture Fixture & | 1701-SIX LAMPS PE | $ 255.24 | Net Book Value | $ 255.24 |
| Furniture Fixture & | 1726-Student desk | $ 4,583.75 | Net Book Value | $ 4,583.75 |
| Furniture Fixture & | 1765-PHASE 2- BAY | $ 3,596.22 | Net Book Value | $ 3,596.22 |
| Furniture Fixture & | 1773-BOM ASTOR RN | $ 1,057.24 | Net Book Value | $ 1,057.24 |
| Furniture Fixture & | 1774-DESIGN FURNI | $ 3,526.50 | Net Book Value | $ 3,526.50 |
| Furniture Fixture & | 1775-BOM DEMILLE | $ 1,547.57 | Net Book Value | $ 1,547.57 |
| Furniture Fixture & | 1776-BOM ASTOR RN | $ 1,057.24 | Net Book Value | $ 1,057.24 |
| Furniture Fixture & | 1778-FURNITURE FO | $ 6,596.97 | Net Book Value | $ 6,596.97 |
| Furniture Fixture & | 1779-ohase 2 leve | $ 2,104.95 | Net Book Value | $ 2,104.95 |
| Furniture Fixture & | 1798-PHASE 2- BAY | $ 3,086.88 | Net Book Value | $ 3,086.88 |
| Furniture Fixture & | 1800-ohase 2 leve | $ 2,112.32 | Net Book Value | $ 2,112.32 |
| Furniture Fixture & | 1801-FURNITURE FO | $ 6,623.83 | Net Book Value | $ 6,623.83 |
| Furniture Fixture & | 1802-DESIGN FURNI | $ 3,526.51 | Net Book Value | $ 3,526.51 |
| Furniture Fixture & | 1813-FACILITY RX | $ 1,399.23 | Net Book Value | $ 1,399.23 |
| Furniture Fixture & | 1814-CONFERENCE R | $ 1,143.27 | Net Book Value | $ 1,143.27 |
| Furniture Fixture & | 1816-Level 3 / Ba | $ 2,622.35 | Net Book Value | $ 2,622.35 |
| Furniture Fixture & | 1821-AFW/ FACILIT | $ 722.58 | Net Book Value | $ 722.58 |
| Furniture Fixture & | 1824-FACILITY RX | $ 280.13 | Net Book Value | $ 280.13 |
| Furniture Fixture & | 1827-Level 3 / Ba | $ 2,775.39 | Net Book Value | $ 2,775.39 |
| Furniture Fixture & | 1832-LINEN CITRUS | $ 2,421.78 | Net Book Value | $ 2,421.78 |
| Furniture Fixture & | 1863-LINEN NAVY B | $ 1,635.24 | Net Book Value | $ 1,635.24 |
| Furniture Fixture & | 1864-LINEN COBALT | $ 5,630.70 | Net Book Value | $ 5,630.70 |
| Furniture Fixture & | 1865-LINEN CARROT | $ 2,421.78 | Net Book Value | $ 2,421.78 |
| Furniture Fixture & | 1873-Hiahback Mes | $ 1,233.23 | Net Book Value | $ 1,233.23 |
| Furniture Fixture & | 1874-AFW/ FACILIT | $ 1,093.56 | Net Book Value | $ 1,093.56 |
| Furniture Fixture & | 1875-AFW/ FACILIT | $ 4,605.39 | Net Book Value | $ 4,605.39 |
| Furniture Fixture & | 1877-BARCO CSM-1 | $ 430.00 | Net Book Value | $ 430.00 |
| Furniture Fixture & | 1881-VIZIO 80IN L | $ 961.14 | Net Book Value | $ 961.14 |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Furniture Fixture & | 1997-Furniture pu | $ 4,394.67 | Net Book Value | $ 4,394.67 |
| Furniture Fixture & | 8005-Furniture pu | $ 7,699.91 | Net Book Value | $ 7,699.91 |
| Furniture Fixture & | 9020-50% DEPOSIT | $ 3,429.20 | Net Book Value | $ 3,429.20 |
| Furniture Fixture & | 9021-CORRECT CODI | $ 3,697.15 | Net Book Value | $ 3,697.15 |
| Furniture Fixture & | 9031-Furniture pu | $ 3,549.54 | Net Book Value | $ 3,549.54 |
| Furniture Fixture & | 9046-SHIPPING AND | $ 5,100.06 | Net Book Value | $ 5,100.06 |
| Furniture Fixture & | 2018-Cafeteria Fu | $ 5,703.10 | Net Book Value | $ 5,703.10 |
| Furniture Fixture & | 2019-Cafeteria Fu | $ 1,854.60 | Net Book Value | $ 1,854.60 |
| Furniture Fixture & | 3008-Foreverlamp | $ 1,040.55 | Net Book Value | $ 1,040.55 |
| Shop Machinery and | 11028-4' x 12' Al | $ 1,452.44 | Net Book Value | $ 1,452.44 |
| Shop Machinery and | 11030-Intallation | $ 336.00 | Net Book Value | $ 336.00 |
| Shop Machinery and | 11031-REPAIR TWO | $ 406.45 | Net Book Value | $ 406.45 |
| Shop Machinery and | 11034-MRO 200 B M | $ 866.56 | Net Book Value | $ 866.56 |
| Shop Machinery and | 11035-TRIPP DISPL | $ 13.14 | Net Book Value | $ 13.14 |
| Shop Machinery and | 11038-ITEM # 4029 | $ 214.95 | Net Book Value | $ 214.95 |
| Shop Machinery and | 11043-INITIAL INV | $ 1,692.45 | Net Book Value | $ 1,692.45 |
| Shop Machinery and | 11048-KVM CONSOLE | $ 898.06 | Net Book Value | $ 898.06 |
| Shop Machinery and | 11054-DIPPING TAN | $ 2,441.12 | Net Book Value | $ 2,441.12 |
| Shop Machinery and | 11057-COLD CABINE | $ 2,400.01 | Net Book Value | $ 2,400.01 |
| Shop Machinery and | 11060-SKU: 205147 | $ 153.13 | Net Book Value | $ 153.13 |
| Shop Machinery and | 11063-20% MARK UP | $ 7,540.12 | Net Book Value | $ 7,540.12 |
| Shop Machinery and | 11065-WIFI ANNTEN | $ 5,188.26 | Net Book Value | $ 5,188.26 |
| Shop Machinery and | 11066-CHECK POINT | $ 802.96 | Net Book Value | $ 802.96 |
| Shop Machinery and | 11072-50" 3HP 1PH | $ 798.90 | Net Book Value | $ 798.90 |
| Shop Machinery and | 11073-EXAKTOR DUS | $ 325.34 | Net Book Value | $ 325.34 |
| Shop Machinery and | 11076-6ZUC3_WELD | $ 239.32 | Net Book Value | $ 239.32 |
| Shop Machinery and | 11084-VIZIO E60-C | $ 873.70 | Net Book Value | $ 873.70 |
| Shop Machinery and | 11085-CISCO ASA 5 | $ 2,951.65 | Net Book Value | $ 2,951.65 |
| Shop Machinery and | 11094-Ootion # 17 | $ 5,524.14 | Net Book Value | $ 5,524.14 |
| Shop Machinery and | 11099-ZORO TOOLS | $ 1,789.24 | Net Book Value | $ 1,789.24 |
| Shop Machinery and | 11100-CORRECT PO | $ 2,876.22 | Net Book Value | $ 2,876.22 |
| Shop Machinery and | 1160-6-AIRCRAFT T | $ - | Net Book Value | $ - |
| Shop Machinery and | 1161-ROTARY TOOL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1162-HOIST HANDLE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1163-AIR CONDITIO | $ - | Net Book Value | $ - |
| Shop Machinery and | 1164-6000LB USED | $ - | Net Book Value | $ - |
| Shop Machinery and | 1165-FUEL TEMPERA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1166-120/208 VOLT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1167-PACKAGED A/C | $ - | Net Book Value | $ - |
| Shop Machinery and | 1168-SPILL PALLET | $ - | Net Book Value | $ - |
| Shop Machinery and | 1169-MACHINERY&EO | $ - | Net Book Value | $ - |
| Shop Machinery and | 1170-MACHINERY&EO | $ - | Net Book Value | $ - |
| Shop Machinery and | 1171-TOOL FOR A/C | $ - | Net Book Value | $ - |
| Shop Machinery and | 1172-POWER UNIT 1 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1173-PRESS BRAKE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1174-2-MAINT. STA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1175-50% BALANCE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1176-10" SAW TABL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1177-FINISHING MA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1178-ELEVATOR LOC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1179-DIGITAL FLOO | $ - | Net Book Value | $ - |
| Shop Machinery and | 1180-PUNCHES FROM | $ - | Net Book Value | $ - |
| Shop Machinery and | 1181-BOTTOM DIES | $ - | Net Book Value | $ - |
| Shop Machinery and | 1182-747-4-LANTIS | $ - | Net Book Value | $ - |
| Shop Machinery and | 1183-PAINT SHOP T | $ - | Net Book Value | $ - |
| Shop Machinery and | 1184-SCISSOR LIFT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1185-MANLIFT 65' | $ - | Net Book Value | $ - |
| Shop Machinery and | 1186-33'SCISSOR L | $ - | Net Book Value | $ - |
| Shop Machinery and | 1187-10' LONG AIR | $ - | Net Book Value | $ - |
| Shop Machinery and | 1188-WING & NOSE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1189-BBJ/ACJ MOCK | $ - | Net Book Value | $ - |
| Shop Machinery and | 1190-3020 JACK-NE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1191-MW20107 JACK | $ - | Net Book Value | $ - |
| Shop Machinery and | 1192-MW 20107 JAC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1193-OXYGEN BOOST | $ - | Net Book Value | $ - |
| Shop Machinery and | 1194-SLING. 737 F | $ - | Net Book Value | $ - |
| Shop Machinery and | 1195-T/R COWL HOL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1196-LOCK DRAIN T | $ - | Net Book Value | $ - |
| Shop Machinery and | 1197-TOWBAR AND I | $ - | Net Book Value | $ - |
| Shop Machinery and | 1198-CRADLE. APU | $ - | Net Book Value | $ - |
| Shop Machinery and | 1199-ADAPTER/COVE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1200-SAFETY BARRI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1201-DOUBLE FONT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1202-SWEDGING KIT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1203-VIBRATORY FI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1204-PORTABLE MEG | $ - | Net Book Value | $ - |
| Shop Machinery and | 1205-TOWBAR. MD87 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1206-BANDBEAM SET | $ - | Net Book Value | $ - |
| Shop Machinery and | 1207-ENCLOSURES | $ - | Net Book Value | $ - |
| Shop Machinery and | 1208-4-5 TON A/C | $ - | Net Book Value | $ - |
| Shop Machinery and | 1209-3 SHELF PART | $ - | Net Book Value | $ - |
| Shop Machinery and | 1210-FLUID DISPEN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1211-ACURITE DRO& | $ - | Net Book Value | $ - |
| Shop Machinery and | 1212-SQUARE WAY V | $ - | Net Book Value | $ - |
| Shop Machinery and | 1213-WASTEWATER E | $ - | Net Book Value | $ - |
| Shop Machinery and | 1214-FILE RACKS | $ - | Net Book Value | $ - |
| Shop Machinery and | 1215-JET BANDSAW | $ - | Net Book Value | $ - |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Shop Machinery and | 1216-BENCH MILL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1217-OFFICE IN PL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1218-BORESCOPE KI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1219-CHERRY MAX G | $ - | Net Book Value | $ - |
| Shop Machinery and | 1220-ROHDE & SHWA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1221-TUBE BENDER | $ - | Net Book Value | $ - |
| Shop Machinery and | 1222-GAS CHECK 30 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1223-WIREMARKING | $ - | Net Book Value | $ - |
| Shop Machinery and | 1224-HYPERAMP | $ - | Net Book Value | $ - |
| Shop Machinery and | 1225-AMP DI-DIREC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1226-MAINTENANCE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1227-LC 100E LOW | $ - | Net Book Value | $ - |
| Shop Machinery and | 1228-FLUKE METER | $ - | Net Book Value | $ - |
| Shop Machinery and | 1229-PUSH BACK T | $ 0.01 | Net Book Value | $ 0.01 |
| Shop Machinery and | 1230-TESTER, HAND | $ - | Net Book Value | $ - |
| Shop Machinery and | 1231-OXYGEN PRESS | $ - | Net Book Value | $ - |
| Shop Machinery and | 1232-RIG BAR ELEV | $ - | Net Book Value | $ - |
| Shop Machinery and | 1233-SOLID STAT G | $ - | Net Book Value | $ - |
| Shop Machinery and | 1234-RADIO ALTIMT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1235-A340 MOCKUP | $ - | Net Book Value | $ - |
| Shop Machinery and | 1236-WEIGHT SCALE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1237-MILLER DYNAS | $ - | Net Book Value | $ - |
| Shop Machinery and | 1238-I.R. HEATER | $ 599.35 | Net Book Value | $ 599.35 |
| Shop Machinery and | 1239-JACK A340-50 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1240-JACK A340-50 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1241-JACK A340-50 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1242-TLD 120KVA O | $ - | Net Book Value | $ - |
| Shop Machinery and | 1243-SKYDROL MULE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1244-STRUT CARGO | $ - | Net Book Value | $ - |
| Shop Machinery and | 1245-A/C PWR CONV | $ - | Net Book Value | $ - |
| Shop Machinery and | 1246-TELEPHONE SY | $ - | Net Book Value | $ - |
| Shop Machinery and | 1247-TELEPHONE SY | $ - | Net Book Value | $ - |
| Shop Machinery and | 1248-COLLAR, MLG | $ - | Net Book Value | $ - |
| Shop Machinery and | 1249-EXTND RUN RA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1250-APC SYMMETRA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1251-ASSEMBLY SRV | $ - | Net Book Value | $ - |
| Shop Machinery and | 1252-MARKETING VI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1253-WALL MOUNT B | $ - | Net Book Value | $ - |
| Shop Machinery and | 1254-SINGL FLR ST | $ - | Net Book Value | $ - |
| Shop Machinery and | 1255-BAGGAGE TUG. | $ - | Net Book Value | $ - |
| Shop Machinery and | 1256-CRIMPER | $ - | Net Book Value | $ - |
| Shop Machinery and | 1257-PUMP, T/R AC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1258-#1 BAGGAGE T | $ - | Net Book Value | $ - |
| Shop Machinery and | 1259-BARTRACK MAC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1260-A340 SWITCHB | $ - | Net Book Value | $ - |
| Shop Machinery and | 1261-FORKLIFT SAF | $ - | Net Book Value | $ - |
| Shop Machinery and | 1262-FIXTURE BRAK | $ - | Net Book Value | $ - |
| Shop Machinery and | 1263-SEER A/C UNI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1264-TOWBAR A340- | $ - | Net Book Value | $ - |
| Shop Machinery and | 1265-ADAPTOR KIT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1266-A340 SWITCHB | $ - | Net Book Value | $ - |
| Shop Machinery and | 1267-COOLING SYST | $ - | Net Book Value | $ - |
| Shop Machinery and | 1268-JACK 45 TON | $ - | Net Book Value | $ - |
| Shop Machinery and | 1269-CNC MACHINE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1270-737 MLG KIT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1271-TESTER FIRE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1272-COLLARS | $ - | Net Book Value | $ - |
| Shop Machinery and | 1273-GEAR FILLING | $ - | Net Book Value | $ - |
| Shop Machinery and | 1274-CONVERSION K | $ - | Net Book Value | $ - |
| Shop Machinery and | 1275-FRAME A340-5 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1276-PARTS RACK | $ - | Net Book Value | $ - |
| Shop Machinery and | 1277-FAN CHAMBER | $ - | Net Book Value | $ - |
| Shop Machinery and | 1278-LOCK CARGO D | $ - | Net Book Value | $ - |
| Shop Machinery and | 1279-CRIMPER RED/ | $ - | Net Book Value | $ - |
| Shop Machinery and | 1280-ADAPTOR. WIN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1281-TRAINING, BA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1282-ADAPTOR. A34 | $ - | Net Book Value | $ - |
| Shop Machinery and | 1283-SEWING MACHI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1284-JACK 50 TON | $ - | Net Book Value | $ - |
| Shop Machinery and | 1285-COLDBUSTER H | $ 3,752.90 | Net Book Value | $ 3,752.90 |
| Shop Machinery and | 1286-HYDRAULIC CR | $ - | Net Book Value | $ - |
| Shop Machinery and | 1287-SLEEVSET PRE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1288-SLEEVSET PRE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1289-LIGHT CART | $ - | Net Book Value | $ - |
| Shop Machinery and | 1290-LABEL MACHIN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1291-SEWING MACHI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1292-AMP PIN/CIRC | $ - | Net Book Value | $ - |
| Shop Machinery and | 1293-AIRCRAFT FAL | $ - | Net Book Value | $ - |
| Shop Machinery and | 1294-TABLE DOWNDR | $ - | Net Book Value | $ - |
| Shop Machinery and | 1295-VERTICAL FIT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1296-SLOT SHEET M | $ - | Net Book Value | $ - |
| Shop Machinery and | 1297-M1 MILLIOHM | $ - | Net Book Value | $ - |
| Shop Machinery and | 1298-FALL RESTRAI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1299-CRIMP HEAD & | $ - | Net Book Value | $ - |
| Shop Machinery and | 1300-TWO B-1 MAIN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1301-CONSEW SEWIN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1302-SANDER - 25" | $ - | Net Book Value | $ - |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Shop Machinery and | 1303-SEVEN DOWNDR | $ - | Net Book Value | $ - |
| Shop Machinery and | 1304-BENZ AGGREGA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1305-X-RITE SPECT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1306-EIGHT 24' FA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1307-TENSIONOMETE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1308-LOAD CELL DY | $ - | Net Book Value | $ - |
| Shop Machinery and | 1309-SPECTRUM ANA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1310-HOIST ASSEMB | $ - | Net Book Value | $ - |
| Shop Machinery and | 1311-3 BOTTLE OXY | $ - | Net Book Value | $ - |
| Shop Machinery and | 1312-SHOP MACHINE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1313-SHOP MACHINE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1314-SHOP MACHINE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1315-MOBI-LOK AVI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1316-M1 MILLIOHM | $ - | Net Book Value | $ - |
| Shop Machinery and | 1317-LOOP ANTENNA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1318-BBQ Pit | $ - | Net Book Value | $ - |
| Shop Machinery and | 1319-OIL DRAIN | $ - | Net Book Value | $ - |
| Shop Machinery and | 1320-SAFETY BARRI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1321-SAFETY BARRI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1322-PERSONNEL BA | $ - | Net Book Value | $ - |
| Shop Machinery and | 1323-WHEEL-BRAKE | $ - | Net Book Value | $ - |
| Shop Machinery and | 1324-LADDER EQPT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1325-LADDER EQPT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1326-LADDER EQPT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1327-LADDER EQPT | $ - | Net Book Value | $ - |
| Shop Machinery and | 1328-PLATFORM EQU | $ - | Net Book Value | $ - |
| Shop Machinery and | 1329-U.S INDUSTRI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1330-U.S INDUSTRI | $ - | Net Book Value | $ - |
| Shop Machinery and | 1331-TRIPOD JACK | $ - | Net Book Value | $ - |
| Shop Machinery and | 1332-Hangar Custo | $ 89.64 | Net Book Value | $ 89.64 |
| Shop Machinery and | 1333-Airspares - | $ 18.90 | Net Book Value | $ 18.90 |
| Shop Machinery and | 1334-Quantity Lim | $ 110.08 | Net Book Value | $ 110.08 |
| Shop Machinery and | 1335-Rigging Equi | $ 93.29 | Net Book Value | $ 93.29 |
| Shop Machinery and | 1336-United "SMAR | $ 965.07 | Net Book Value | $ 965.07 |
| Shop Machinery and | 1337-Revolution C | $ 466.29 | Net Book Value | $ 466.29 |
| Shop Machinery and | 1338-Diesel Fuel | $ 232.65 | Net Book Value | $ 232.65 |
| Shop Machinery and | 1339-Test kit-Pre | $ 113.38 | Net Book Value | $ 113.38 |
| Shop Machinery and | 1340-Sandwich Lon | $ 186.66 | Net Book Value | $ 186.66 |
| Shop Machinery and | 1341-Pump R/I Too | $ 250.10 | Net Book Value | $ 250.10 |
| Shop Machinery and | 1342-2 Pallet Tru | $ 243.59 | Net Book Value | $ 243.59 |
| Shop Machinery and | 1343-ROUNDING | | Net Book Value | |
| Shop Machinery and | 1447-ULTRASONIC P | $ 291.89 | Net Book Value | $ 291.89 |
| Shop Machinery and | 1448-ULTRASONIC P | $ 339.48 | Net Book Value | $ 339.48 |
| Shop Machinery and | 1449-INLET GROUND | $ 1,608.73 | Net Book Value | $ 1,608.73 |
| Shop Machinery and | 1450-22 TON 4' HY | $ 572.74 | Net Book Value | $ 572.74 |
| Shop Machinery and | 1451-2009 YALE FO | $ 1,243.58 | Net Book Value | $ 1,243.58 |
| Shop Machinery and | 1452-PRINTER, 11/ | $ 272.74 | Net Book Value | $ 272.74 |
| Shop Machinery and | 1453-WATER JET MA | $ 137.78 | Net Book Value | $ 137.78 |
| Shop Machinery and | 1454-WATER JET IN | $ 82.05 | Net Book Value | $ 82.05 |
| Shop Machinery and | 1455-ADAPTER, 12/ | $ 301.51 | Net Book Value | $ 301.51 |
| Shop Machinery and | 1456-JACK FITTING | $ 334.90 | Net Book Value | $ 334.90 |
| Shop Machinery and | 1457-RIGGING EQUI | $ 197.16 | Net Book Value | $ 197.16 |
| Shop Machinery and | 1458-MACH 2 2031B | $ 1,209.54 | Net Book Value | $ 1,209.54 |
| Shop Machinery and | 1459-MACH 2 2031B | $ 1,042.76 | Net Book Value | $ 1,042.76 |
| Shop Machinery and | 1460-MACH 2 2031B | $ 544.13 | Net Book Value | $ 544.13 |
| Shop Machinery and | 1585-Standard Fla | $ 245.73 | Net Book Value | $ 245.73 |
| Shop Machinery and | 1586-Standard Fla | $ 195.22 | Net Book Value | $ 195.22 |
| Shop Machinery and | 1592-Provide one | $ 4,458.65 | Net Book Value | $ 4,458.65 |
| Shop Machinery and | 1597-P/N: VIC 078 | $ 44.43 | Net Book Value | $ 44.43 |
| Shop Machinery and | 1598-2 AXIS CNC B | $ 1,986.82 | Net Book Value | $ 1,986.82 |
| Shop Machinery and | 1599-2 AXIS CNC B | $ 1,059.03 | Net Book Value | $ 1,059.03 |
| Shop Machinery and | 1600-INDUSTRIAL 6 | $ 2,827.77 | Net Book Value | $ 2,827.77 |
| Shop Machinery and | 1601-JET JOSS-S O | $ 188.89 | Net Book Value | $ 188.89 |
| Shop Machinery and | 1602-Table Saw w/ | $ 369.81 | Net Book Value | $ 369.81 |
| Shop Machinery and | 1603-Powermatic P | $ 539.56 | Net Book Value | $ 539.56 |
| Shop Machinery and | 1604-Powermatic J | $ 244.30 | Net Book Value | $ 244.30 |
| Shop Machinery and | 1605-Oscillating | $ 128.45 | Net Book Value | $ 128.45 |
| Shop Machinery and | 1606-Laser Drill | $ 136.53 | Net Book Value | $ 136.53 |
| Shop Machinery and | 1607-J-4421-4 Dis | $ 260.69 | Net Book Value | $ 260.69 |
| Shop Machinery and | 1609-P/N: G212D3 | $ 3,126.42 | Net Book Value | $ 3,126.42 |
| Shop Machinery and | 1610-P/N: G212D3 | $ 101.61 | Net Book Value | $ 101.61 |
| Shop Machinery and | 1611-Adapter for | $ 151.46 | Net Book Value | $ 151.46 |
| Shop Machinery and | 1612-climbing Dru | $ 689.87 | Net Book Value | $ 689.87 |
| Shop Machinery and | 1613-NASA 90 Deer | $ 588.88 | Net Book Value | $ 588.88 |
| Shop Machinery and | 1615-CCTV-PTZ'S F | $ 5,129.21 | Net Book Value | $ 5,129.21 |
| Shop Machinery and | 1619-INSTALLATION | $ 5,290.74 | Net Book Value | $ 5,290.74 |
| Shop Machinery and | 1620-Dreamliner - | $ 4,038.12 | Net Book Value | $ 4,038.12 |
| Shop Machinery and | 1621-Dreamliner - | $ 3,734.96 | Net Book Value | $ 3,734.96 |
| Shop Machinery and | 1622-Dreamliner - | $ 3,734.96 | Net Book Value | $ 3,734.96 |
| Shop Machinery and | 1645-Trolley syst | $ 790.85 | Net Book Value | $ 790.85 |
| Shop Machinery and | 1676-TOWBAR B787 | $ 777.33 | Net Book Value | $ 777.33 |
| Shop Machinery and | 1680-TOWBAR B777 | $ 757.00 | Net Book Value | $ 757.00 |
| Shop Machinery and | 1686-HOLDER samol | $ 118.48 | Net Book Value | $ 118.48 |
| Shop Machinery and | 1687-HOLDER samol | $ 364.45 | Net Book Value | $ 364.45 |
| Shop Machinery and | 1688-HOLDER samol | $ 118.48 | Net Book Value | $ 118.48 |
| Shop Machinery and | 1703-Job: 777 Rol | $ 2,685.78 | Net Book Value | $ 2,685.78 |
| Shop Machinery and | 1704-Scaffold dec | $ 4,682.90 | Net Book Value | $ 4,682.90 |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Shop Machinery and | 1716-W/BLOWER HVU | $ 150.36 | Net Book Value | $ 150.36 |
| Shop Machinery and | 1717-W/CALIBRATIO | $ 346.22 | Net Book Value | $ 346.22 |
| Shop Machinery and | 1718-P/N: 1833170 | $ 182.27 | Net Book Value | $ 182.27 |
| Shop Machinery and | 1719-HOLDER 60 DE | $ 387.26 | Net Book Value | $ 387.26 |
| Shop Machinery and | 1720-HOLDER 45 DE | $ 127.55 | Net Book Value | $ 127.55 |
| Shop Machinery and | 1721-HOLDER SAMPL | $ 118.48 | Net Book Value | $ 118.48 |
| Shop Machinery and | 1722-P/N: 183281 | $ 3,127.44 | Net Book Value | $ 3,127.44 |
| Shop Machinery and | 1724-CCTV-PTZ'S F | $ 3,453.98 | Net Book Value | $ 3,453.98 |
| Shop Machinery and | 1725-CCTV HANGAR | $ 31,433.36 | Net Book Value | $ 31,433.36 |
| Shop Machinery and | 1757-GROUND POWER | $ 1,370.61 | Net Book Value | $ 1,370.61 |
| Shop Machinery and | 1758-GROUND POWER | $ 3,046.12 | Net Book Value | $ 3,046.12 |
| Shop Machinery and | 1785-CREATED TO O | $ 1,489.07 | Net Book Value | $ 1,489.07 |
| Shop Machinery and | 1804-INSTALLING 4 | $ 487.98 | Net Book Value | $ 487.98 |
| Shop Machinery and | 1805-DEHUMIDIFIER | $ 3,238.88 | Net Book Value | $ 3,238.88 |
| Shop Machinery and | 1820-Service Pre- | $ 9,999.25 | Net Book Value | $ 9,999.25 |
| Shop Machinery and | 1855-o/n 20VE88 | $ 2,390.32 | Net Book Value | $ 2,390.32 |
| Shop Machinery and | 1859-38" Drum San | $ 826.66 | Net Book Value | $ 826.66 |
| Shop Machinery and | 1868-P/N: 2818117 | $ 150.36 | Net Book Value | $ 150.36 |
| Shop Machinery and | 1869-P/N: 2181161 | $ 346.22 | Net Book Value | $ 346.22 |
| Shop Machinery and | 1870-P/N: 1833170 | $ 364.45 | Net Book Value | $ 364.45 |
| Shop Machinery and | 1871-P/N: 1832810 | $ 3,127.44 | Net Book Value | $ 3,127.44 |
| Shop Machinery and | 1872-P/N: 1831780 | $ 118.48 | Net Book Value | $ 118.48 |
| Shop Machinery and | 1913-MRO 200 B MA | $ 424.86 | Net Book Value | $ 424.86 |
| Shop Machinery and | 1921-MRO 200 B MA | $ 753.02 | Net Book Value | $ 753.02 |
| Shop Machinery and | 1925-HYDRAULIC GR | $ 16,226.61 | Net Book Value | $ 16,226.61 |
| Shop Machinery and | 1926-LASER WIRE M | $ 23,900.84 | Net Book Value | $ 23,900.84 |
| Shop Machinery and | 1927-BOEING 787 B | $ 8,529.17 | Net Book Value | $ 8,529.17 |
| Shop Machinery and | 1928-WOLLARD PAS | $ 5,219.09 | Net Book Value | $ 5,219.09 |
| Shop Machinery and | 1945-P/N HCS2700- | $ 2,399.97 | Net Book Value | $ 2,399.97 |
| Shop Machinery and | 1968-Mach2 2031B | $ 7,335.94 | Net Book Value | $ 7,335.94 |
| Shop Machinery and | 1974-Inet Ground | $ 1,002.28 | Net Book Value | $ 1,002.28 |
| Shop Machinery and | 1975-Jet Power Gr | $ 877.10 | Net Book Value | $ 877.10 |
| Shop Machinery and | 1976-Jet Power Gr | $ 451.12 | Net Book Value | $ 451.12 |
| Shop Machinery and | 1985-Mezzanine De | $ 3,333.04 | Net Book Value | $ 3,333.04 |
| Shop Machinery and | 1987-Galvanized D | $ 2,441.12 | Net Book Value | $ 2,441.12 |
| Shop Machinery and | 1988-Lab Conditi | $ 5,262.92 | Net Book Value | $ 5,262.92 |
| Shop Machinery and | 1994-Company Wide | $ 7,081.53 | Net Book Value | $ 7,081.53 |
| Shop Machinery and | 8006-ZORO TOOLS - | $ 2,415.61 | Net Book Value | $ 2,415.61 |
| Shop Machinery and | 9006-Samsung - 60 | $ 2,645.66 | Net Book Value | $ 2,645.66 |
| Shop Machinery and | 9012-RDR. RP40. M | $ 85,955.58 | Net Book Value | $ 85,955.58 |
| Shop Machinery and | 9013-TAX | $ 58,856.49 | Net Book Value | $ 58,856.49 |
| Shop Machinery and | 9034-Installing o | $ 14,893.97 | Net Book Value | $ 14,893.97 |
| Shop Machinery and | 9035-ZORO TOOLS - | $ 3,234.71 | Net Book Value | $ 3,234.71 |
| Shop Machinery and | 9047-Ice Machine | $ 2,949.79 | Net Book Value | $ 2,949.79 |
| Shop Machinery and | 1420-GDC CONVERSI | $ 1,342.30 | Net Book Value | $ 1,342.30 |
| Shop Machinery and | 2005-UFC-90M 90.0 | $ 36,750.42 | Net Book Value | $ 36,750.42 |
| Shop Machinery and | 2006-Ground Power | $ 45,933.86 | Net Book Value | $ 45,933.86 |
| Shop Machinery and | 2014-Hammond 75 k | $ 3,381.45 | Net Book Value | $ 3,381.45 |
| Shop Machinery and | 2020-Portable Loa | $ 4,691.06 | Net Book Value | $ 4,691.06 |
| Shop Machinery and | 3007-Hose Package | $ 526.75 | Net Book Value | $ 526.75 |
| Shop Machinery and | 4006-Safety Barri | $ 881.16 | Net Book Value | $ 881.16 |
| Shop Machinery and | 4010-Storage unit | $ 2,795.12 | Net Book Value | $ 2,795.12 |
| Shop Machinery and | 4012-Temporary 12 | $ 12,087.53 | Net Book Value | $ 12,087.53 |
| Software | 11010-Network Ins | $ - | Net Book Value | $ - |
| Software | 11011-ORACBLE EBS | $ - | Net Book Value | $ - |
| Software | 11014-GDC SOFTWAR | $ - | Net Book Value | $ - |
| Software | 11015-LINUX+DBA S | $ - | Net Book Value | $ - |
| Software | 11016-SMART DOG C | $ - | Net Book Value | $ - |
| Software | 11017-DATABASE ON | $ - | Net Book Value | $ - |
| Software | 11018-CAMERAS FOR | $ - | Net Book Value | $ - |
| Software | 11019-PROFESSIONA | $ - | Net Book Value | $ - |
| Software | 11021-DRT00LS V6 | $ - | Net Book Value | $ - |
| Software | 11022-ENOVIA V6 I | $ - | Net Book Value | $ - |
| Software | 11024-ENOVIA File | $ - | Net Book Value | $ - |
| Software | 11025-Inceptra St | $ - | Net Book Value | $ - |
| Software | 11026-ENOVIA File | $ - | Net Book Value | $ - |
| Software | 11027-Inceptra Tr | $ - | Net Book Value | $ - |
| Software | 11029-N300 Calibr | $ - | Net Book Value | $ - |
| Software | 11040-CAD SUPPORT | $ - | Net Book Value | $ - |
| Software | 11041-Additional | $ - | Net Book Value | $ - |
| Software | 11046-Contingency | $ - | Net Book Value | $ - |
| Software | 11047-DELL PRECIS | $ - | Net Book Value | $ - |
| Software | 11049-Network Ins | $ - | Net Book Value | $ - |
| Software | 11050-Network Ins | $ - | Net Book Value | $ - |
| Software | 11056-DATABASE ON | $ - | Net Book Value | $ - |
| Software | 11064-ACCUDATA QU | $ - | Net Book Value | $ - |
| Software | 11068-Inceptra St | $ - | Net Book Value | $ - |
| Software | 11069-ENOVIA File | $ - | Net Book Value | $ - |
| Software | 11079-CREDIT INV# | $ - | Net Book Value | $ - |
| Software | 11081-SOUTHWEST N | $ - | Net Book Value | $ - |
| Software | 11088-Additional | $ - | Net Book Value | $ - |
| Software | 11090-SALIENT COM | $ - | Net Book Value | $ - |
| Software | 11093-Enovia impl | $ - | Net Book Value | $ - |
| Software | 11102-PURCHASE OF | $ - | Net Book Value | $ - |
| Software | 12006-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12007-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12008-CO-LOCATION | $ - | Net Book Value | $ - |

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Software | 12009-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12010-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12011-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12012-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12013-CO-LOCATION | $ - | Net Book Value | $ - |
| Software | 12015-CREDIT FOR | $ - | Net Book Value | $ - |
| Software | 12016-PRICE ADJUS | $ - | Net Book Value | $ - |
| Software | 12019-PURCHASE OF | $ 6,663.39 | Net Book Value | $ 6,663.39 |
| Software | 12020-FENCE BUILD | $ 777.56 | Net Book Value | $ 777.56 |
| Software | 12021-CORRECT PO | $ 4,550.97 | Net Book Value | $ 4,550.97 |
| Software | 12022-CORRECT PO | $ 4,599.41 | Net Book Value | $ 4,599.41 |
| Software | 12025-CORRECT COD | $ (1,903.85) | Net Book Value | $ (1,903.85) |
| Software | 12026-FENCE BUILD | $ (2,235.34) | Net Book Value | $ (2,235.34) |
| Software | 12027-INCEPTRA CO | $ 158.44 | Net Book Value | $ 158.44 |
| Software | 12031-INCEPTRA CO | $ 232.42 | Net Book Value | $ 232.42 |
| Software | 12034-TAX REPLACE | $ 265.62 | Net Book Value | $ 265.62 |
| Software | 12035-40 BURLSTON | $ (1,699.70) | Net Book Value | $ (1,699.70) |
| Software | 12036-40 BURLSTON | $ 1,699.70 | Net Book Value | $ 1,699.70 |
| Software | 12037-TAXES ON 41 | $ 5,421.67 | Net Book Value | $ 5,421.67 |
| Software | 12038-DISCUS 2D F | $ 2,195.06 | Net Book Value | $ 2,195.06 |
| Software | 12039-Repair of U | $ 5,062.42 | Net Book Value | $ 5,062.42 |
| Software | 12041-AUGUST CRED | $ 1,804.40 | Net Book Value | $ 1,804.40 |
| Software | 1344-SERVICE KIT | $ - | Net Book Value | $ - |
| Software | 1345-SOFTWARE | $ - | Net Book Value | $ - |
| Software | 1346-SOFTWARE | $ - | Net Book Value | $ - |
| Software | 1347-SOFTWARE | $ - | Net Book Value | $ - |
| Software | 1348-WINDOWS SERV | $ - | Net Book Value | $ - |
| Software | 1349-ENDPOINT SEC | $ - | Net Book Value | $ - |
| Software | 1350-MLC CAD SYST | $ - | Net Book Value | $ - |
| Software | 1351-Dell | $ - | Net Book Value | $ - |
| Software | 1352-Dell | $ - | Net Book Value | $ - |
| Software | 1353-Datum Point | $ - | Net Book Value | $ - |
| Software | 1354-Datum Point | $ - | Net Book Value | $ - |
| Software | 1355-Datum Point | $ - | Net Book Value | $ - |
| Software | 1356-Datum Point | $ - | Net Book Value | $ - |
| Software | 1357-Datum Point | $ - | Net Book Value | $ - |
| Software | 1358-3D Engineeri | $ - | Net Book Value | $ - |
| Software | 1359-MALWAREBYTES | $ - | Net Book Value | $ - |
| Software | 1360-ENTERPRISE P | $ - | Net Book Value | $ - |
| Software | 1361-CHECKPOINT F | $ - | Net Book Value | $ - |
| Software | 1362-EXTREME NETW | $ - | Net Book Value | $ - |
| Software | 1363-Perpetual FI | $ - | Net Book Value | $ - |
| Software | 1364-Provide (157 | $ - | Net Book Value | $ - |
| Software | 1365-NORAN VPP L4 | $ - | Net Book Value | $ - |
| Software | 1366-ORGPLUS 2012 | $ - | Net Book Value | $ - |
| Software | 1367-Nexpose Ente | $ - | Net Book Value | $ - |
| Software | 1368-Solidworks C | $ - | Net Book Value | $ - |
| Software | 1369-ROUNDING | $ - | Net Book Value | $ - |
| Software | 1593-Engineering | $ - | Net Book Value | $ - |
| Software | 1614-EASY LOBBY S | $ - | Net Book Value | $ - |
| Software | 1635-SALIENT COMP | $ - | Net Book Value | $ - |
| Software | 1723-EASY LOBBY S | $ - | Net Book Value | $ - |
| Software | 1745-CATIA 3D ELE | $ - | Net Book Value | $ - |
| Software | 1746-CATIA-WIRE H | $ - | Net Book Value | $ - |
| Software | 1747-TRAINING ONS | $ - | Net Book Value | $ - |
| Software | 1748-Contingency, | $ - | Net Book Value | $ - |
| Software | 1750-CONSULTING,C | $ - | Net Book Value | $ - |
| Software | 1751-Enovia impl | $ 0.05 | Net Book Value | $ 0.05 |
| Software | 1752-tRAINING ONS | $ - | Net Book Value | $ - |
| Software | 1759-ENOVIA V6 PL | $ - | Net Book Value | $ - |
| Software | 1828-Enovia imple | $ - | Net Book Value | $ - |
| Software | 1849-INITIAL INVE | $ - | Net Book Value | $ - |
| Software | 1850-INITIAL INVE | $ - | Net Book Value | $ - |
| Software | 1852-Additional C | $ - | Net Book Value | $ - |
| Software | 1878-GDC SOFTWARE | $ - | Net Book Value | $ - |
| Software | 1978-Seagull Scie | $ - | Net Book Value | $ - |
| Software | 1986-Salient Comp | $ - | Net Book Value | $ - |
| Software | 1999-Software - C | $ - | Net Book Value | $ - |
| Software | 9009-LICENSE - PR | $ 549.69 | Net Book Value | $ 549.69 |
| Software | 9044-XD INNOVATIO | $ 48,544.32 | Net Book Value | $ 48,544.32 |
| Software | AC1001-Oracle Enh | $ 394,406.46 | Net Book Value | $ 394,406.46 |
| Software | 7005-E601 FEMAP W | $ 16,585.07 | Net Book Value | $ 16,585.07 |
| Software | 7006-E004 FEMAP - | $ 10,997.51 | Net Book Value | $ 10,997.51 |
| Software | 10005-DATABASE ON | $ - | Net Book Value | $ - |
| Software | 10006-SUBSCRIPTIO | $ - | Net Book Value | $ - |
| Software | 10007-WEEK 11/23/ | $ - | Net Book Value | $ - |
| Software | 10008-WEEK 11/23/ | $ - | Net Book Value | $ - |
| Software | 10009-CONSULTING | $ - | Net Book Value | $ - |
| Software | 10010-EXECUTION P | $ - | Net Book Value | $ - |
| Software | 10011-EXECUTION P | $ - | Net Book Value | $ - |
| Software | 10012-EXECUTION P | $ - | Net Book Value | $ - |
| Software | 10013-UPK CLIENT | $ - | Net Book Value | $ - |
| Software | 10014-UPK CLIENT | $ - | Net Book Value | $ - |
| Software | 10015-EXECUTION P | $ - | Net Book Value | $ - |
| Software | 10016-EXECUTION P | $ - | Net Book Value | $ - |
| Software | 10017-DUPLICATE P | $ - | Net Book Value | $ - |
| Software | 10018-SEAGULL SCI | $ - | Net Book Value | $ - |

In re: GDC Technics, LLC
Case No. 21-50484
Schedule A/B 39 Attachment
Office Furniture, Fixtures, and Equipment

| Asset Type | General Description | Net Book Value of Debtor's Interest (Where available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Software | 10019-1420 PLANNI | $ - | Net Book Value | $ - |
| Software | 10020-70" MONOPAD | $ - | Net Book Value | $ - |
| Software | 10021-HOSE PACKAG | $ - | Net Book Value | $ - |
| Software | 10022-BARRIER. A | $ - | Net Book Value | $ - |
| Software | 10023-DOOR STRIKE | $ - | Net Book Value | $ - |
| Software | 10024-01/15/15 - | $ - | Net Book Value | $ - |
| Software | 10025-01/12/15 - | $ - | Net Book Value | $ - |
| Software | 10026-DATA CENTER | $ - | Net Book Value | $ - |
| Software | 10027-01/12/15 - | $ - | Net Book Value | $ - |
| Software | 5005-3D EXPERIENC | $ 28.938.63 | Net Book Value | $ 28.938.63 |
| Software | 1401-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 1423-MASTERCAM PR | $ - | Net Book Value | $ - |
| Software | 1481-PHASE 3 CONF | $ - | Net Book Value | $ - |
| Software | 1489-EXECUTION PH | $ - | Net Book Value | $ - |
| Software | 1491-PHASE 3 CONF | $ - | Net Book Value | $ - |
| Software | 1492-ENOVIA V6 IM | $ - | Net Book Value | $ - |
| Software | 1507-TRAVEL EXP | $ - | Net Book Value | $ - |
| Software | 1508-DRTOOLS V6 C | $ - | Net Book Value | $ - |
| Software | 1509-DRTOOLS V6 A | $ - | Net Book Value | $ - |
| Software | 1511-DRTOOLS V6 S | $ - | Net Book Value | $ - |
| Software | 1594-BARRACUDA SP | $ - | Net Book Value | $ - |
| Software | 1684-PHASE 3 CONF | $ - | Net Book Value | $ - |
| Software | 2016-Purchase of | $ - | Net Book Value | $ - |
| Software | 4005-Solarwinds M | $ - | Net Book Value | $ - |
| Software | 6005-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 6006-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 6007-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 6008-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 6009-Oracle Imple | $ - | Net Book Value | $ - |
| Software | 6010-Oracle Imple | $ - | Net Book Value | $ - |
| | | | TOTAL: | $ 1,340,861.90 |

**In re: GDC Technics, LLC**
**Case No. 21-50484**
Schedule A/B 47 Attachment
Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| VIN Number | Year | Make | Model | License Plate | Mileage | KBB Value |
|---|---|---|---|---|---|---|
| 1GBJG31K981194118 | 2008 | Chevrolet | Savana Box Truck | FTS-7817 | 229,482 | $ 6,000.00 |
| 1GCEC14X58Z109300 | 2008 | Chevrolet | Silverado 1500 | FHY-9437 | 226,762 | $ 7,500.00 |
| 1GCGG29V551243924 | 2005 | Chevrolet | Express Van | BT4-1418 | 289,308 | $ 5,000.00 |
| 1GBJG31K491139724 | 2009 | Chevrolet | Savana Box Truck | JDM-4462 | 217,146 | $ 6,000.00 |
| 1GCEC14V75Z235393 | 2005 | Chevrolet | Silverado 1500 | FHY-6438 | 271,962 | $ 5,500.00 |
| | | | | | Total: | $ 30,000.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GDC Technics, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-50484 |

☐ Check if this is an
amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| **Creditor's name** GDC Investco, LP | **Describe debtor's property that is subject to a lien** | $20,015,919.73 | unknown |
|---|---|---|---|

**Describe the lien**
UCC Financing Statement filed on Feb 11, 2019
with Delaware SOS Filing #20190979513

**Creditor's mailing address**
2021 McKinney Ave. Suite 1200
Dallas, TX 75201

**Is the creditor an insider or related party?**
☐ No
☑ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $20,015,919.73

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Weil Gotschal & Manges, LLP<br>Attn: Clifford Carlson & Alfredo Perez<br>700 Louisiana Suite 1700<br>Houston, TX 77002 | Line ___2.1___ | ____ ____ ____ ____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GDC Technics, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-50484 |

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,103.73** | **$1,103.73** |
| Aaron Espino | ☐ Contingent | | |
| 2060 Eagle Pkwy | ☐ Unliquidated | | |
| Fort Worth, TX 76177 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| _____ | | | |
| **Last 4 digits of account** **number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | | | |
| **Remarks:** Accrued PTO | | | |

| | | | |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,499.76** | **$1,499.76** |
| Adam Brooks | ☐ Contingent | | |
| 2060 Eagle Pkwy | ☐ Unliquidated | | |
| Fort Worth, TX 76177 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| _____ | | | |
| **Last 4 digits of account** **number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | | | |
| **Remarks:** Accrued PTO | | | |

**Part 1:** Additional Page

**2.3** Priority creditor's name and mailing address

Alan Koci

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$324.80    $324.80

**2.4** Priority creditor's name and mailing address

Alan Rodriguez

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,072.41    $3,072.41

**2.5** Priority creditor's name and mailing address

Alfonso Vallejo

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,488.77    $1,488.77

| Part 1: | Additional Page |
|---|---|

**2.6** Priority creditor's name and mailing address

Alyssa Lacefield

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,069.24        $6,069.24

---

**2.7** Priority creditor's name and mailing address

Ambrosio Lopez

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,807.70        $6,807.70

---

**2.8** Priority creditor's name and mailing address

Andrea Casillas

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$262.92        $262.92

## Part 1:   Additional Page

| 2.9 | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,805.00 | $5,805.00 |

Audrey Smith

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**
**Remarks:** Accrued PTO

---

| 2.10 | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,552.32 | $1,552.32 |

Benjamin Burns

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**
**Remarks:** Accrued PTO

---

| 2.11 | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | unknown | unknown |

Bexar County Tax Assessor Collector

233 N. Pecos La Trinidad PO Box 839950

San Antonio, TX 78283-3950

Date or dates debt was incurred

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**
**Remarks:** Priority Amount unknown.

**Part 1:** Additional Page

**2.12** Priority creditor's name and mailing address

Brad Braune

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$296.15        $296.15

---

**2.13** Priority creditor's name and mailing address

Brandon Fitzgerald

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$670.80        $670.80

---

**2.14** Priority creditor's name and mailing address

Brandon Klekar

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,075.50        $1,075.50

## Part 1: Additional Page

**2.15** Priority creditor's name and mailing address

Brant Wahlman

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,006.74      $9,006.74

---

**2.16** Priority creditor's name and mailing address

Brian Beckett

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,305.46      $3,305.46

---

**2.17** Priority creditor's name and mailing address

Brian Rhodes

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,590.39      $5,590.39

## Part 1:    Additional Page

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,317.69 | $2,317.69 |
|---|---|---|---|---|

**Bruce Hendricks**

**2060 Eagle Pkwy**

**Fort Worth, TX 76177**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.12 | $1,471.12 |
|---|---|---|---|---|

**Carlos Rocha**

**2060 Eagle Pkwy**

**Fort Worth, TX 76177**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,086.16 | $10,086.16 |
|---|---|---|---|---|

**Charles Bishop**

**2060 Eagle Pkwy**

**Fort Worth, TX 76177**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Part 1:    Additional Page**

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.32 | $19.32 |
|---|---|---|---|---|

**2.21** Priority creditor's name and mailing address

Charles Cox

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

Is the claim subject to offset?
☑ No
☐ Yes

$19.32    $19.32

---

**2.22** Priority creditor's name and mailing address

Chris Lee

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

Is the claim subject to offset?
☑ No
☐ Yes

$231.27    $231.27

---

**2.23** Priority creditor's name and mailing address

Connie Fordyce

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,911.07    $1,911.07

| Part 1: | Additional Page |

**2.24** Priority creditor's name and mailing address

Darren Blanton

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $1,650.20          $1,650.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.25** Priority creditor's name and mailing address

David McLeod

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $2,199.23          $2,199.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.26** Priority creditor's name and mailing address

Douglas Blackstock

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $1,651.72          $1,651.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

**2.27** Priority creditor's name and mailing address

Douglas Williams

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
❑ Yes

$1,637.31          $1,637.31

---

**2.28** Priority creditor's name and mailing address

Duane Dawson

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
❑ Yes

$203.98          $203.98

---

**2.29** Priority creditor's name and mailing address

Edward Buzzelli

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
❑ Yes

$2,964.29          $2,964.29

**Part 1:** Additional Page

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |

**Employment Development Department State of California**

PO Box 826805

Sacramento, CA 94280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Priority Amount unknown.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,637.42 | $1,637.42 |

**Eric Pochowski**

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.28 | $1,319.28 |

**Erik Hernandez**

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1: Additional Page

**2.33** Priority creditor's name and mailing address

Esteban Alaniz

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:     $7,399.05     $7,399.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address

George Fedeanis

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:     $7,589.21     $7,589.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.35** Priority creditor's name and mailing address

Gina Degel

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:     $2,132.31     $2,132.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

<table>
<tr><td>Part 1:</td><td>Additional Page</td></tr>
</table>

| **2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,603.81 | $3,603.81 |

Giovanni De Luca

2060 Eagle Pkwy

Fort Worth, TX 76177

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

---

| **2.37** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.07 | $581.07 |

Guillermo Martinez

2060 Eagle Pkwy

Fort Worth, TX 76177

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

---

| **2.38** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,175.29 | $2,175.29 |

Henry Nguyen

2060 Eagle Pkwy

Fort Worth, TX 76177

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

## Part 1:  Additional Page

### 2.39

**Priority creditor's name and mailing address**

Hoche Kasara

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,068.55          $2,068.55

### 2.40

**Priority creditor's name and mailing address**

Hunter Easterday

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,356.25          $1,356.25

### 2.41

**Priority creditor's name and mailing address**

Irene Mejia

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$164.92          $164.92

## Part 1: Additional Page

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.02 | $887.02 |
|---|---|---|---|---|

**2.42**

**Priority creditor's name and mailing address**

Isaiah Obuya

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

$887.02          $887.02

---

**2.43**

**Priority creditor's name and mailing address**

Jack Nelson

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,678.02          $4,678.02

---

**2.44**

**Priority creditor's name and mailing address**

Jaime Vasquez

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

$383.40          $383.40

**Part 1:    Additional Page**

| 2.45 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.12 | $1,012.12 |

**2.45**

Priority creditor's name and mailing address

Jason Boswell

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,012.12         $1,012.12

---

**2.46**

Priority creditor's name and mailing address

Jason Colgan

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$901.88           $901.88

---

**2.47**

Priority creditor's name and mailing address

Jeffrey Galle

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$651.20           $651.20

| Part 1: | Additional Page |
| --- | --- |

**2.48** Priority creditor's name and mailing address

Jennifer Fountain

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,431.68          $2,431.68

---

**2.49** Priority creditor's name and mailing address

Jerry McKnight

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$696.86          $696.86

---

**2.50** Priority creditor's name and mailing address

John McWilliam

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,409.62          $6,409.62

| Part 1: | Additional Page |
| --- | --- |

**2.51** Priority creditor's name and mailing address

Jose Mejia

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$430.92          $430.92

**2.52** Priority creditor's name and mailing address

Jose Rocha

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,083.73          $1,083.73

**2.53** Priority creditor's name and mailing address

Juan Cardenas

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$370.58          $370.58

**Part 1:**   Additional Page

---

**2.54**

**Priority creditor's name and mailing address**

Justin Sabio

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,998.77          $1,998.77

---

**2.55**

**Priority creditor's name and mailing address**

Karla Rivera

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,386.88          $2,386.88

---

**2.56**

**Priority creditor's name and mailing address**

Kellie Murphy

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,196.10          $1,196.10

---

## Part 1: Additional Page

### 2.57

**Priority creditor's name and mailing address**

Kevin Hallman

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**    $2,288.51      $2,288.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.58

**Priority creditor's name and mailing address**

Kolton Leatherwood

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**    $579.69      $579.69
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.59

**Priority creditor's name and mailing address**

Kristina Barnette

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**    $148.08      $148.08
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

**2.60** Priority creditor's name and mailing address

Lauren Harris

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is: $242.48    $242.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.61** Priority creditor's name and mailing address

Lori Blythe

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is: $3,963.76    $3,963.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.62** Priority creditor's name and mailing address

Lori Maples

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is: $2,725.36    $2,725.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

**2.63** Priority creditor's name and mailing address

Louis Gagnon

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:        $1,005.54        $1,005.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.64** Priority creditor's name and mailing address

Luis Espinosa

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:        $2,729.48        $2,729.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.65** Priority creditor's name and mailing address

Luke Dill

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:        $1,400.00        $1,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☐ No
☑ Yes

| Part 1: | Additional Page |
|---|---|

**2.66** Priority creditor's name and mailing address

Marc Boyle

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,805.27     $1,805.27

---

**2.67** Priority creditor's name and mailing address

Marina Wright

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$984.42     $984.42

---

**2.68** Priority creditor's name and mailing address

Mark Dumont

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,283.37     $4,283.37

| **Part 1:** | Additional Page |

---

**2.69**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,883.53 | $4,883.53 |

Marty Rehm

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.70**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,323.28 | $3,323.28 |

Matthew Mata

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.71**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,174.36 | $1,174.36 |

Melvin Langston

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Part 1:**   Additional Page

| | |
|---|---|
| **2.72** | |

**2.72** **Priority creditor's name and mailing address**

Michael DeCluette

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

$790.83      $790.83

---

**2.73** **Priority creditor's name and mailing address**

Michael Dumont

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,638.47      $4,638.47

---

**2.74** **Priority creditor's name and mailing address**

Michael Granado

2060 Eagle Pkwy

Fort Worth, TX 76177

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

$3,171.07      $3,171.07

**Part 1:**   Additional Page

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,142.81 | $4,142.81 |
|---|---|---|---|---|

**2.75**

Priority creditor's name and mailing address

Michael Hart

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,142.81     $4,142.81

---

**2.76**

Priority creditor's name and mailing address

Michael Morrison

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$509.50     $509.50

---

**2.77**

Priority creditor's name and mailing address

Michael Perrin

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,507.80     $6,507.80

| Part 1: | Additional Page |
|---------|-----------------|

**2.78** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,219.43 | $5,219.43

Priority creditor's name and mailing address

Mike Cantu

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
❑ Yes

$5,219.43          $5,219.43

---

**2.79** Priority creditor's name and mailing address

Mohamed Chahed

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
❑ Yes

$3,202.50          $3,202.50

---

**2.80** Priority creditor's name and mailing address

Mustapha Al Gardoum

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
❑ Yes

$13,411.17          $13,411.17

## Part 1:  Additional Page

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,948.17 | $3,948.17 |
|---|---|---|---|---|

**2.81**

Priority creditor's name and mailing address

Nick Huerta

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,948.17          $3,948.17

---

**2.82**

Priority creditor's name and mailing address

Nick McVicker

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,227.12          $2,227.12

---

**2.83**

Priority creditor's name and mailing address

Nikki Harwell

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$955.53          $955.53

### Part 1: Additional Page

**2.84** Priority creditor's name and mailing address

Noe Vazquez

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $130.50          $130.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.85** Priority creditor's name and mailing address

Otni Nuila

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $877.52          $877.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.86** Priority creditor's name and mailing address

Patrick Fitzgerald

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:          $4,725.94          $4,725.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

### Part 1:    Additional Page

**2.87**

| | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,805.89 | $2,805.89 |

Paul Fohn

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

**2.88**

| | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $413.40 | $413.40 |

Rachel Martinez

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

**2.89**

| | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,620.67 | $2,620.67 |

Robert Mainini

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
❑ Yes

| Part 1: | Additional Page |
|---|---|

**2.90** | **Priority creditor's name and mailing address**

Robert Stallknecht

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,979.62        $4,979.62

---

**2.91** | **Priority creditor's name and mailing address**

Ronald Erke

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,412.69        $2,412.69

---

**2.92** | **Priority creditor's name and mailing address**

Ronda Sabio

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,756.28        $1,756.28

**Part 1:** Additional Page

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,685.18 | $1,685.18 |

**2.93**

Priority creditor's name and mailing address

Scott Farnsworth

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,685.18            $1,685.18

---

**2.94**

Priority creditor's name and mailing address

Silverio Canchola

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$681.64            $681.64

---

**2.95**

Priority creditor's name and mailing address

Stephen Rice

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$11,491.35            $11,491.35

| Part 1: | Additional Page |

**2.96** | Priority creditor's name and mailing address

Stephen Rowland

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,391.96          $1,391.96

---

**2.97** | Priority creditor's name and mailing address

Steve Tovar

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,433.05          $3,433.05

---

**2.98** | Priority creditor's name and mailing address

Steven Smith

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$7,896.65          $7,896.65

| Part 1: | Additional Page |
|---|---|

**2.99** Priority creditor's name and mailing address

Stuart Moorhead

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:      $4,997.60          $4,997.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.100** Priority creditor's name and mailing address

Tarrant County Tax Assessor Collector

100 E. Weatherford St.

Fort Worth, TX 76196

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Priority Amount unknown.

As of the petition filing date, the claim is:      unknown          $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.101** Priority creditor's name and mailing address

Taylor Zochert

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:      $841.25          $841.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 1:    Additional Page**

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|---|---|---|---|---|

**2.102** Priority creditor's name and mailing address

Texas Franchise Tax Board

Capitol Station

PO Box 13528

Austin, TX 78711-3528

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Priority Amount unknown.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            $0.00

---

**2.103** Priority creditor's name and mailing address

Tom Tran

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$312.00            $312.00

---

**2.104** Priority creditor's name and mailing address

Travis Lamb

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,503.85            $5,503.85

## Part 1:    Additional Page

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.79 | $3,100.79 |
|---|---|---|---|---|

**2.105** Priority creditor's name and mailing address

Tyler Riley

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,100.79    $3,100.79

---

**2.106** Priority creditor's name and mailing address

Verdun McClelland

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO. Nonpriority portion only. Total claim, including priority amounts, is $15,317.31.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$15,317.31    $13,650.00

---

**2.107** Priority creditor's name and mailing address

Weston Cummins

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Accrued PTO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$168.14    $168.14

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1550

PO BOX 2362

SAPULPA , OK 74067

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?
☑ No
☐ Yes

$17,692.75

**3.2** Nonpriority creditor's name and mailing address

1st FP Services LLC

11550 N. NORTH LOOP RD

SAN ANTONIO , TX 78216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?
☑ No
☐ Yes

$1,871.64

**3.3** Nonpriority creditor's name and mailing address

25 365 Limited

5009 CRESTWOOD DR

WACO , TX 76710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?
☑ No
☐ Yes

$22,000.00

**3.4** Nonpriority creditor's name and mailing address

A.J. Levin Company Inc

3108 WEST VALHALLA DR

BURBANK , CA 91505-1299

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

**3.5** Nonpriority creditor's name and mailing address

AADFW, Inc

1350 WESTPARK WAY

EULESS , TX 76040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?
☑ No

$21,177.60

**Part 2:**  Additional Page

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,710.00 |
|---|---|---|---|

**3.6** Nonpriority creditor's name and mailing address

Accufleet Testing Services Inc

1404 N SAM HOUSTON PKWY E STE 100

HOUSTON , TX 77032

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$8,710.00

---

**3.7** Nonpriority creditor's name and mailing address

Aces - Aviation Consulting Experts Inc

c/o Crown Financial, LLC
Attn: Angie Wesley

16420 Park Ten Pl Ste 125

Houston, TX 77084

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$421,365.25

---

**3.8** Nonpriority creditor's name and mailing address

Actifio, Inc.

DEPT LA 24459

PASADENA , CA 91185-4459

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$65,132.61

---

**3.9** Nonpriority creditor's name and mailing address

Actron Mfg Inc

1841 RAILROAD ST

CORONA , CA 92880

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$8,720.00

---

**3.10** Nonpriority creditor's name and mailing address

Adept Fasteners

28709 INDUSTRY DRIVE

VALENCIA , CA 91355

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$11,125.58

## Part 2: Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,166.43 |
|---|---|---|---|

**Adjacent Solutions LLC**

2425 North Central Expressway

Suite 130

Richardson , TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.15 |
|---|---|---|---|

**ADP Screening & Selection Services**

PO BOX 645177

CINCINNATI , OH 45264-5177

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,169.75 |
|---|---|---|---|

**Advance Aero, Inc.**

135 E HARRISON STREET

MOORESVILLE , IN 46158

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166,816.50 |
|---|---|---|---|

**Advanced Technology Innovation Corp**

15 KENNETH A. MINER DRIVE

WRENTHAM , MA 2093

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Advanced Technology Innovation Corp**

15 KENNETH A. MINER DRIVE

Wrentham, MA 02093

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Pending Action

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| Part 2: | Additional Page |
| --- | --- |

**3.16** Nonpriority creditor's name and mailing address

AEC Inc

39085 PIONEER BLVD SUITE 100

SANDY , OR 97055

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$87,894.80

---

**3.17** Nonpriority creditor's name and mailing address

Aeon Micro, Inc.

1953 W 11TH ST

UPLAND , CA 91786

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$775.00

---

**3.18** Nonpriority creditor's name and mailing address

Aero Specialties, Inc

11175 W EMERALD ST

BOISE , ID 83713

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$49,700.21

---

**3.19** Nonpriority creditor's name and mailing address

Aero Technical Components Inc

2800 GANDY BLVD N

ST PETERSBURG , FL 33702

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$385.00

---

**3.20** Nonpriority creditor's name and mailing address

Aeroblaze Laboratory Inc.

12819 Harmon Rd. #575

Fort Worth , TX 76177

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$12,293.75

---

| Part 2: | Additional Page |

---

**3.21**  **Nonpriority creditor's name and mailing address**

Aerocon Engineering Company

7716 KESTER AVE

VAN NUYS , CA 91405

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,284.60

---

**3.22**  **Nonpriority creditor's name and mailing address**

Aeroed LLC

1580 ELMWOOD AVE

ROCHESTER , NY 14260

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,385.00

---

**3.23**  **Nonpriority creditor's name and mailing address**

Aeromaintain

9500 RAY WHITE RD. SUITE 200

KELLER , TX 76244

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$160.00

---

**3.24**  **Nonpriority creditor's name and mailing address**

Aerospace Systems International LLC

400 N. WOODLAWN ST

SUITE# 200

WICHITA , KS 67208

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,906.50

---

**3.25**  **Nonpriority creditor's name and mailing address**

Aerospace Systems International LLC

400 N. WOODLAWN ST SUITE# 200

Wichita, KS 67208

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Pending Action

**Is the claim subject to offset?**
☑ No
☑ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

**3.26** Nonpriority creditor's name and mailing address

Aeroteams

7345 W Friendly Ave Suite G

Greensboro , NC 27410

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
- [x] No
- [ ] Yes

$199,671.42

**3.27** Nonpriority creditor's name and mailing address

Aetna

Attn: Eloisa Gomez

151 Farmington Ave

Hartford, CT 06156-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
- [x] No
- [ ] Yes

$265,552.32

**3.28** Nonpriority creditor's name and mailing address

Agente Technical LLC

Attn: Betty Odeneal

714 CENTERPARK DRIVE STE 140

COLLEYVILLE , TX 76034

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
- [x] No
- [ ] Yes

$834,319.09

**3.29** Nonpriority creditor's name and mailing address

Agente Technical LLC

714 CENTERPARK DRIVE Suite 140

Colleyville, TX 76034

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  __Pending Action__

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**3.30** Nonpriority creditor's name and mailing address

Air Cabin Engineering Inc

Attn: Markus Seitz

231 W BLUERIDGE AVE

ORANGE , CA 92865

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
- [x] No
- [ ] Yes

$377,438.69

## Part 2: Additional Page

### 3.31
**Nonpriority creditor's name and mailing address**
Air Cost Control Usa LLC

11 RUE DU COMMANDANT YVES COUSTEAU

ZAC Du Pont Peyrin II

F-32600 L'Isle Jourdain, France,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,325.00

### 3.32
**Nonpriority creditor's name and mailing address**
Air Safety Art LLC

638 PEACE PORTAL DRIVE STE 203

BLAINE , WA 98230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,325.00

### 3.33
**Nonpriority creditor's name and mailing address**
Air Speciality & Equipment Co

406 S NAVIGATION

CORPUS CHRISTI , TX 78405

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,061.55

### 3.34
**Nonpriority creditor's name and mailing address**
Aircraft Inventory Management & Services

14936 TREND DRIVE

DALLAS , TX 75234

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$62.00

### 3.35
**Nonpriority creditor's name and mailing address**
Airgas USA LLC

259 N RADNOR-CHESTER RD

RADNOR , PA 19317

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$399.28

## Part 2:   Additional Page

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,651.99 |
|---|---|---|---|

**3.36**

Nonpriority creditor's name and mailing address

Alamo City Golf Cars Inc

1236 WEST HILDEBRAND AVE.

SAN ANTONIO , TX 78201

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,651.99

---

**3.37**

Nonpriority creditor's name and mailing address

Alamo Plating & Metal Finishing, Ltd.

9230 CONVERSE BUSINESS LANE

CONVERSE , TX 78109

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$155,637.00

---

**3.38**

Nonpriority creditor's name and mailing address

Allegis Partners, LLC

7301 PARKWAY DRIVE

HANOVER , MD 21076

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$89,239.79

---

**3.39**

Nonpriority creditor's name and mailing address

Alliance Air/Aviation Services

2221 ALLIANCE BOULEVARD STE 100

FORT WORTH , TX 76177

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,559.50

---

**3.40**

Nonpriority creditor's name and mailing address

Alphabravo LLC

12502 BRANTLY AVE

HOUSTON , TX 77034

Date or dates debt was incurred   _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$14,282.69

**Part 2:**  Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,400.00 |
|---|---|---|---|

**Altitude Aerospace Inc**

**2705 Pitfield Blvd**

**Suite 200**

**Montreal , H4S 1T2**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | | $542.24 |
|---|---|---|---|

**Amazon.co.uk**

**60 Holborn Viaduct**

**Holborn, London EC1A 2FD, UK,**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | | $15,566.79 |
|---|---|---|---|

**American Fire Protection Group Inc**

**PO BOX 74008409**

**CHICAGO , IL 60674-8409**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.44 | Nonpriority creditor's name and mailing address | | $1,840.25 |
|---|---|---|---|

**American Hydraulics**

**2501 NORTHEAST 36TH ST**

**FORT WORTH , TX 76111-1907**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.45 | Nonpriority creditor's name and mailing address | | $5.16 |
|---|---|---|---|

**American Red Cross**

**431 18th Street NW**

**Washington, DC 20006**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred

**Part 2:** Additional Page

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,196.39 |
|---|---|---|---|

**3.46** Nonpriority creditor's name and mailing address
Ameritas Life Insurance Corp

PO Box 81889

Lincoln , NE 68501-1889

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,196.39

---

**3.47** Nonpriority creditor's name and mailing address
Ametek Rotron

PO BOX 8500 (S-6035)

PHILADELPHIA , PA 19178-6035

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$52,000.00

---

**3.48** Nonpriority creditor's name and mailing address
Amsafe Inc

1043 N 47TH AVE

PHOENIX , AZ 85043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$33.50

---

**3.49** Nonpriority creditor's name and mailing address
Apex Inspections, Inc.

12901 Nicholson Rd Ste 200

Farmers Branch , TX 75234

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$173.19

---

**3.50** Nonpriority creditor's name and mailing address
Applied Avionics Inc

3201 SANDY LANE

FORT WORTH , TX 76112

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$8,582.00

**Part 2:** Additional Page

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,640.00 |

Applied Cax LLC

6700 N NEW YORK AVE

Suite 231

PORTLAND , OR 97203

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |

Applikators Plus Inc.

5677 STATE HWY 276

ROYSE CITY , TX 75189

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |

Arrival 3D Scanning & Printing

2337 NW 120TH CIR

OKLAHOMA CITY , OK 73120

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,721.17 |

Associated Time Instruments Co Inc

9104 DIPLOMACY ROW

DALLAS , TX 75247

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,964.00 |

Astronics Custom Control Concepts Inc

6020 S 190TH ST

KENT , WA 98032

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

## Part 2: Additional Page

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,937.84 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**3.56**

Nonpriority creditor's name and mailing address

**AT&T**

**PO BOX 5001**

**CAROL STREAM , IL 60197-5001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

$8,937.84

---

**3.57**

Nonpriority creditor's name and mailing address

**AT&T Mobility**

**PO BOX 6463**

**CAROL STREAM , IL 60197-6463**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

$1,224.01

---

**3.58**

Nonpriority creditor's name and mailing address

**Automated Precision Inc**

**15000 Johns Hopkins Drive**

**Rockville , MD 20850-3980**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.59**

Nonpriority creditor's name and mailing address

**Automatic Elevator Inc**

**308 HICKMAN**

**SAN ANTONIO , TX 78212**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

$705.00

---

**3.60**

Nonpriority creditor's name and mailing address

**Aviation Consulting Experts**

**1953 Golden Heights Rd Suite 1701**

**Haslet, TX 76052**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Pending Action__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

## Part 2: Additional Page

**3.61** Nonpriority creditor's name and mailing address

Aviation Engineering Technical Services (Aets)

121 MARY MUSGROVE DRIVE

SAVANNAH , GA 31410

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,160.00

---

**3.62** Nonpriority creditor's name and mailing address

Aviation Graphix Usa LLC

628 W LANCASHIRE BLVD

BELLA VISTA, AR 72715

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$57,789.50

---

**3.63** Nonpriority creditor's name and mailing address

Aviation International News

3311 E RENNER RD SUITE 100

RICHARDSON , TX 75082

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,220.00

---

**3.64** Nonpriority creditor's name and mailing address

Aviation Systems Integration, LLC

3311 E RENNER RD SUITE 100

RICHARDSON , TX 75082

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$59,000.00

---

**3.65** Nonpriority creditor's name and mailing address

Avionic Instruments LLC

1414 RANDOLPH AVE

AVENEL , NJ 7001

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$31,248.00

---

**Part 2:**  Additional Page

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431,452.04 |
|---|---|---|---|

**3.66** Nonpriority creditor's name and mailing address

Avox Systems, Inc.

Attn: Toni Brooks

225 ERIE ST

LANCASTER , NY 14086

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$431,452.04

---

**3.67** Nonpriority creditor's name and mailing address

B&H Photo & Electronics

420 NINTH AVENUE

NEW YORK , NY 10001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$359.84

---

**3.68** Nonpriority creditor's name and mailing address

B/E Aerospace (Lighting Division)

Attn: Eric Beverage

88269 EXPEDITE WAY

CHICAGO , IL 60695-0001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Trade Invoices

Is the claim subject to offset?
☑ No
☐ Yes

$1,152,642.25

---

**3.69** Nonpriority creditor's name and mailing address

B/E Aerospace Inc (Oven Division)

88269 EXPEDITE WAY

CHICAGO , IL 60695-0001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$38,590.00

---

**3.70** Nonpriority creditor's name and mailing address

B/E Aerospace Oxygen Systems and Galley Inserts

88269 EXPEDITE WAY

CHICAGO , IL 60695

Date or dates debt was incurred  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,666.12

| Part 2: | Additional Page |
| --- | --- |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.82 |
| --- | --- | --- | --- |

**3.71** Nonpriority creditor's name and mailing address
Balboa Travel, Inc

5414 OBERLIN DR

STE 300

SAN DIEGO , CA 92121

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$752.82

---

**3.72** Nonpriority creditor's name and mailing address
Barbecana, Inc

1001 S DAIRY ASHFORD STE 100

HOUSTON , TX 77077

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,390.00

---

**3.73** Nonpriority creditor's name and mailing address
Bell Hydrogas Inc

1955 SOUTH EAST MILITARY DRIVE

SAN ANTONIO , TX 78223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$78.12

---

**3.74** Nonpriority creditor's name and mailing address
Benjamin Rodriguez Jr

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$301.35

---

**3.75** Nonpriority creditor's name and mailing address
Best Buy Stores, L.P.

9581 SAGE MEADOW TRL

Fort Worth , TX 76177

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,774.04

## Part 2:  Additional Page

**3.76  Nonpriority creditor's name and mailing address**

Bexar County Tax Assessor Collector

233 N PECOS LA TRINIDAD

PO BOX 839950

SAN ANTONIO , TX 78283-3950

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,735.04

**3.77  Nonpriority creditor's name and mailing address**

Bigorre Aerospace Corporation

6295 42ND STREET NORTH

PINELLAS PARK , FL 33781

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$996.84

**3.78  Nonpriority creditor's name and mailing address**

Birk Aerosystems Corporation

14321 COMMERCE DRIVE

GARDEN GROVE , CA 92843

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,037.58

**3.79  Nonpriority creditor's name and mailing address**

Bisco Industries, Inc

4400 W WALNUT HILL LN STE 130

IRVING , TX 75038

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$159.72

**3.80  Nonpriority creditor's name and mailing address**

Blend Supply Ltd

135 BRANIFF DRIVE

SAN ANTONIO , TX 78216

Date or dates debt was incurred

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,150.82

**Part 2:**  Additional Page

---

**3.81**  Nonpriority creditor's name and mailing address

Blue Sky Industries, Inc

595 MONTEREY PASS ROAD

MONTEREY PARK , CA 91754

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$277.70

---

**3.82**  Nonpriority creditor's name and mailing address

Bluebeam, Inc.

443 S RAYMOND AVE

PASADENA , CA 91105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,490.00

---

**3.83**  Nonpriority creditor's name and mailing address

Bluecross Blueshield of Texas

17806 IH 10 WEST STE 200

SAN ANTONIO , 78527

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,857.22

---

**3.84**  Nonpriority creditor's name and mailing address

Boeing Commercial Airplanes

Attn: Paul M. Green

PO BOX 277851

ATLANTA , GA 30384-7851

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☐ No
☑ Yes

$789,909.20

---

**3.85**  Nonpriority creditor's name and mailing address

Boeing Distribution Services Inc / Klx

88289 EXPEDITE WAY

CHICAGO , IL 60695-0001

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$42,124.62

---

| Part 2: | Additional Page |
| --- | --- |

**3.86** | **Nonpriority creditor's name and mailing address**

Boeing Distribution, Inc / Aviall

2750 REGENT BLVD

DALLAS , TX 75261

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$81,206.76

---

**3.87** | **Nonpriority creditor's name and mailing address**

Boeing Distribution, Inc. (Wheel & Brake Services)

2755 REGENT BLVD

DFW AIRPORT

DALLAS , TX 75261

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,629.35

---

**3.88** | **Nonpriority creditor's name and mailing address**

BP Aero Engine Services, LLC.

5260 Valley View Lane

IRVING , TX 75038

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,860.00

---

**3.89** | **Nonpriority creditor's name and mailing address**

Bralco Metals

Bralco Metals Div 08 PO Box 749164

LOS ANGELES , 90074-9164

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,189.73

---

**3.90** | **Nonpriority creditor's name and mailing address**

Brodnax 21C Printers

737 REGAL ROW

DALLAS , TX 75247

Date or dates debt was incurred          _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,847.20

## Part 2: Additional Page

**3.91** Nonpriority creditor's name and mailing address

Brodnax Promo, LLC

737 REGAL ROW

Dallas , TX 75247

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,054.41

**3.92** Nonpriority creditor's name and mailing address

Bruce Aerospace Inc

PO BOX 73477

CLEVELAND , OH 44193

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$245.35

**3.93** Nonpriority creditor's name and mailing address

Bucher Aerospace Corporation

1310 INDUSTRY STREET SUITE 100

EVERETT , WA 98203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$84,581.95

**3.94** Nonpriority creditor's name and mailing address

C.R. Onsrud

120 TECHNOLOGY DR

TROUTMAN , NC 28166

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$88.38

**3.95** Nonpriority creditor's name and mailing address

C5 Aerospace Consulting

11326 ESTUFA CANYON

SAN ANTONIO , TX 78245

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,980.00

## Part 2:    Additional Page

**3.96**

**Nonpriority creditor's name and mailing address**

Cadworks Solutions Inc.

5004 Weshire Drive

Mansfield , TX 76063

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,225.00

---

**3.97**

**Nonpriority creditor's name and mailing address**

Campbell Paper Company

2117 FRANKLIN DRIVE

FORT WORTH, TX 76106

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,451.58

---

**3.98**

**Nonpriority creditor's name and mailing address**

Capcon Networks LLC

500 W. 2ND ST

FLR 19, STE 34

AUSTIN , TX 78701

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,715.31

---

**3.99**

**Nonpriority creditor's name and mailing address**

Carenow Corporate

PO BOX 9101

COPPELL , TX 75019

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$420.00

---

**3.100**

**Nonpriority creditor's name and mailing address**

Carillon Information Security, Inc

356 JOSEPH-CARRIER

VAUDREUIL-DORION , J7V 5V5

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,600.00

---

| Part 2: | Additional Page |
| --- | --- |

**3.101**  **Nonpriority creditor's name and mailing address**

  **Carlisle Interconnect Technologies**

  **7911 SOUTH 188TH ST SUITE 100**

  **KENT , WA 98032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Accounts Payable**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,610.85

**3.102**  **Nonpriority creditor's name and mailing address**

  **CDW Direct**

  **200 N MILWAUKEE AVENUE**

  **VERNON HILLS , IL 60061**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Accounts Payable**

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,890.85

**3.103**  **Nonpriority creditor's name and mailing address**

  **Centre Technologies Inc.**

  **TEXAS CAPITAL BANK PO BOX 679069**

  **DALLAS , TX 75267-9069**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts Payable**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,281.89

**3.104**  **Nonpriority creditor's name and mailing address**

  **Cfs Logistics Group, LLC**

  **PO BOX 2913**

  **GRAPEVINE , TX 76099-2913**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Accounts Payable**

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,770.00

**3.105**  **Nonpriority creditor's name and mailing address**

  **Chelton Avionics, Inc**

  **6400 WILKINSON DR**

  **PRESCOTT , AZ 86301**

Date or dates debt was incurred

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Accounts Payable**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,444.00

| Part 2: | Additional Page |
| --- | --- |

**3.106**
Nonpriority creditor's name and mailing address
Cintas Corporation No. 2

6800 Cintas Blvd.

Mason, OH 45040-9151

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Pending Action__

Is the claim subject to offset?
☑ No
☐ Yes

__unknown__

**3.107**
Nonpriority creditor's name and mailing address
City of Fort Worth

Attn. Leann D. Guzman

200 Texas Street

Fort Worth, TX 76102

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

__$640,722.51__

**3.108**
Nonpriority creditor's name and mailing address
Clarendon Specialty Fasteners, Inc.

16761 BURKE LANE

HUNTINGTON BEACH , CA 92647

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

__$26,898.00__

**3.109**
Nonpriority creditor's name and mailing address
Climate Magic LLC

114 W. RHAPSODY

SAN ANTONIO , TX 78216

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

__$75.00__

**3.110**
Nonpriority creditor's name and mailing address
Collins Aerospace - Utc Aerospace

PO BOX 846118

DALLAS , TX 75284-6118

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset?
☑ No
☐ Yes

__$18,500.00__

**Part 2:   Additional Page**

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,605.00 |
|---|---|---|---|

**3.111**

Nonpriority creditor's name and mailing address

Comfort Air Engineering Inc

11403 JONES-MALTSBERGER

SAN ANTONIO , TX 78216

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$22,605.00

---

**3.112**

Nonpriority creditor's name and mailing address

Composite Engineering Design Inc

1475 PARK LANE S

STE 10

JUPITER , FL 33458

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$0.01

---

**3.113**

Nonpriority creditor's name and mailing address

Concentra

PO BOX 9005

ADDISON , TX 75001-9005

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$159.00

---

**3.114**

Nonpriority creditor's name and mailing address

Cornerstone OnDemand Inc

DEPT CH19590

PALATINE , IL 60055-9590

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$723.20

---

**3.115**

Nonpriority creditor's name and mailing address

Cotney Aerospace Inc

6280 HELENA RD

HELENA , AL 35080-0429

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$157,517.50

## Part 2:    Additional Page

**3.116**  **Nonpriority creditor's name and mailing address**

Cowboys Stadium, Lp

LOCKBOX 840015

1950 N. STEMMONS FWY

DALLAS , TX 75207

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$189,280.00

---

**3.117**  **Nonpriority creditor's name and mailing address**

CPS Energy

PO BOX 2678

SAN ANTONIO , TX 78289-0001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$134,348.10

---

**3.118**  **Nonpriority creditor's name and mailing address**

Crane Safety LLC

4050 VALLEY VIEW LANE

IRVING , TX 75038

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,265.89

---

**3.119**  **Nonpriority creditor's name and mailing address**

Crestwood Technology Group Corp

LOCKBOX SERVICES - 207891

2975 REGENT BLVD

IRVING , TX 75063

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,191.90

---

**3.120**  **Nonpriority creditor's name and mailing address**

Crosspoint Communications

501 DUNCAN PERRY RD

ARLINGTON , TX 76011

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$989.90

## Part 2:   Additional Page

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $34,897.65 |
|---|---|---|---|

**3.121** Nonpriority creditor's name and mailing address

CTT Systems Ab

PO BOX 1042

_____

SWEDEN 611 29 NYKOPING,

Date or dates debt was incurred      _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$34,897.65

---

**3.122** Nonpriority creditor's name and mailing address

Culligan Of DFW

3201 PREMIER DRIVE SUITE 300

IRVING , TX 75063

Date or dates debt was incurred      _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$30.25

---

**3.123** Nonpriority creditor's name and mailing address

Culp Associates

1025 N STEMMONS FRWY SUITE 500

DALLAS , TX 75207

Date or dates debt was incurred      _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,028.00

---

**3.124** Nonpriority creditor's name and mailing address

Cybermetrics Corporation

1523 WEST WHISPERING WIND DRIVE

SUITE 100

PHOENIX , AZ 85085

Date or dates debt was incurred      _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,899.00

---

**3.125** Nonpriority creditor's name and mailing address

Dallas Aviation, Inc

3619 DALWORTH STREET

ARLINGTON , TX 76011

Date or dates debt was incurred      _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$32,477.50

| Part 2: | Additional Page |

**3.126** Nonpriority creditor's name and mailing address

Dallas Avionics Inc

3619 DALWORTH STREET

ARLINGTON , TX 76011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

---

**3.127** Nonpriority creditor's name and mailing address

Dalworth Carpet Cleaning, Inc

12750 S Pipeline Rd

Euless , TX 76040-5250

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,520.18

---

**3.128** Nonpriority creditor's name and mailing address

Data Foundry

PO BOX 730396

DALLAS , TX 75373-0396

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,933.55

---

**3.129** Nonpriority creditor's name and mailing address

Davis Motor Crane Service, Inc.

1212 N. LOOP 12

IRVING , TX 75061

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,753.06

---

**3.130** Nonpriority creditor's name and mailing address

DB Aero LLC

18530 – 33rd Ave W

Ref: DB Aero LLC

LYNNWOOD , WA 98037

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,531.25

---

## Part 2:   Additional Page

**3.131**  **Nonpriority creditor's name and mailing address**

DB Engineering Inc

1000 S MAIN ST STE 100

Mansfield , TX 76063

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,720.00

---

**3.132**  **Nonpriority creditor's name and mailing address**

DB Roberts Company

3100 SUMMIT AVE SUITE 100

PLANO , TX 75074

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$44.10

---

**3.133**  **Nonpriority creditor's name and mailing address**

Delaware Secretary of State

Delaware Division of Corporations

401 Federal Street Suite 4

DOVER , DE 19901

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.134**  **Nonpriority creditor's name and mailing address**

Dell Financial Services LLC

PO BOX 81577

AUSTIN , TX 78708-1577

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,948.49

---

**3.135**  **Nonpriority creditor's name and mailing address**

Delta Air Lines, Inc

Attn: Legal Dept. 981

1030 Delta Blvd.

Atlanta, GA 30354

Date or dates debt was incurred  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$383,326.21

| Part 2: | Additional Page |

**3.136** Nonpriority creditor's name and mailing address

DHL Express (USA) Inc

16592 COLLECTIONS CENTER DRIVE

CHICAGO , IL 60693

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$793.00

---

**3.137** Nonpriority creditor's name and mailing address

Digi-Key Corporation

PO BOX 250

THIEF RIVER FALLS, MN 56701-0250

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$61.66

---

**3.138** Nonpriority creditor's name and mailing address

Disa Inc

DEPT 3731 PO BOX 123731

DALLAS , TX 75312-3731

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,287.70

---

**3.139** Nonpriority creditor's name and mailing address

Discus Software Company

1 HERALD SQUARE

FAIRBORN , OH 45324

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,130.00

---

**3.140** Nonpriority creditor's name and mailing address

Door Closers USA

18521 E QUEEN CREEK RD. STE. 105-132

QUEEN CREEK , AZ 85142

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$90.50

## Part 2: Additional Page

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.70
--- | --- | ---

**3.141**

Nonpriority creditor's name and mailing address

E.L. Smith Plumbing & Heating, Inc.

2013 WEST AVE

SAN ANTONIO , TX 78201

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$351.70

---

**3.142**

Nonpriority creditor's name and mailing address

Economic Research Institute

8575 164TH AVENUE NE SUITE 100

REDMOND , WA 98052

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$5,394.78

---

**3.143**

Nonpriority creditor's name and mailing address

Edmo Distributors Inc

12830 E MIRABEAU PKWY

SPOKANE VALLEY , WA 99216-1464

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7.00

---

**3.144**

Nonpriority creditor's name and mailing address

EDN Aviation Inc

PO BOX 679099

DALLAS , TX 75267-8684

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,079.59

---

**3.145**

Nonpriority creditor's name and mailing address

Electro Enterprises Inc

PO BOX 659506 SECTION 4112

SAN ANTONIO , TX 78265

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$31,528.50

**Part 2:**   Additional Page

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,689.25 |

**3.146** Nonpriority creditor's name and mailing address
Elegant Additions

150 Turtle Creek Blvd. Suite 203

DALLAS , TX 75207

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,689.25

---

**3.147** Nonpriority creditor's name and mailing address
Element Materials Technology Portland Inc

5245-A NE Elam Young Parkway

Hillsboro , OR 97124

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.148** Nonpriority creditor's name and mailing address
Elite Staffing

1315 N. North Branch Street Suite G

Chicago, IL 60642

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Pending Action

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.149** Nonpriority creditor's name and mailing address
Employment Development Department State of California

PO BOX 826805

SACRAMENTO , CA 94205-0001

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,202.07

---

**3.150** Nonpriority creditor's name and mailing address
Enflite Inc

Attn: Kevin Kieper

105 COOPERATIVE WAY

GEORGETOWN , TX 78626

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$507,576.83

## Part 2:    Additional Page

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,270.65 |
|---|---|---|---|

**3.151**

Nonpriority creditor's name and mailing address

English Color & Supply LP

7820 COLLEGE CIRCLE

NORTH RICHLAND HILLS, TX 76180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$10,270.65

---

**3.152**

Nonpriority creditor's name and mailing address

Equipment Depot

PO BOX 209004

DALLAS , TX 75320-9004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$32,128.23

---

**3.153**

Nonpriority creditor's name and mailing address

Equipment Solutions

PO BOX 2287

ROUND ROCK , TX 78680-2287

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$558.57

---

**3.154**

Nonpriority creditor's name and mailing address

Eric Bernhagen Sewing Machine Service

9263 BLUEBONNET DR

SCURRY , TX 75158

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$210.00

---

**3.155**

Nonpriority creditor's name and mailing address

Ernst & Young LLP

PNC Bank c/o Ernst & Young US LLP

3712 Solutions Center

Chicago , IL 60677

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$124,000.00

---

## Part 2:  Additional Page

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,560.06 |
|---|---|---|---|

**3.156**

Nonpriority creditor's name and mailing address

Evans Composites, Inc

300 S. WISTERIA STREET

Mansfield , TX 76063

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$42,560.06

---

**3.157**

Nonpriority creditor's name and mailing address

Fabricut

9303 EAST 46TH ST

TULSA , OK 74145

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$234.32

---

**3.158**

Nonpriority creditor's name and mailing address

Fastenal Company

5411 BANDERA ROAD SUITE 301

SAN ANTONIO , TX 78238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$11,508.14

---

**3.159**

Nonpriority creditor's name and mailing address

FedEx

PO BOX 660481

DALLAS , TX 75266-0481

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$114,663.54

---

**3.160**

Nonpriority creditor's name and mailing address

Fedex Custom Critical

1475 BOETTLER RAOD

UNIONTOWN , OH 44685

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,854.50

**Part 2:**    Additional Page

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,135.59 |

**3.161**

Nonpriority creditor's name and mailing address

FedEx Freight

PO BOX 10306

PALATINE , IL 60055-0306

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$89,135.59

---

**3.162**

Nonpriority creditor's name and mailing address

Fiber Specialties LLC

3656 W CLEMENT RD

BOISE , ID 83704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$26,470.45

---

**3.163**

Nonpriority creditor's name and mailing address

Fidelity Investments

PO BOX 73307

CHICAGO , IL 60673-7307

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$24,436.47

---

**3.164**

Nonpriority creditor's name and mailing address

Filgo Oil Company

PO BOX 565421

DALLAS , TX 75356

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$790.40

---

**3.165**

Nonpriority creditor's name and mailing address

Flame Enterprises Inc

PO BOX 80115

CITY OF INDUSTRY, CA 91716-8115

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

## Part 2: Additional Page

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,408.00 |
|---|---|---|---|

**3.166**

Nonpriority creditor's name and mailing address

Fluid Components International LLC

1755 LA COSTA MEADOWS DR

SAN MARCOS , CA 92078

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,408.00

---

**3.167**

Nonpriority creditor's name and mailing address

Fox Commercial Services LLC

PO BOX 19047

AUSTIN , TX 78760

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$584.55

---

**3.168**

Nonpriority creditor's name and mailing address

Fulton Aviation, LLC

11 MAIN ST S #314

KIRKLAND , WA 98033

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,300.00

---

**3.169**

Nonpriority creditor's name and mailing address

Future Metals LLC

3751 NEW YORK AVENUE SUITE 100

ARLINGTON , TX 76014

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,190.24

---

**3.170**

Nonpriority creditor's name and mailing address

Garason Aviation, LLC

101 PEDERNALES DR

NEW FAIRVIEW , TX 76078

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$20,128.50

**Part 2:   Additional Page**

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456,644.07 |

**3.171**

Nonpriority creditor's name and mailing address

GDC Engineering Ltd

307 Aviation Park

Bournemouth Airport

Dorset BH23 6NW UK,

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Intercompany Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,456,644.07

---

**3.172**

Nonpriority creditor's name and mailing address

GDC Investco LP

2021 McKinney Ave. Suite 1200

Dallas, TX 75201

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Management Fees

Is the claim subject to offset?
☑ No
☐ Yes

$375,000.00

---

**3.173**

Nonpriority creditor's name and mailing address

Gelwicks Engineering and Certification Services, LLC

16708 AQUEDUCT DRIVE

WILLIAMSPORT , MD 21795

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$550.00

---

**3.174**

Nonpriority creditor's name and mailing address

Gems Sensors, Inc

1 COWLES ROAD

PLAINVILLE , CT 6062

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$270.31

---

**3.175**

Nonpriority creditor's name and mailing address

General Ecology, Inc

151 SHEREE BLVD

EXTON , PA 19341-1292

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,667.92

| Part 2: | Additional Page |

---

**3.176** Nonpriority creditor's name and mailing address

George Cameron Nash

1025 N STEMMONS FWY #150

DALLAS , TX 75207

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,459.00

---

**3.177** Nonpriority creditor's name and mailing address

GH Structures

2845 FM 779

Mineola , TX 75773

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$17,000.00

---

**3.178** Nonpriority creditor's name and mailing address

Global Aviation Co

120 Technology Parkway

Norcross , GA 30092

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,267.10

---

**3.179** Nonpriority creditor's name and mailing address

Global Computer Sales Inc.

477 COMMERCE WAY

SUITE 105

LONGWOOD , FL 32750

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,750.00

---

**3.180** Nonpriority creditor's name and mailing address

Global Industrial Equipment Company

PO BOX 905713

CHARLOTTE , NC 28290

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$116.85

---

**Part 2:**  Additional Page

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,614.56 |

**3.181**

**Nonpriority creditor's name and mailing address**

Global Software, LLC dba Insightsoftware

8529 SIX FORKS ROAD

SUITE 400

RALEIGH , NC 27615

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,614.56

---

**3.182**

**Nonpriority creditor's name and mailing address**

Goodrich Cabin Systems - Booth Veneers

Attn: Mike Cundiff

PO BOX 846118

DALLAS , TX 75284-6118

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$482,686.00

---

**3.183**

**Nonpriority creditor's name and mailing address**

Gracoroberts

3200 Avenue E East

ARLINGTON , TX 76011

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$233,352.24

---

**3.184**

**Nonpriority creditor's name and mailing address**

Grainger

100 Grainger Pkwy

Lake Forest, IL 60045

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$411.35

---

**3.185**

**Nonpriority creditor's name and mailing address**

GreatAmerica Financial Services Corporation

PO BOX 660831

DALLAS , TX 75266-0831

Date or dates debt was incurred

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,432.00

## Part 2: Additional Page

**3.186** Nonpriority creditor's name and mailing address

Hallmark Waterjet Services, Inc

4747 RESEARCH FOREST STE 180-589

THE WOODLANDS , TX 77381

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,071.68

---

**3.187** Nonpriority creditor's name and mailing address

Hdaero Engineering, LLC

PO BOX 676

WOODLAND PARK , CO 80866-0676

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.188** Nonpriority creditor's name and mailing address

Hi-Tech Metal Finishing

3100 JIM CHRISTAL ROAD

DENTON , TX 76207

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$565.60

---

**3.189** Nonpriority creditor's name and mailing address

Honeywell International Inc

21380 NETWORK PLACE

CHICAGO , IL 60673-1213

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$651.00

---

**3.190** Nonpriority creditor's name and mailing address

Horn Solutions, Inc

301 COMMERCE GREEN BLVD

SUGAR LAND , TX 77478

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$26,865.00

## Part 2:   Additional Page

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,606.50 |

**3.191**

**Nonpriority creditor's name and mailing address**
Hornberger Fuller & Garza Incorporated

7373 BROADWAY

STE 300

SAN ANTONIO , TX 78209

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,606.50

---

**3.192**

**Nonpriority creditor's name and mailing address**
Hrd Aero Systems Inc

25555 AVENUE STANFORD

VALENCIA , CA 91355

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$78,348.00

---

**3.193**

**Nonpriority creditor's name and mailing address**
Hughes Network Systems, LLC

11717 Exploration Lane

Germantown , MD 20876

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,865.60

---

**3.194**

**Nonpriority creditor's name and mailing address**
Hydraflow

1881 W MALVERN AVE

FULLERTON , CA 92833-2403

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$160,175.29

---

**3.195**

**Nonpriority creditor's name and mailing address**
Hydro Systems Usa Inc

7028 SOUTH 204TH ST

KENT , WA 98032

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,550.00

| Part 2: | Additional Page |
| --- | --- |

**3.196**

Nonpriority creditor's name and mailing address

Iacobucci HF Aerospace

STRADA SC ASI 1/S nn. 16-18

03013 FERENTINO (FR) 03013, Italy,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$190,000.00

---

**3.197**

Nonpriority creditor's name and mailing address

Infovity Inc

1731 Embarcadero Road

Suite# 230

Palo Alto, CA 94303

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$195,102.50

---

**3.198**

Nonpriority creditor's name and mailing address

Infovity Inc

1731 Embarcadero Road Suite# 230

Palo Alto, CA 94303

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Pending Action

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.199**

Nonpriority creditor's name and mailing address

In-N-Out Burger

13502 HAMBURGER LANE

BALDWIN PARK , CA 91706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,545.35

---

**3.200**

Nonpriority creditor's name and mailing address

Innovative Computer Consultants Corporation

4315 CALEDON CT

CUMMING , GA 30041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$101,420.00

---

## Part 2: Additional Page

### 3.201

**Nonpriority creditor's name and mailing address**

Innovative Tile & Plumbing dba International Bath and Tile

11700 PRESTON RAOD. STE 660 PMB 350

DALLAS , TX 75230

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$328.54

---

### 3.202

**Nonpriority creditor's name and mailing address**

International Water-Guard Industries Inc

3771 N. FRASER WAY, UNIT ONE

BURNABY , V5J 5G5

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,215.10

---

### 3.203

**Nonpriority creditor's name and mailing address**

Inventory Locator Service LLC

DEPT CH 17338

PALATINE , IL 60055-7338

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$256.59

---

### 3.204

**Nonpriority creditor's name and mailing address**

IPFS Corporation

P.O. BOX 730223

DALLAS , TX 75373-0223

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,489.22

---

### 3.205

**Nonpriority creditor's name and mailing address**

Ito Consulting LLC

7040 TWIN KNOLL LN

PLANO , TX 75024-7516

**Date or dates debt was incurred** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,727.50

## Part 2: Additional Page

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,640.00 |
|---|---|---|---|

**3.206** Nonpriority creditor's name and mailing address

ITT Aerospace Controls

28150 INDUSTRY DRIVE

VALENCIA , CA 91355

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$102,640.00

---

**3.207** Nonpriority creditor's name and mailing address

ITT Enidine Inc

7 CENTRE DRIVE

ORCHARD PARK , NY 14127

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$39,550.70

---

**3.208** Nonpriority creditor's name and mailing address

J.B. Dwerlkotte Associates, Inc.

429 N. ST. FRANCIS

WICHITA , KS 67202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$171,445.00

---

**3.209** Nonpriority creditor's name and mailing address

Jamco America

1018 80TH STREET SW

EVERETT , WA 98203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,572.57

---

**3.210** Nonpriority creditor's name and mailing address

JC Delepine Lyon

2 PLACE MARECHAL LYAUTEY

FRANCE LYON F-69006,

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$504.41

## Part 2:  Additional Page

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $905.37 |

**3.211**
Nonpriority creditor's name and mailing address
JDL Industries Inc. - Atlanta

PO BOX 226350

MIAMI , FL 33222-6350

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$905.37

---

**3.212**
Nonpriority creditor's name and mailing address
Jeff Bonner R&D Inc

10525 MOPAC DR

SAN ANTONIO , TX 78217

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$34,944.00

---

**3.213**
Nonpriority creditor's name and mailing address
Jenco Electronics LLC

306 NW 25th St

Grand Prairie, TX 75050

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$12,190.48

---

**3.214**
Nonpriority creditor's name and mailing address
Jets, Inc

1943 OLD DENTON ROAD

CARROLLTON , TX 75006

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$9,873.33

---

**3.215**
Nonpriority creditor's name and mailing address
Joe W. Fly Co., Inc.

2421 THOMAS ROAD

FORT WORTH , TX 76117

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$6,364.86

## Part 2:  Additional Page

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,684.71 |

**3.216**

**Nonpriority creditor's name and mailing address**
Johnson Controls Inc

800 RAILHEAD RD SUITE 304

FORT WORTH , TX 76106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,684.71

---

**3.217**

**Nonpriority creditor's name and mailing address**
Johnson Service Group Inc

PO BOX 734388

CHICAGO , IL 60673-4388

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$183,186.49

---

**3.218**

**Nonpriority creditor's name and mailing address**
Johnson Service Group Inc

PO BOX 734388

Chicago, IL 60673-4388

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Pending Action

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.219**

**Nonpriority creditor's name and mailing address**
Jonathan Engineered Solutions

FILE #53547

LOS ANGELES , CA 90074-3547

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$6,787.28

---

**3.220**

**Nonpriority creditor's name and mailing address**
Jones Certification Services

7617 BRAELANDS DRIVE

SUMMERFIELDS , NC 27358

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$55,559.32

## Part 2:   Additional Page

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $823,139.39 |

**3.221**

Nonpriority creditor's name and mailing address

Jormac Aerospace

Attn: Colt Mehler

11221 69TH STREET NORTH

LARGO , FL 33773-5504

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

**$823,139.39**

**3.222**

Nonpriority creditor's name and mailing address

JPMorgan Chase Bank

PO BOX 4475

CAROL STREAM , IL 60197-4475

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

**3.223**

Nonpriority creditor's name and mailing address

Kalogridis International Ltd

4819 MAPLE AVE

DALLAS , TX 75219

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

**$165,106.76**

**3.224**

Nonpriority creditor's name and mailing address

Karen Henning dba Birkman by Henning

1220 CROOKED STICK DR

PROSPER , TX 75078

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

**3.225**

Nonpriority creditor's name and mailing address

Kasowitz Benson Torres LLP

1633 BROADWAY

NEW YORK , NY 10019

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

**$361,061.20**

**Part 2:** Additional Page

---

**3.226**

**Nonpriority creditor's name and mailing address**

Keli Labs Texas, LLC

2100 N HWY 360 SUITE 506

GRAND PRAIRIE , TX 75050

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,476.97

---

**3.227**

**Nonpriority creditor's name and mailing address**

Kempf Enterprises LLC

221 FAWN LANE

SPRING BRANCH , TX 78070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,312.50

---

**3.228**

**Nonpriority creditor's name and mailing address**

Kidde Aerospace

Hamilton Sundstrand PO Box 360951

Pittsburgh , PA 15251-6951

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,436.25

---

**3.229**

**Nonpriority creditor's name and mailing address**

King & Spalding LLP

PO Box 116133

Atlanta , GA 30368-6133

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,653.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

Kintetsu World Express (U.S.A.), Inc

AIR EXPORTS - DFW EXPORT BRANCH

512 E DALLAS ROAD, STE# 100

GRAPEVINE , TX 76051

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$35.00

---

## Part 2:  Additional Page

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,687.50 |
|---|---|---|---|

**3.231**

**Nonpriority creditor's name and mailing address**
Kipcreating

7950 NW 53RD ST STE 337

MIAMI , FL 33166

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,687.50

---

**3.232**

**Nonpriority creditor's name and mailing address**
KLDiscovery Ontrack, LLC

Attn. Shea Orlando

8201 Greensboro Drive 300

McLean, VA 22102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$420,032.12

---

**3.233**

**Nonpriority creditor's name and mailing address**
Koncept Safety

7846 FORTUNE DR

SAN ANTONIO , TX 78250

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$163.64

---

**3.234**

**Nonpriority creditor's name and mailing address**
Kone Inc.

PO BOX 894156

LOS ANGELES , CA 90189-4156

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$34,405.80

---

**3.235**

**Nonpriority creditor's name and mailing address**
Kontron America, Inc

Attn: Ana Torres

9477 WAPLES ST STE 150

SAN DEIGO , CA 92121

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$394,402.50

**Part 2:** Additional Page

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,901.62 |

**3.236** Nonpriority creditor's name and mailing address

Korry Electronics Company

11910 BEVERLY PARK ROAD

EVERETT , WA 98204

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$11,901.62

---

**3.237** Nonpriority creditor's name and mailing address

Launch Technical Workforce Solutions, LLC

700 COMMERCE DR SUITE 140

OAK BROOK , IL 60523

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,674.00

---

**3.238** Nonpriority creditor's name and mailing address

Laversab, Inc.

505 GILLINGHAM LANE

SUGAR LAND , TX 77478

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$32,198.96

---

**3.239** Nonpriority creditor's name and mailing address

LCR Scapes

8018 CAMPFIRE LN.

SAN ANTONIO , TX 78227

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$736.10

---

**3.240** Nonpriority creditor's name and mailing address

Lenscrafters

14963 COLLECTIONS CENTER DRIVE

CHICAGO , IL 60693

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$600.00

| Part 2: | Additional Page |
| --- | --- |

---

**3.241** Nonpriority creditor's name and mailing address

Level 3 Financing Inc

1025 ELDORADO BLVD

BROOMFIELD , CO 80021

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$53,336.44

---

**3.242** Nonpriority creditor's name and mailing address

LogMeIn Usa, Inc.

851 WEST CYPRESS CREEK ROAD

FORT LAUDERDALE , LA 33309

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$9,237.42

---

**3.243** Nonpriority creditor's name and mailing address

Lonseal

928 E 238TH STREET

CARSON , CA 90745

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,841.72

---

**3.244** Nonpriority creditor's name and mailing address

Luminary Air Group, LLC

18321 PARKWAY

MELFA , VA 23410

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$102.39

---

**3.245** Nonpriority creditor's name and mailing address

Luminator Holding LP

25969 NETWORK PLACE

CHICAGO , IL 60673-1259

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,393.10

---

## Part 2: Additional Page

**3.246** Nonpriority creditor's name and mailing address

Madison Aerospace, Inc.

1728A LAYTON AVENUE

HALTOM CITY , TX 76117

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$652.00

---

**3.247** Nonpriority creditor's name and mailing address

Magellan Services

624 KRONA DR STE 160

PLANO , TX 75074

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$141,750.88

---

**3.248** Nonpriority creditor's name and mailing address

Make Ready Plus LLC

6333 E. MOCKINGBIRD LN.

Suite 147-850

DALLAS , TX 75214

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$22,289.55

---

**3.249** Nonpriority creditor's name and mailing address

Mankiewicz Coatings LLC

1200 CHARLESTON REGIONAL PARKWAY

CHARLESTON , SC 29492

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,477.56

---

**3.250** Nonpriority creditor's name and mailing address

Mann Made Inc-II

710 BUSINESS WAY

WYLIE , TX 75098

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$549.10

**Part 2:**  Additional Page

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

**3.251** Nonpriority creditor's name and mailing address
Marketing Masters, Inc

1871 NW GILMAN BLVD STE 1

ISSAQUAH , WA 98027

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.252** Nonpriority creditor's name and mailing address
Mark's Plumbing Parts

PO Box 121554

Fort Worth , TX 76121

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,069.63

---

**3.253** Nonpriority creditor's name and mailing address
Matheson Tri-Gas, Inc

5932 S Freeway

Fort Worth , TX 76134

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$5,368.09

---

**3.254** Nonpriority creditor's name and mailing address
Maverick Aerospace LLC

5050 WARBIRD DRIVE

DENTON , TX 76207

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$25,100.00

---

**3.255** Nonpriority creditor's name and mailing address
Maxim Healthcare Services

12915 Collection Center Drive

CHICAGO , IL 60693

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$35.00

Debtor    GDC Technics, LLC
Name
Case number (if known)   21-50484

**Part 2:**   Additional Page

| | |
|---|---|
| **3.256** | |

**3.256**   Nonpriority creditor's name and mailing address

Mazav Management LLC

Attn: Mohammad Alzeer

1017 N. Main Ave. Suite 207

San Antonio, TX 78212

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$375,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Management Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257**   Nonpriority creditor's name and mailing address

McMaster-Carr

PO BOX 7690

CHICAGO , IL 60680-7690

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$361.19**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258**   Nonpriority creditor's name and mailing address

McNichols Company

16405 AIR CENTER BLVD STE 100

HOUSTON , TX 77032

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$223.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259**   Nonpriority creditor's name and mailing address

Memory4Less.com

1504 W. Commonwealth Ave

Suite B

FULLERTON , CA 92833

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$475.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260**   Nonpriority creditor's name and mailing address

Mercury Communication Services Inc

3333 EARHART DR SUITE 250

CARROLLTON , TX 75006

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**    **$811.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,094.51 |
|---|---|---|---|

**3.261**

**Nonpriority creditor's name and mailing address**

Michael Hewitt

PO BOX 676

HARTWOOD , VA 22471

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$106,094.51

---

**3.262**

**Nonpriority creditor's name and mailing address**

Minaapps Inc

MANOJ SINGH

43157 WHELPLEHILL TER

ASHBURN , VA 20148

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,500.00

---

**3.263**

**Nonpriority creditor's name and mailing address**

Mission Controls & Automation

3444 E COMMERCE ST

SAN ANTONIO , TX 78220

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$273.03

---

**3.264**

**Nonpriority creditor's name and mailing address**

MMI Electric Motors and Pumps

PO BOX 533

AZLE , TX 76098

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,643.00

---

**3.265**

**Nonpriority creditor's name and mailing address**

Mohawk Finishing Products

PO BOX 535414

ATLANTA , GA 30353-5414

Date or dates debt was incurred  _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$403.87

## Part 2:  Additional Page

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,564.71 |
|---|---|---|---|

**3.266**

Nonpriority creditor's name and mailing address

Monroe Aerospace

399 EAST DRIVE

MELBOURNE , FL 32904

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,564.71

---

**3.267**

Nonpriority creditor's name and mailing address

More4Apps Inc

4695 MacArthur Ct 11th Floor

Newport Beach , CA 92660

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$83,564.68

---

**3.268**

Nonpriority creditor's name and mailing address

Mouser Electronics, Inc

1000 NORTH MAIN STREET

Mansfield , TX 76063

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,564.86

---

**3.269**

Nonpriority creditor's name and mailing address

Msb Global Resources Corp

10680 W MAPLE

Suite 200

WICHITA , KS 67209

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27,745.75

---

**3.270**

Nonpriority creditor's name and mailing address

Multicam Inc

1025 WEST ROYAL LANE

DFW AIRPORT , TX 75261

Date or dates debt was incurred  _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,103.46

## Part 2: Additional Page

**3.271**

**Nonpriority creditor's name and mailing address**

Mundo-Tech, Inc

1745 S 1ST STREET

ROGERS , AR 72756

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.26

---

**3.272**

**Nonpriority creditor's name and mailing address**

National Field Services

651 FRANKLIN ST

LEWISVILLE , TX 75057

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,517.04

---

**3.273**

**Nonpriority creditor's name and mailing address**

NCI, Inc.

7125 Northland Terrace N Ste 100

Brooklyn Park , MN 55428

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,568.22

---

**3.274**

**Nonpriority creditor's name and mailing address**

Nde Labs, Inc

PO BOX 121326

FORT WORTH , TX 76126

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,660.39

---

**3.275**

**Nonpriority creditor's name and mailing address**

New Era Recruiting

DEPT CH 14395

PALATINE , IL 60055-4395

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$236,670.80

**Part 2:**   Additional Page

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,244.84 |

**3.276** Nonpriority creditor's name and mailing address

New Source Corporation

7500 TPC BLVD

SUITE 1

ORLANDO , FL 32822

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$39,244.84

---

**3.277** Nonpriority creditor's name and mailing address

New Source Corporation

7500 TPC BLVD SUITE 1

Orlando, FL 32822

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Pending Action

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.278** Nonpriority creditor's name and mailing address

Newact Inc

2084 JAMES E SAULS SR DRIVE

BATAVIA , OH 45103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,225.00

---

**3.279** Nonpriority creditor's name and mailing address

Newark

2084 JAMES E SAULS SR DRIVE

BATAVIA , OH 45103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$620.47

---

**3.280** Nonpriority creditor's name and mailing address

Newegg

2084 JAMES E SAULS SR DRIVE

BATAVIA , OH 45103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$749.00

## Part 2:    Additional Page

**3.281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,863.35**

Nick Gleis Photography

PO BOX 387

WOODSTOCK , VA 22664

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$131,105.73**

Nordam Interiors and Structures

PO BOX 732060

DALLAS , TX 75373-2060

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00**

North Texas Skyworks, LLC

1421 TREELINE DRIVE

ARGYLE , TX 76226

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.284** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$71.46**

North Texas Tollway Authority

PO BOX 660244

DALLAS , TX 75266-0244

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$43,420.00**

Nvision Grafix Inc. Dba Nvision Inc

577 COMMERCE STREET, SUITE 100

SOUTHLAKE , TX 76092

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

---

**Part 2:** Additional Page

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $355,626.27 |
|---|---|---|---|

**3.286**

Nonpriority creditor's name and mailing address

Oracle America Inc

500 ORACLE PARKWAY

REDWOOD , 94065

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$355,626.27

---

**3.287**

Nonpriority creditor's name and mailing address

Otonomy Aviation

9 RUE DES 29 AVIATEURS

FRANCE MERIGNAC 33700, 33700

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$176,707.87

---

**3.288**

Nonpriority creditor's name and mailing address

Oxford Aero, LLC

13303 W MAPLE

WICHITA , KS 67235

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$29,313.07

---

**3.289**

Nonpriority creditor's name and mailing address

Pac Seating Systems Inc

Attn: Alyssa Keaney Eidson

3370 SW 42ND AVE

PALM CITY , FL 34990

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$282,784.50

---

**3.290**

Nonpriority creditor's name and mailing address

Pack-Mark Inc

1375 E BITTERS RD

SAN ANTONIO , TX 78216

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$714.24

| Part 2: | Additional Page |
| --- | --- |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.14 |
| --- | --- | --- | --- |

**3.291**

Nonpriority creditor's name and mailing address

Pan American Tool

5990 NW 31ST AVENUE

FT LAUDERDALE , FL 33309-2208

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$235.14

---

**3.292**

Nonpriority creditor's name and mailing address

Panasonic Avionics Corporation

3301 Monte Villa Parkway,

Receiving Bay 1

Bothell , WA 98021

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$9,653.29

---

**3.293**

Nonpriority creditor's name and mailing address

Patent & Trademark Office

19125 NORTH CREEK PARKWAY

SUITE 120

BOTHELL , WA 98011

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$870.00

---

**3.294**

Nonpriority creditor's name and mailing address

Perrone Leather LLC dba Perrone Aerospace

182 RIVERSIDE DR

FULTONVILLE , NY 12072

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,640.00

---

**3.295**

Nonpriority creditor's name and mailing address

PGL, Perimeter Logistics, Perimeter Global Logistics

PO BOX 975649

DALLAS , TX 75373

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$44,031.85

| Part 2: | Additional Page |
|---|---|

**3.296**

Nonpriority creditor's name and mailing address

Phoenix Office Technology Services

4651 WESTGROVE DRIVE

_____

ADDISON , TX 75001

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,338.20

---

**3.297**

Nonpriority creditor's name and mailing address

Pied Piper Pest Control

12103 JONES MALTSBERGER

_____

SAN ANTONIO , TX 78247

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$703.63

---

**3.298**

Nonpriority creditor's name and mailing address

Pilot Engineering, LLC

6909 BROOMSEDGE DRIVE

_____

FLOWER MOUND , TX 76226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$12,925.00

---

**3.299**

Nonpriority creditor's name and mailing address

Port Authority of San Antonio

Davidson Troilo Ream & Garza, P.C.
Attn: Richard E. Hettinger

601 Nw Loop 410 100

San Antonio, TX 78216-5511

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,701,298.81

---

**3.300**

Nonpriority creditor's name and mailing address

Praxair Distribution Inc

822 AT&T CENTER PARKWAY

_____

SAN ANTONIO , TX 78219

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,381.25

| Part 2: | Additional Page |
| --- | --- |

**3.301**

Nonpriority creditor's name and mailing address

Precision Saw & Tool

9065 FM 78

CONVERSE , TX 78109

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,209.17

---

**3.302**

Nonpriority creditor's name and mailing address

Primo Plumbing

11403 JONES MALTSBERGER

SAN ANTONIO , TX 78216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$487.13

---

**3.303**

Nonpriority creditor's name and mailing address

Professional Testing Laboratory, Inc

714 GLENWOOD PL

DALTON , GA 30721

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.304**

Nonpriority creditor's name and mailing address

Proficient Benefit Solutions

PO BOX 380768

SAN ANTONIO , TX 78268

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,364.20

---

**3.305**

Nonpriority creditor's name and mailing address

Pure Air Filter Company

4743 WHIRLWIND ST.

SAN ANTONIO , TX 78217-3720

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,358.95

## Part 2: Additional Page

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,512.72 |
|---|---|---|---|

**3.306**

**Nonpriority creditor's name and mailing address**

Qualcal Scale Services, LLC

1724 LACY DRIVE STE 116

Fort Worth , TX 76177

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,512.72**

---

**3.307**

**Nonpriority creditor's name and mailing address**

R.S. Hughes Co Inc

750 Royal Lane, Suite 100

PO BOX 610323

DFW Airport , TX 75261

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$13,174.47**

---

**3.308**

**Nonpriority creditor's name and mailing address**

Rapid Recovery, Part of A-Gas Us

1100 Haskins Road

Bowling Green , OH 43402

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$33,414.00**

---

**3.309**

**Nonpriority creditor's name and mailing address**

Rapid7 LLC

120 CAUSEWAY ST SUITE 400

BOSTON , MA 2114

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$13,487.95**

---

**3.310**

**Nonpriority creditor's name and mailing address**

Richard Roseman Luxury

1540 SELENE DR STE 100

CARROLLTON , TX 75006

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$20,978.00**

## Part 2:  Additional Page

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,026.27 |
|---|---|---|---|

**3.311**

Nonpriority creditor's name and mailing address

Richie & Gueringer PC

100 CONGRESS AVENUE SUITE 1750

AUSTIN , TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,026.27

---

**3.312**

Nonpriority creditor's name and mailing address

Riley Finn

668 WINDMILL BREEZE

BULVERDE , TX 78163

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,575.00

---

**3.313**

Nonpriority creditor's name and mailing address

RKG Enterprises Inc

403 Kraft St

SAN ANTONIO , TX 78220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$34,837.50

---

**3.314**

Nonpriority creditor's name and mailing address

Rockwell Collins Inc Iowa

ARINC INCORPORATED PO BOX 951273

DALLAS , TX 75395-1273

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$45,171.00

---

**3.315**

Nonpriority creditor's name and mailing address

Rolls-Royce On Wing Services

25306 NETWORK PLACE

CHICAGO , IL 60673-1253

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$115,388.15

## Part 2: Additional Page

**3.316** Nonpriority creditor's name and mailing address

Safetech USA, Inc

1230 WILSON ROAD COURT

HUMBLE , TX 77396

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,050.00

---

**3.317** Nonpriority creditor's name and mailing address

Safework LLC

8111 LBJ Fwy

Suite 475

Dallas , TX 75251

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$17,200.00

---

**3.318** Nonpriority creditor's name and mailing address

Safran Cabin Galleys Us, Inc. (Inserts Division)

5701 BOLSA AVE

HUNTINGTON BEACH, 92647

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$159,800.00

---

**3.319** Nonpriority creditor's name and mailing address

Safran Cabin Germany GmbH

JUNOSTRASSE 1

GERMANY HERBORN 35745,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,625.00

---

**3.320** Nonpriority creditor's name and mailing address

Safran Cabin Sterling, Inc

44931 FALCON PLACE

STE 1

STERLING , VA 20166-9510

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$22,736.00

---

## Part 2: Additional Page

**3.321** Nonpriority creditor's name and mailing address

Sage Search Partners, LLC

3811 TURTLE CREEK BLVD

SUITE 850

DALLAS , TX 75201

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,904.74

---

**3.322** Nonpriority creditor's name and mailing address

Saint Louis Designs Inc

11417 FM 1625

CREEDMOOR , TX 78610

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,441.05

---

**3.323** Nonpriority creditor's name and mailing address

Sam's Club

201 GOLDEN TRIANGLE BLVD

KELLER , TX 76248

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$421.40

---

**3.324** Nonpriority creditor's name and mailing address

San Antonio Belting & Pulley

211 W CEVALLOS

SAN ANTONIO , TX 78204

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$76.64

---

**3.325** Nonpriority creditor's name and mailing address

San Antonio Water System

PO BOX 2990

SAN ANTONIO , TX 78299-2990

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,229.42

## Part 2:  Additional Page

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**3.326**

Nonpriority creditor's name and mailing address

Sapphire Digital

160 Chubb Ave

Suite 301

Lyndhurst , NJ 7071

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$250.00

---

**3.327**

Nonpriority creditor's name and mailing address

Satair Usa Inc.

1050 SATCOM LANE

MELBOURNE , FL 32940

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,878.31

---

**3.328**

Nonpriority creditor's name and mailing address

Satcom Direct Avionics, ULC

Cedar Business Services
Attn: Oscar Islas

5230 Las Virgenes Rd Ste 210

Calabasas, CA 91302

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$380,031.75

---

**3.329**

Nonpriority creditor's name and mailing address

Satcom Direct, Inc

PO BOX 101617

ATLANTA , GA 30392-1617

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$22,007.06

---

**3.330**

Nonpriority creditor's name and mailing address

Schengber Engineering Services LLC

1304 Lake Adger Parkway

Mill Spring , NC 28756

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,250.00

| Part 2: | Additional Page |
|---------|-----------------|

**3.331** Nonpriority creditor's name and mailing address

Sealth Aero Marine

16001 MILL CREEK BLVD

MILL CREEK , 98012

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$192,607.86

---

**3.332** Nonpriority creditor's name and mailing address

Securaplane Technologies Inc

3334 COLLECTION CENTER DRIVE

CHICAGO , IL 60693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,704.50

---

**3.333** Nonpriority creditor's name and mailing address

Security Detection

2517 S MEMORIAL DR

TULSA , OK 74129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,140.00

---

**3.334** Nonpriority creditor's name and mailing address

Semco Aerospace, LLC

1625 Crescent Circle

Suite 309

CARROLLTON , TX 75006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

**3.335** Nonpriority creditor's name and mailing address

Sherwin-Williams

17303 GREEN MOUNTAIN ROAD

SAN ANTONIO , TX 78247-4630

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,954.70

## Part 2:  Additional Page

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,823.81 |
|---|---|---|---|

**3.336**

Nonpriority creditor's name and mailing address

Shred-It US JV LLC

28883 NETWORK PLACE

CHICAGO , IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$6,823.81

---

**3.337**

Nonpriority creditor's name and mailing address

Signature Plating

1135 GUADALUPE DR

CIBOLO , TX 78108

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$74,227.01

---

**3.338**

Nonpriority creditor's name and mailing address

SimplexGrinnell

DEPT CH 10320

PALATINE , IL 60055-0320

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$67,602.50

---

**3.339**

Nonpriority creditor's name and mailing address

Skandia, Inc.

PO BOX 775795

CHICAGO , IL 60677-5795

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,727.04

---

**3.340**

Nonpriority creditor's name and mailing address

Skygeek.com

30 AIRWAY DRIVE SUITE# 2

LAGRANGEVILLE , NY 12540

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,559.54

**Part 2:**   Additional Page

---

**3.341**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**        $37,249.50
            Smart Production                                         *Check all that apply.*
                                                                     ☐ Contingent
            SPECTRUM HOUSE                                           ☐ Unliquidated
                                                                     ☒ Disputed
            96A COLERIDGE STREET                                     **Basis for the claim:**  Accounts Payable

            HOVE EAST SUSSEX BN3 5AA,                                **Is the claim subject to offset?**
                                                                     ☒ No
            Date or dates debt was incurred      _____       ☐ Yes

            Last 4 digits of account number    __ __ __ __

---

**3.342**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**        $88,188.38
            Snap-On Industrial                                       *Check all that apply.*
                                                                     ☐ Contingent
            PO BOX 9004 3011 E. Route 176                            ☐ Unliquidated
                                                                     ☐ Disputed
                                                                     **Basis for the claim:**  Accounts Payable
            CRYSTAL LAKE , IL 60014                                  **Is the claim subject to offset?**
                                                                     ☒ No
            Date or dates debt was incurred      _____       ☐ Yes

            Last 4 digits of account number    __ __ __ __

---

**3.343**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**        $6,962.29
            Sodexo Inc. and Affiliates                               *Check all that apply.*
                                                                     ☐ Contingent
            PO BOX 360170                                            ☐ Unliquidated
                                                                     ☒ Disputed
                                                                     **Basis for the claim:**  Accounts Payable
            PITTSBRUGH , PA 15251-6170                               **Is the claim subject to offset?**
                                                                     ☒ No
            Date or dates debt was incurred      _____       ☐ Yes

            Last 4 digits of account number    __ __ __ __

---

**3.344**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**        $43,740.00
            Solair Group, LLC                                        *Check all that apply.*
                                                                     ☐ Contingent
            2626 ZELRICH LANE                                        ☐ Unliquidated
                                                                     ☐ Disputed
                                                                     **Basis for the claim:**  Accounts Payable
            DALLAS , TX 75229                                        **Is the claim subject to offset?**
                                                                     ☒ No
            Date or dates debt was incurred      _____       ☐ Yes

            Last 4 digits of account number    __ __ __ __

---

**3.345**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**        $2,846.98
            Solarwinds Inc                                           *Check all that apply.*
                                                                     ☐ Contingent
            PO BOX 730720                                            ☐ Unliquidated
                                                                     ☒ Disputed
                                                                     **Basis for the claim:**  Accounts Payable
            DALLAS , TX 75373                                        **Is the claim subject to offset?**
                                                                     ☒ No
            Date or dates debt was incurred      _____       ☐ Yes

---

**Part 2:    Additional Page**

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,241.47 |
|---|---|---|---|

**3.346** Nonpriority creditor's name and mailing address

Southeastern Freight Lines, Inc.

P.O. BOX 100104

COLUMBIA , SC 29202-3104

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,241.47

---

**3.347** Nonpriority creditor's name and mailing address

Southstar Supply Company

PO Box 541

Charlotte , TN 37036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,140.00

---

**3.348** Nonpriority creditor's name and mailing address

SPBS, Inc.

8410 STERLING ST STE 150

IRVING , TX 75063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,993.90

---

**3.349** Nonpriority creditor's name and mailing address

Specialized Aerospace Materials Inc

325 BROOKS DR

NEVADA , TX 75173

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,797.00

---

**3.350** Nonpriority creditor's name and mailing address

Spectrum Enterprise

PO BOX 460849

SAN ANTONIO , TX 78246

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,303.50

## Part 2:  Additional Page

| | | |
|---|---|---|
| **3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.351**

**Nonpriority creditor's name and mailing address**

SQ3 Partners, LLC

1220 W ROSECRANS ST

PMB 805

SAN DIEGO, CA 92106

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$338,614.00

---

**3.352**

**Nonpriority creditor's name and mailing address**

Staples Contract & Commercial

DEPT DAL PO BOX 83689

CHICAGO , IL 60696-3689

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,929.88

---

**3.353**

**Nonpriority creditor's name and mailing address**

Steecon Inc

5362 INDUSTRIAL DRIVE

HUNTINGTON BEACH , CA 92649-1517

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,037.25

---

**3.354**

**Nonpriority creditor's name and mailing address**

Stephen C. Merriman

401 IRVINE DRIVE

ALLEN , TX 75013

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,420.00

---

**3.355**

**Nonpriority creditor's name and mailing address**

Stericycle Environmental Solutions

29338 NETWORK PL

CHICAGO , IL 60673-1293

Date or dates debt was incurred

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,162.01

**Part 2:** Additional Page

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,171.22 |

**3.356** Nonpriority creditor's name and mailing address
Sterling Courier Systems

PO BOX 35418

NEWARK , NJ 07193-5418

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$5,171.22

---

**3.357** Nonpriority creditor's name and mailing address
Strom Aviation Inc

109 SOUTH ELM ST

WACONIA , MN 55387

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$172,499.33

---

**3.358** Nonpriority creditor's name and mailing address
Sullair of South Texas

9520 US HWY. 87E

SAN ANTONIO , TX 78263

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,930.30

---

**3.359** Nonpriority creditor's name and mailing address
SW Elevators LLC

PO BOX 208654

DALLAS , TX 75320-8564

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,237.42

---

**3.360** Nonpriority creditor's name and mailing address
Tank Tigers

Tigers, Inc Attn: Elizabeth Borden

2000 NE Jensen Beach Blvd

Jensen Beach , FL 34957

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$28,107.42

## Part 2:  Additional Page

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**3.361** Nonpriority creditor's name and mailing address
Tanury Industries Inc

6 New England Way

Lincoln , RI 2865

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

**3.362** Nonpriority creditor's name and mailing address
Tapis Corporation

28 KAYSAL COURT

ARMONK , NY 10504

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$16,907.51

---

**3.363** Nonpriority creditor's name and mailing address
Tarrant County Tax Assessor Collector

PO BOX 961018

FORT WORTH , TX 76161-0018

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,457.59

---

**3.364** Nonpriority creditor's name and mailing address
Tazmanian Freight Systems Inc

PO BOX 74008270

CHICAGO , IL 60674-8270

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$875.00

---

**3.365** Nonpriority creditor's name and mailing address
Technodata GmbH

Leverkuser Strasse 65

D-42897 Remscheid GERMANY,

Date or dates debt was incurred  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$37,756.41

**Part 2:** Additional Page

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,392.18 |
|---|---|---|---|

**3.366**

Nonpriority creditor's name and mailing address

Teletrac

7391 LINCOLN WAY

GARDEN GROVE , CA 92841

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,392.18

---

**3.367**

Nonpriority creditor's name and mailing address

Terminix International Company Limited Partnership

PO BOX 802155

CHICAGO , IL 60680-2131

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$8,623.21

---

**3.368**

Nonpriority creditor's name and mailing address

Test-Fuchs Corporation

10325 BRECKSVILLE RD

BRECKSVILLE , OH 44141

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,793.60

---

**3.369**

Nonpriority creditor's name and mailing address

Tex Door

11202 BOMAR LN

SAN ANTONIO , TX 78233

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,713.05

---

**3.370**

Nonpriority creditor's name and mailing address

Texas Franchise Tax Board

Capitol Station

PO Box 13528

Austin, TX 78711-3528

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Taxes

Is the claim subject to offset?
☑ No
☐ Yes

$75,832.37

## Part 2:    Additional Page

**3.371** | Nonpriority creditor's name and mailing address
Texas Health Convenient Care at Alliance

2401 WESTPORT PKWY

SUITE 140

FORT WORTH , 76177

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$5,125.00

---

**3.372** | Nonpriority creditor's name and mailing address
Texas Heat Treating, Inc

155 TEXAS AVE

ROUND ROCK , TX 78664

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$278.70

---

**3.373** | Nonpriority creditor's name and mailing address
Texas Leather Service

140 Heather Lane

Decatur , TX 76234

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,300.00

---

**3.374** | Nonpriority creditor's name and mailing address
Texas Medclinic

13722 EMBASSY ROW

SAN ANTONIO , TX 78216

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$634.00

---

**3.375** | Nonpriority creditor's name and mailing address
Texas Precision Plating Inc

3002 Benton Street

Garland , TX 75042

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$125.01

| Part 2: | Additional Page |
|---|---|

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.00
| Texas Scales Inc | *Check all that apply.* |
| | ☐ Contingent |
| 5450 FM 1103 | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:**  Accounts Payable |
| CIBOLO , TX 78108 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred | ☐ Yes |
| Last 4 digits of account number  ___ ___ ___ ___ |

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.55
| Texas Valve & Fitting Co. | *Check all that apply.* |
| | ☐ Contingent |
| 505 CENTURY PARKWAY SUITE# 100 | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:**  Accounts Payable |
| ALLEN , TX 75013 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred | ☐ Yes |
| Last 4 digits of account number  ___ ___ ___ ___ |

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,999,233.00
| The Boeing Company | *Check all that apply.* |
| Jones Day, Attn. Paul M. Green | ☐ Contingent |
| | ☐ Unliquidated |
| 717 Texas Suite 3300 | ☑ Disputed |
| Houston, TX 77002 | **Basis for the claim:**  Promissory Note |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☐ No |
| | ☑ Yes |
| Last 4 digits of account number  ___ ___ ___ ___ |

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| The Boeing Company | *Check all that apply.* |
| Jones Day, Attn. Paul M. Green | ☑ Contingent |
| | ☑ Unliquidated |
| 717 Texas Suite 3300 | ☑ Disputed |
| Houston, TX 77002 | **Basis for the claim:**  Pending Action |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    04/06/2021 | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number  ___ ___ ___ ___ |

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00
| The Dee Howard Foundation | *Check all that apply.* |
| | ☐ Contingent |
| 9901 IH 10 WEST SUITE 800 | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:**  Accounts Payable |
| SAN ANTONIO , TX 78230 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred | ☐ Yes |

| Part 2: | Additional Page |

---

**3.381** | Nonpriority creditor's name and mailing address
The Fod Control Corporation

18202 PRESTON RD STE D9-229

DALLAS , TX 75252

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,566.84

---

**3.382** | Nonpriority creditor's name and mailing address
The Leather Institute

61 RIORDAN PLACE

SHREWSBURY , NJ 7702

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,342.00

---

**3.383** | Nonpriority creditor's name and mailing address
Therma-Stor

4201 LEIN RD

MADISON , WI 53704

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$677.50

---

**3.384** | Nonpriority creditor's name and mailing address
Thomas Edwards Group Inc

5151 BELT LINE ROAD

SUITE 350

DALLAS , TX 75254

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,800.00

---

**3.385** | Nonpriority creditor's name and mailing address
Thyssenkrupp Elevator Corporation

114 TOWNPARK DRIVE NW SUITE 300

KENNESAW , GA 30144

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$1,069.63

---

## Part 2:   Additional Page

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,200.00 |
|---|---|---|---|

**3.386**

Nonpriority creditor's name and mailing address

Townsend Leather Company, Inc

4 GROVE ST

JOHNSTOWN , NY 12095

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$3,200.00

---

**3.387**

Nonpriority creditor's name and mailing address

Transtar Aircraft Interiors, LLC

Attn: Danny Wintz

1184 CORPORATE DR W STE A

ARLINGTON , TX 76006

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,110,196.47

---

**3.388**

Nonpriority creditor's name and mailing address

Trident Aerospace And Electronics Inc

572 1ST AVE N.

ST. PETERSBURG , FL 33701

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$12,586.64

---

**3.389**

Nonpriority creditor's name and mailing address

Tri-Star Technologies Inc

1111 E. El Segundo Blvd

El Segundo , CA 90245

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$640.00

---

**3.390**

Nonpriority creditor's name and mailing address

Tumarada Engineering And Consulting Services LLC

133 FIRE THORN LANE

POOLER , GA 31322

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$82,740.00

## Part 2:  Additional Page

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,462.66 |

**3.391** Nonpriority creditor's name and mailing address

Turbo Resources International Inc

2615 N ARIZONA AVE

CHANDLER , AZ 85225

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$4,462.66

---

**3.392** Nonpriority creditor's name and mailing address

TW Metals LLC

4909 SUN VALLEY DRIVE

FORT WORTH , TX 76119

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$392.16

---

**3.393** Nonpriority creditor's name and mailing address

TXTag

PO BOX 650749

DALLAS , TX 75265-0749

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$207.32

---

**3.394** Nonpriority creditor's name and mailing address

Ubeo of Austin

4560 LOCKHILL SELMA

SUITE 100

SAN ANTONIO , TX 78249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$19,053.60

---

**3.395** Nonpriority creditor's name and mailing address

Uline

ATTN: ACCTS RECEIVABLE

PO BOX 88741

CHICAGO , IL 60680-1741

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$23,249.32

| Part 2: | Additional Page |
|---|---|

**3.396** **Nonpriority creditor's name and mailing address**

United Rentals (North America), Inc

3401 E PARK ROW

ARLINGTON , TX 76010

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$89,970.92

---

**3.397** **Nonpriority creditor's name and mailing address**

United Testing Systems

1375 S ACACIA AVE

SUITE A

FULLERTON , CA 92831

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,331.75

---

**3.398** **Nonpriority creditor's name and mailing address**

Unitron, LP

10925 MILLER ROAD

DALLAS , TX 75238

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$951.18

---

**3.399** **Nonpriority creditor's name and mailing address**

US Bank

1310 MADRID STREET, SUITE 101

MARSHALL , MN 56258-4002

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$110,875.83

---

**3.400** **Nonpriority creditor's name and mailing address**

Verdun McClelland

2060 Eagle Pkwy

Fort Worth, TX 76177

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,667.31

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.401** | **Nonpriority creditor's name and mailing address**<br>Verion Training Systems LLC<br><br>4100 ALPHA RD STE 200<br><br><br>DALLAS , TX 75244<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Accounts Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$6,980.00** |
| **3.402** | **Nonpriority creditor's name and mailing address**<br>Verizon Wireless<br><br>PO BOX 660108<br><br><br>DALLAS , TX 75266-0108<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Accounts Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$2,657.65** |
| **3.403** | **Nonpriority creditor's name and mailing address**<br>Videojet Technologies Ltd<br><br>12113 COLLECTION CENTER DRIVE<br><br><br>CHICAGO , IL 60693<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Accounts Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$272.69** |
| **3.404** | **Nonpriority creditor's name and mailing address**<br>Vinson & Elkins LLP<br><br>Attn. William Wallander and Kristie Duchesne<br><br>2001 Ross Avenue Suite 3900<br>Dallas, TX 75201<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,251,382.98** |
| **3.405** | **Nonpriority creditor's name and mailing address**<br>W.W. Cannon, LLC<br><br>2653 BRENNER DRIVE<br><br><br>DALLAS , TX 75220<br><br>Date or dates debt was incurred _____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Accounts Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$15,443.49** |

**Part 2:**   Additional Page

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,351.70 |
|---|---|---|---|

**3.406**   **Nonpriority creditor's name and mailing address**

Walker Advertising Inc

16601 BLANCO RD

STE 122

SAN ANTONIO , TX 78232

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,351.70

---

**3.407**   **Nonpriority creditor's name and mailing address**

Waste Connections Lone Star, Inc

PO BOX 162479

FORT WORTH , TX 76161-2479

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,551.29

---

**3.408**   **Nonpriority creditor's name and mailing address**

Waste Management Of Texas, Inc

PO BOX 660345

DALLAS , TX 75266

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,576.03

---

**3.409**   **Nonpriority creditor's name and mailing address**

Weaver and Tidwell LLP

Attn: Frank McElroy

24 Greenway Plaza STE 1800

Houston, TX 77046

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$314,894.62

---

**3.410**   **Nonpriority creditor's name and mailing address**

Wells Fargo Financial Leasing

PO BOX 6434

CAROL STREAM , IL 60197-6434

Date or dates debt was incurred      _____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$16,260.18

## Part 2:  Additional Page

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,828.10 |

**3.411** Nonpriority creditor's name and mailing address

Wells Fargo Vendor Financial Service

PO BOX 105710

ATLANTA , GA 30348-5710

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$110,828.10

---

**3.412** Nonpriority creditor's name and mailing address

Welter Wandunikate

Buelowstrasse 66

GERMANY D-10783 Berlin,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$215.00

---

**3.413** Nonpriority creditor's name and mailing address

Wencor LLC

3577 S Mountain Vista Parkway

Provo , UT 84606

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,174.69

---

**3.414** Nonpriority creditor's name and mailing address

Wesco Aircraft Hardware Corp dba Incora

6701 WILL ROGERS BLVD

FORT WORTH , TX 76140

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,045.79

---

**3.415** Nonpriority creditor's name and mailing address

Westair Gases and Equipment

PO BOX 101420

PASADENA , CA 91189.142

Date or dates debt was incurred _____

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$611.90

## Part 2:  Additional Page

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,753.88 |
|---|---|---|---|

**3.416**

Nonpriority creditor's name and mailing address

Western States Fire Protection Co

2345 W WARRIOR TRAIL

GRAND PRAIRIE , TX 75052

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$2,753.88

---

**3.417**

Nonpriority creditor's name and mailing address

William W. Hodges

5049 Old Jonesboro Rd

Bristol , TN 37620

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.418**

Nonpriority creditor's name and mailing address

Willis Towers Watson Insurance Services West, Inc

Attn: Barbara Beil

15305 NORTH DALLAS PARKWAY SUITE 1100

ADDISON , TX 75001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$272,197.41

---

**3.419**

Nonpriority creditor's name and mailing address

Willis Towers Watson Northeast, Inc

199 SCOTT ST

SUITE 800

BUFFALO , NY 14204

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$15,858.15

---

**3.420**

Nonpriority creditor's name and mailing address

Wilson Company

16301 Addison Road

ADDISON , TX 75001

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$546.85

## Part 2:  Additional Page

**3.421** | **Nonpriority creditor's name and mailing address**

Wing Control

975 W 22ND ST

HIALEAH , FL 33010

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$125.00

---

**3.422** | **Nonpriority creditor's name and mailing address**

Wiremasters Inc

647 WESTPORT PARKWAY

GRAPEVINE , TX 76051

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$53,915.50

---

**3.423** | **Nonpriority creditor's name and mailing address**

Z-Core Environmental & Contracting Services

447 LOMBRANO ST

SAN ANTONIO , TX 78207

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,400.36

---

**3.424** | **Nonpriority creditor's name and mailing address**

Zoho Corporation

4141 HACIENDA DRIVE

PLEASANTON , CA 94588

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$13,571.31

---

**3.425** | **Nonpriority creditor's name and mailing address**

Zoro Tools, Inc

BUFFALO GROVE , IL 60089

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,308.25

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $287,625.80 |
| 5b. | **Total claims from Part 2** | 5b. + | $34,939,506.09 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $35,227,131.89 |

| | |
|---|---|
| Debtor name | GDC Technics, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-50484    Chapter ___11___ |

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest**   See attached <br> 0 months <br> **State the term remaining** <br> **List the contract number of any government contract** | See Attached Schedule |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

**In re: GDC Technics, LLC**
**Case No. 21-50494**
Schedule G Attachment
Executory Contracts and Unexpired Leases

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| 1550 | PO Box 2362 | Sapulpa | OK | 74067 | | | DER/DAR certification services | |
| 19i FP Services Llc | 11310 N. North Loop Rd | San Antonio | TX | 78216 | | PO 62283, 62284 | Services: inspectors for SAT fire supression system | |
| 2S 365 Limited | 5009 Crestwood Dr | Waco | TX | 76710 | | | DER/DAR certification services | |
| Accounting Principals, Inc | 20 Greenway Plaza #350 | Houston | TX | 77046 | | | Staffing - direct placement terms and conditions | |
| AccuRod Testing Services Inc | 1404 N Sam Houston Pkwy E Ste 100 | Houston | TX | 77032 | | | DER/DAR certification services | |
| Acrel Inc | | | | | | PO 42247 | Parts/materials: various types of latches for aircraft, Spares for SKF P620/639 | |
| Adjacent Solutions | 2423 North Central Expressway, Suite 130 | Richardson | TX | 75080 | | PO 61745, 61785 | Oracle DBA support | 7 |
| Adobe Annual Licensing | 345 Park Avenue | San Jose | CA | 95110-2704 | | | Adobe Acrobat, Framemaker, CC | 6 |
| ADP SCREENING & SELECTION SERVICES | One ADP Boulevard | Roseland | NJ | 07068 | | | Payroll | |
| ADP, Inc | One ADP Boulevard | Roseland | NJ | 07068 | | | Payroll - Workforce Now Comprehensive Services Agreement | Evergreen |
| Advanced Technology Innovation Corp | 15 Kenneth Winter Drive | Amityville | MA | 02081 | | | Contract labor services | |
| AeroBase Laboratory Inc | 12419 Harmon Rd. #175 | Fort Worth | TX | 76177 | | PO 61446, 62240 | DER/DAR certification services | |
| Aerospace Systems International Llc | 420 N. Woodlawn St | Wichita | KS | 67208 | | | DER/DAR certification services | |
| Aeroteam | 7245 West Friendly Ave., Suite G | Greensboro | NC | 27410 | | | Contract labor services | |
| Aerotek | PO Box 198531 | Atlanta | GA | 30384-8531 | | | Contract labor services | Evergreen |
| Aetna | 151 Farmington Avenue | Hartford | CT | 06156 | | 170106 | Fully insured, group-sponsored medical | 7 |
| Agabon, Dennis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Agilis Technical LLC | 714 Centerpark Drive, Suite 240 | Colleyville | TX | 76034 | | | DER/DAR certification services | |
| Air Transport International | 145 Hunter Dr, Mailstop 20427 | Wilmington | OH | 45177 | | STOR201532 | Customer Contract | |
| Air Transport International | 146 Hunter Dr, Mailstop 20427 | Wilmington | OH | 45178 | | STOR201532 | Customer Contract | |
| Airworthy Solutions, Llc | 2925 Vaquero Lane | Celina | TX | 75009 | | PO 41489 | DER- Certification Service Provider | Evergreen |
| Al Ejtidarah, Moustapha | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Alanco Plating & Metal Finishing, Ltd | 9325 Ventura Business Lane | Chicago | IL | 60000 | | PO 62387 | Service plating of metal for aircraft. New and repair/warranty | |
| Alarcon, Dirk | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Alaniz, Esteban | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Alba, Adrianna | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Alcozer, Ralph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Alderete, Jesus | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Alderman, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Aleksandra Kefferty | 2606 Chukka Way | Lake's Branch | KS | 67214 | | | Advanced technology program management services | Month-to-month |
| Alethea Communications Technologies Pvt Ltd | Sirl Shambhavi, #1046 1st & 2nd Fl, 17th Cross, HSR Layout, Sector 1 | Bangalore | Karnataka | 560102 | India | PO 62289 | Purchase/Material: ATO radio for Falcon 900 work | |
| Alexander, Damien | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| City of Fort Worth | 2070 Eagle Parkway | Fort Worth | TX | 76177 | | | Fort Worth lease | |
| Allianz Global Risks US Insurance Company | 225 W. WASHINGTON STREET, SUITE 1800 | Chicago | IL | 60606-3484 | | | Insurance | |
| Almanza, Guadalupe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Alswedi, Haydar | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| American Fire Protection Group Inc | Po Box 74008409 | Chicago | IL | 60674-8409 | | PO 58710, 39590 | Services: SAT fire supression system inspection | |
| Americas Life Insurance Corp. | 5900 O Street | Lincoln | NE | 68510 | | 650-49250 | Group dental & vision insurance | 7 |
| Ametek Rotron | PO BOX 8500 (S-6035) | Philadelphia | PA | 19178-6035 | | PO 40172 | Purchase/Material: Spare for SKF P638/639. Aircraft power units | |
| Amit Chaudhari | 4525 Briar Hollow Pl | Dallas | TX | 75287 | | | Services: DER for aircraft interior work | |
| Amsec International (Na Dba Ultra Interiors Specialty Seating Systems | 1275 N. Newport Road | Colorado Springs | CO | 80916-2779 | | PO 43843 | Parts/materials: 12,15 interior assembly, Master Switch Panel | |
| Andrews, Brandon | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| APA Services | 40150 International Plaza, Suite 510 | Houston | TX | 77032 | | | DER/DAR certification services | |
| Applied Cav | 6700 N New York Ave, Suite 221 | Portland | OR | 97203 | | 3377 | Fereign software maintenance | 6 |
| Araya, Joyce | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Armenteros, Gustavo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Arrington, Ramon Tiborio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Assaad, Faycal | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| Astronics Custom Control Concepts Inc | 6420 S 190th St | Kent | WA | 98032 | | PO 60539, 60493, 60534, 61094 | Parts/Materials: SKF 777, various items | |
| AT&T | PO BOX 5001 | Carol Stream | IL | 60197-5001 | | | Internet/phone in KFW | |
| AT&T Mobility | PO BOX 6463 | Carol Stream | IL | 60197-6463 | | | Mobile connection for ATO aircraft | Month-to-Month |
| Austin, Larry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| AutoCAD | 111 McInnis Parkway | San Rafael | CA | 94903 | | | 3D engineering software/maintenance | 9 |
| Automated Precision Inc | 15000 Johns Hopkins Drive | Rockville | MD | 20850-3980 | | PO 45307 | Parts/Materials: SKF 777, various items | |
| Automatic Elevator Inc. | 404 Isom Road | San Antonio | TX | 78216 | | PO 61292 | Services: Monthly elevator inspection, SAT | |
| Aviation Consultant Inc | 421 F.E Douglas Ave | Wichita | KS | 67218 | | PO 41827 | Services - DER | |
| Aviation Consulting Experts, Inc | 8209 W Sandy Lake Rd, Suite 400 | Coppell | TX | 75019 | | | Contract labor services | Evergreen |
| Aviation Engineering Technical Services (Aets) | 121 Mary Muscrave Drive | Savannah | GA | 31419 | | PO 31663 | DER/DAR certification services - PO 31663 | Evergreen |
| Aviation Graphix Usa Llc | 828 W Lancashire Blvd | Belle Vista | AR | 72715 | | PO 61893 | PO 61893 | |
| Aviation Personnel, LLC | 4756 Highway 377 South | Fort Worth | TX | 76116 | | | Staffing - aviation contract employment | Evergreen |
| Aviation Systems Integration, Llc | 3315 E Renner Rd Suite 100 | Richardson | TX | 75082 | | | DER/DAR certification services | Evergreen |
| Avila, Malco | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Avionic Instruments Llc | 1414 Randolph Avenue | Avenel | NJ | 07001 | | PO 42154, 50363, 61503 | Parts/Materials: SKF 787 | |
| Avnoth, Donald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| B & G Pension and Insurance Services, Inc. d/b/a Corporate Benefit Coordinators | | | | | | 50313 | | 2 |
| B/E Aerospace Incl (various, HJ) | 88268 Expedite Way | Chicago | IL | 60695-0001 | | PO 61547, 61632 | Parts/Materials: SKF 787 | |
| B/E Aerospace Inc (Netherlands) | 88268 Expedite Way | Chicago | IL | 60695-0001 | | PO 41612, 61184 | Parts/Materials: SKF 777 Spares, galley equipment | |
| B/E Aerospace, Inc (New Berlin, WI) | 88268 Expedite Way | Chicago | IL | 60695-0001 | | PO 61064, 61349, 62112 | Parts/Materials: Lights, SKF 777 and HGS | |
| Bae Systems Controls, Inc | 1098 Clark Street, Attn: Tax Dept. | Endicott | NY | 13760 | | PO 61350 | Parts/Materials: SKF 777 spares, cradle | |
| Balboa Travel, Inc. | 5414 Oberlin Drive, Suite 300 | San Diego | CA | 92121 | | | Travel management services (via travel agency) | |
| Banda, Ray | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Bardley, Travis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Barnett, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Barnette, Kristina | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Barnette, Kristina | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Barracuda | 3175 S Winchester Blvd | Campbell | CA | 95008 | | | Firewall appliances | 1 |
| Barraza, Maria | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Barrow, Dustin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Bartak, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Bartos, Tracy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Bauer, Jack | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Bayouth, Emily | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Beckett, Brian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Beckett, Brian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Bedalla, Jaime | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Bernal, Sergio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Berry, Nathan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Beta Aerospace | 4295 42nd St N | Pinellas Park | FL | 33781 | | | Cabin Lighting Systems | |
| Bistup, Charles | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Blackstock, Douglas | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Blanchard, Bianca | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Blanchard, Darwish | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Blanton, Darren | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Blucora, Inc | 6400 Corte Del Abeto, Ste 200 | Carlsbad | CA | 92011 | | | Contract labor services | |
| BlueCross BlueShield of Texas | 1001 E Lookout Drive | Richardson | TX | 75082 | | | Self-insurance insurance provider (2020 plan year). In run-off with claims continuing to be paid | |
| Blytha, Lori | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Boeing Business Jets | PO Box 3707, Mail Code 21-35 | Seattle | WA | 98124 | | 8-65CCS-2401 | Interior design services | Month-to-month |
| Boeing Commercial Airplanes | PO Box 3707, Mail Code 21-35 | Seattle | WA | 98124 | | PO 60179 | PO 60179 | |
| Boeing Distribution Services Inc / Kls | PO Box 3707, Mail Code 21-35 | Seattle | WA | 98124 | | PO 37538, 45147 | PO 37538, 45147 | |
| Boswell, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Boswell, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Bouwkamb, Alexander | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Boyle, Marc | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Brace, Travis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Braunie, Brad | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Breaux, Brent | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Bridges, Joseph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Briseno, Angel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Broadrun Printing Company | 737 Regal Row | Dallas | TX | 75247 | | | Commercial Printing | |
| Brodeur, Arthur | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| Brookins, Ryan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Brooks, Adam | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Brown Integrated Logistics | 2801 Peachtree Drive | Dalton | GA | 30721 | | | Virtual Reality | Evergreen |
| Brown, Tracy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Bruce R Cram | 545 Cross Creek Cmd | Sabastian | FL | 32958 | | PO 61445 | PO 61445 | |
| Brushdon, Technologies LLC | 3500 Rosedale Ave | Dallas | TX | 75205 | | | Staffing | |
| Buc, Thuan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Buc, Trinh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Buc, Truong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Burns, Benjamin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Burton, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Buzzelli, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Buzzelli, Misty | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Cb Aerospace Consulting | 11326 Schultz Canyon | San Antonio | TX | 78245 | | | Employee NDA/Non-Compete | |
| Cable, Donald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Cadworks Solutions Inc. | 5004 Westrial Drive | Mansfield | TX | 76063 | | | Services: Onsite provide. Engineering | |
| Caldwell, Barnette | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Calloway, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Campbell, Jacqueline | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Campos, Ana | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Canchola, Silverio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Canon Financial Services | 14904 COLLECTIONS CENTER DRIVE | Chicago | IL | 60693-0149 | | | Equipment leasing | |
| Cantu, Mike | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Cape, Cv | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Cai, Kenneth | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Capon, Tuan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Capon, Networks Inc | 520 W 2nd Street, 10th Floor, Suite A54 | Austin | TX | 78701 | | 591212 | WPLS connection connecting AFW, SAT & AUT | 4 |
| Cardion, Jean | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Carl Stahl Sava Industries, Inc | 210 Hamburg Turnpike | Riverdale | NJ | 07457 | | PO 62246 | Parts/Material: cable, spare for SKF P638/639 | |
| Carlisle Information Security Inc. | 401 Ryland St Suite 200-A | Reno | NV | 89502 | | Canada | PO 62246 | Annual subscription | Month-to-Month |
| Carlisle Interconnect Technologies | 7911 South 188th Street Suite 100 | Kent | WA | 98032 | | PO 61352 | Parts/Material: SKF 777 Spares | |
| Carmona, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Carrera, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Carrillo, Raquel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Carter, Andrea | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Casillas, Andrea | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Castillo Alvarez, Pedro | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Castillo, Chris | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Cavalier, Chris | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| CDW Direct | 200 N Milwaukee Avenue | Vernon Hills | IL | 60061 | | | Parts/Materials: IT product | |
| CENTRE TECHNOLOGIES INC. | 16803 Greenpoint Park Drive, Ste 200 | Houston | TX | 77060 | | | Computer support | |
| Cervantes, Jr, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| CFS Logistics Group, Llc | Po Box 2913 | Grapevine | TX | 76099-2913 | | MA0010 | Freight forwarder/customs clearance | |
| Chance, Melanie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Chafeit, Mohamed | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Chambless, Radonna | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Chapman, Marc | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Charter Oak Fire Insurance Company (Travelers) | One Tower Square | Hartford | CT | 06115 | | | Insurance | |
| Chedzalek, Maya | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Cintas Corporation Fire Protection | PO Box 630193 | Cincinnati | OH | 45263-0323 | | | Service: inspection of fire extinguishers, emergency lighting, etc. | |
| Cintas Corporation Ready for the Workday | PO Box 650838 | Dallas | TX | 75265-0838 | | | Services: uniforms for workforce | |
| CIS Aviation Services Llc | 869 Nunnelley Dr | Keller | TX | 76248 | | | Services: UAS program management, engineering | |
| Claiborne, Neal | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Clarendon Specialty Fasteners, Inc. | 16761 Burke Lane | Huntington Beach | CA | 92647 | | PO 62155 | PO 62155 | |
| Cloud, Joseph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Cody, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| | | | | | | PO 35491, 34859, 43070, 42096, | | |
| Comfort Air Engineering Inc | 11403 Jones Maltsberger | San Antonio | TX | 78216 | | 42777, 60311, 62212, 62216 | Services: HVAC maintenance for system at San Antonio | |
| Comfortica Aerospace, Llc | 15 Timber Wolf Trail | Hollister | MO | 65672 | | PO 41842, 42207 | DER/DAR certification services - PO 61916, 62211 | Evergreen |
| Communications Test Design Inc | 1373 Enterprise Drive | West Chester | PA | 19380 | | | Parts analysis for Falcon aircraft | |
| Computerized Maintenance Llc | 5005 Greenville Ave #200 | Waco | TX | 76710 | | | Services: software maintenance analysis, 12 aircraft | |
| Concur Solutions | 601 108th Avenue NE, Ste 1000 | Bellevue | WA | 98004 | | 10001845 | Expense reporting software | Evergreen |
| Connor, Jeff | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Cordell, Sean | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Corder, Samantha | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Cornette, Kevin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Cornerstone | 1601 Cloverfield Blvd Ste 600 S | Santa Monica | CA | 90404 | | Q-00506297 | Recruitment software | 2 |
| Corrieri, Daniel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Cortez, Daniel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Corthin, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| Cidney Aerospace Inc | 6100 Helena Rd | Helena | AL | 35080-0429 | | | OEM/OAR certification services | |
| Cowboys Stadium, L.P. | One AT&T Way | Arlington | TX | 76011 | | RH516 | Suite lease agreement | 47 |
| Cox Business | PO Box 1259 | Oaks | PA | 19456 | | 001-7601-052058702 | Internet services | |
| Cox, Charles | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Cox, Charles | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Cox, Timothy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| CPI Aerostructures | 91 Heartland Blvd | Edgewood | NY | 11717 | | | Accounts receivable aging report | |
| Crane Safety LLC | 4050 Valley View Lane | Irving | TX | 75038 | | | OEM/OAR certification services | |
| Cruz, Ricardo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Culligan of DFW | 3201 Premier Drive, Suite 300 | Irving | TX | 75063 | | | Drinking water purification centers (AFW) | |
| Culp Associates | 1025 N. Stemmons Frwy Suite 500 | Dallas | TX | 75207 | | PO 61351 | Parts/Materials: SRF 777 panes, Fabric | |
| Culpepper, Philip | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Cummins, Weston | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Custom Cupholders Company Llc | PO Box 2030 | North East | MD | | | PO 43801 | Parts/Materials: SRF 787, cupholders | |
| Cybernetrics Corporation | 1533 West Whispering Wind Drive | Phoenix | AZ | 85085 | | | OEM/OAR certification services | |
| Dang, Tuong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Danti, Justin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphet, Frankie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphet, Frankie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Daraphoth, Chanramone | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphoth, Johnny | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphoth, Khamsing | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphoth, Sakhone | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Daraphoth, Sakhone | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Daratt, Carl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| David, Kristy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Davidson, Daryl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Dawson, Duane | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Db Aero | 14510 - 23Rd Ave W | Lynnwood | WA | 98037 | | | OEM/OAR certification services | |
| De La Cruz, Angel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| De Leon, Felipe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| De Luca, Giovanni | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Decker, Zachary | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| DeCoetter, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Degat, Gina | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Delgado, Victor | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Dell Financial Services LLC | One Dell Way | Round Rock | TX | 78682 | | 001-9008575-001 | Storage array leasing | |
| Delta Airlines | 1775 M.H. Jackson Service Road | Atlanta | GA | 30354-3743 | | | Supplier Contract | |
| DeNicola, Brandon | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Derouz, Donald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Dias, Joe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Dias, Lisa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Diep, Thanh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Dill, Luke | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Dimerson, Racie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| DirecTV | PO Box 105249 | Atlanta | GA | 30348-5249 | | | Service: TV | |
| DISA Inc | Dept 3715 PIc Box 123733 | Dallas | TX | 75312-3733 | | | Service: AFW Drug testing | |
| Doan, Thanh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Doan, Thao | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Doles, Angela | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Dominguez, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Dominguez, Leianna | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Doucet, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Draper, Wilburn | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Drewely, Berry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Drexler, Stephen | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Dumont, Mark | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Dumont, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Duo Mobile | 123 N Ashley St #100 | Ann Arbor | MI | 48104 | | | 2 factor authentication for VPN | Month-to-Month |
| Duong, Dom | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Dupras, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Duran, Ignacio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Easley, Shanna | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Easterday, Hunter | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Ei Camino Real Building | 209 Avenida Del Mar Suite 204 | San Clemente | CA | | | | Office lease agreement in San Clemente, CA | 8 |
| Elegant Additions | 150 Turtle Creek Blvd. Suite 203 | Dallas | TX | 75207 | | PO 41607 | PO 41607 | |
| Element Materials Technology | 1245-A Hill Dam Young Parkway | Hillsboro | OR | 97124 | | | Testing Services | |
| Elite Staffing Services | 2010 N. Beach St., Ste 200 | Haltom City | TX | 76111 | | | Contract labor services | |
| Emboss, Debra | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Engility Corp | 7611 Corporate Ct | Reston | VA | 20190 | | | | |
| English Color & Supply Lp | 7820 College Circle | North Richland Hills | TX | 76180 | | PO 39819 | PO 39819 | |
| Equipment Depot | PO Box 209004 | Dallas | TX | 75320 | | | Equipment rental | |
| Erie, Ronald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Erie, Ronald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Esparza Barrientos, Ruben | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Esparza, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Espinoza, Jeffrey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Espinoza, Steve | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Espinosa, Luis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Euler, Dustin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Everest National Insurance Company | 1300 Post Oak Blvd | Houston | TX | 77056 | | | Insurance | |
| ExchMagic (Wandz) | 8129 Six Forks Rd | Raleigh | NC | 27615 | | | Accounting Oracle interface | |
| Fabric Innovations | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Falcon 300 R&D program | 2060 Eagle Pkwy | Fort Worth | TX | 76178 | | | Customer Contract | |
| Faraydoh, Ole | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Farnsworth, Scott | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fast, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Fastenal Company | 5413 Bancroft Road Suite 355 | Dallas | TX | 75238 | | | Parts/Material: Many kinds of product and has product vending machines in AFW facility. | |
| Faudree, Ivan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Faustino, Ivan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fehsens, George | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Fedex | Po Box 660481 | Dallas | TX | 75266-0481 | | | Shipping/Freight services | |
| Fedex Custom Critical | 1475 Boettler Road | Uniontown | OH | 44685 | | | Shipping/Freight services | |
| FedEx Express | PO BOX 660481 | Dallas | TX | 75266-0481 | | MRO302001 | Customer Contract | |
| Feexx Freight | P.O. Box 10306 | Palatine | IL | 60055-0306 | | | Shipping/Freight services | |
| Feister, Eric | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| FIDELITY INVESTMENTS | PO Box 73307 | Chicago | IL | 60673-7307 | | 77878 | 401k Defined Contribution Plan | |
| Fitzgerald, Brandon | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fitzgerald, Mandy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fitzgerald, Peter | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fleet, Jonathan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Flores, Patricia | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Fohn, Paul | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fordyce, Connie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Foreman, Benjamin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Forney, Robin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Foster, Brent | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Foster, Daryl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fountain, Dakota | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Fountain, Jennifer | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Francey, Richard | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Fraser, Ian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Freiburger, Bridgett | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Frost, Cheryl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Fulton Aviation, LH | 11 Main St S #814 | Kimball | WA | 98031 | | | OEM/OAR certification services - PO 42162 | |
| Fw Millwork Llc | 1401 109th Street | Grand Prairie | TX | 75050 | | PO 42299 | PO 42299 | |
| Fw Telecommunication Repair Group Southeast, Llc | 3050 N Elm St. | Greensboro | NC | 27411 | | PO 33142 | PO 33142 | |
| Gagnon, Louis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Galis, Jeffrey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Galt, Shaun | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Galvan, Salonne | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Garason Aviation, Llc | 301 Paterson Dr | New Fairview | TX | 76078 | | | OEM/OAR certification services | |
| Garcez, Albana | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Garcia, Antonio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Garcia, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Garcia, Efren | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Garcia, Efren | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Garcia, Elisa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Garcia, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Garcia, Joseph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Garcia, Joshua | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Garcia, Pablo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Garcia, Candelario | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Garrigan, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Gathright, Kyle | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Gatica, Steven | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| GDC Investco LP | 2021 MCKINNEY AVE, SUITE 120 | Dallas | TX | 75201 | | | Consulting agreement | |
| Galactic Engineering And Certification Services, Llc | 16708 Aqueduct Drive | Williamsport | MD | 21795 | | | OEM/OAR certification services | |
| General Ecology, Inc | 151 Shennan Blvd | Exton | PA | 19341 | | PO 41519 | PO 41519 | |
| George-Cameron Hook | 1025 N Stemmons Fray #100 | Dallas | TX | 75207 | | PO 43419 | PO 43419 | |
| Gerritsen, Dan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Gibson, Eddie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Gibbs, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Global Aerospace Inc | 12400 Coit Road, Suite 1250 | Dallas | TX | 75251 | | | Insurance | |
| Global Aerospace Inc | 12401 Coit Road, Suite 1250 | Dallas | TX | 75252 | | | Insurance | |
| Global Aviation | 120 Technology Parkway | Norcross | GA | 30092 | | | Parts/Material: Industrial material handling equipment | |
| Global Jet Aruba VBA | Wayaca 68 | Unit D | Oranjestad | | Aruba | GT2R302004 | Customer Contract | |
| Global Software, LLC d/b/a InsightSoftware | 8529 Six Forks Road | Raleigh | NC | 27615 | | | OEM/OAR certification services | |
| Gonzales, Alejandro | 14415 N Hayden Rd | Scottsdale | AZ | 85260 | | | Domain registration & SSL certs | Evergreen |
| Gonzalez, Alonzo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Gonzalez, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Gonzalez, Elihub | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Gonzalez, Ruben | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Goodrich Cabin Seating Systems | PO Box 846118 | Dallas | TX | 75284-6118 | | PO 41390 | PO 41390 | |
| Goodrig, Gil | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Goswani | 4924 NW Loop 410 | San Antonio | TX | 78229-5312 | | PO 62091 | PO 62091 | |
| Grady, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Granados, Alfredo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Granado, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Gray, Lisa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Gray, Raymond | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Greatamerica Financial Services Corporation | Po Box 660831 | Dallas | TX | 75266-0831 | | | Service: Finance | |
| Green, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Greer, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Grim, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Gustavo Canals | Suipacha 211, 178, CP1008 | Buenos Aires | | | Argentina | | Agent contract in Argentina | |
| Gutierrez, Jesse | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Guzman, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Gurneng, Luis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Hacioglu, Orhan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Hamlin, Kevin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Hamm, Drew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Hampton, Clayton | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Harmon, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Harper, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| Harris, Alfred | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Harris, Lauren | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Hart, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Harwell, Nikki | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Hasboun, Patrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Hashiwai, Randle | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Hazel, Prashant | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Hdawro Engineering, Inc | Po Box 676 | Woodland Park | CO | 80866-0676 | | PO 25040, 61444, 61811, 61905, 62356 | OEM/DAR certification services | |
| Heelan, Del | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Heendriks, Bruce | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Hendricks, Jeffrey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Henry, Perry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Hernandez, Erik | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Hernandez, Gilbert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Herron, Thomas | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Herrera, Yvonne | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Hicks, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Higgins, Alfred | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Hill, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Hillwood Airways LLC | 13537 Heritage Parkway | Fort Worth | TX | 76177 | | | Customer Contract | |
| Hillwood Airways LLC | 13537 Heritage Parkway | Fort Worth | TX | 76177 | | | Customer Contract | |
| Hillwood Airways LLC | 13537 Heritage Parkway | Fort Worth | TX | 76177 | | | Customer Contract | |
| Hillwood Airways LLC | 13538 Heritage Parkway | Fort Worth | TX | 76178 | | | Customer Contract | |
| Hillwood Airways LLC | 13538 Heritage Parkway | Fort Worth | TX | 76178 | | | Customer Contract | |
| Hillwood Airways LLC | 13538 Heritage Parkway | Fort Worth | TX | 76178 | | | Customer Contract | |
| Hillwood Airways LLC | 13539 Heritage Parkway | Fort Worth | TX | 76179 | | | Customer Contract | |
| Hippo CMMS | 400-123 Bannatyne Avenue | Winnipeg | Manitoba | R3B 0R3 | Canada | 59518 | Facilities issue management software | |
| Ho, Cam | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Ho, Cong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Hoang, Thang | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Hoge, Bill | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Hogfeldt, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Holloway, Lamonte | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Honeywell | 2644 East Sky Harbor Circle | Phoenix | AZ | 85034 | | 07-BG4-GTA-3230 | Reseller Agreement - RSA Authorized installer Authorization | Evergreen |
| Hong, Duong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Hopkins, Joshua | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Hopper, Colton | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Horn Solutions, Inc. | 301 Commerce Green Blvd | Sugarland | TX | 77478 | | | Direct hire placements and contract/project services | |
| Howe, Shanie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Huaman, Tom | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Hubbard, Jeffrey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Hudson, Rebecca | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Huerta, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Huerta, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Huerta, Nick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Hughes Network Systems, LLc | 11717 Exploration Lane | Germantown | MD | 20876 | | PO 61453, 61930, 62359 | Parts/Materials: ATG provider of Falcon 300 system | |
| Huynh, Tho | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| HydraFlow | 5301 W Mulvern Ave | Fullerton | CA | 92833-2403 | | PO 60517 | Parts/Materials: hose connectors for aircraft | |
| Iacobucci HF Aerospace | STRADA SC ASI 1/5 nn. 16-18 | Ferentino | | 03013 | Italy | PO 60502 | Parts/Materials: Induction Oven | |
| Ibanez, Daniel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Ibanez, Joseph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Ibanez, Oscar | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| IHZX/GDC Engineering LTD | 307 Aviation Park | Denset | | BH23 6NW | United Kingdom | | Customer Contract | |
| Indian Harbor Insurance Company (XL Insurance America) | | Stamford | CT | 06902 | | | Insurance | |
| Infosity Inc | 1733 Embarcadero Road, Suite 230 | Palo Alto | CA | 94303 | | | Oracle re-implementation | |
| Innoviat | 34 City Road | London | | EC1Y 1AE | United Kingdom | 103305 | Terminal Development & Supply Agreement | |
| Innovative Computer Consultants | 4515 Harrison Ave | Cumming | GA | 30041 | | | Engineering services | |
| Insurance Company of the State of Pennsylvania (AIG) | 175 Water Street 18th Floor | New York | NY | 10038 | | | Insurance | |
| International Water-Guard Industries Inc | 3771 N. Fraser Way, Unit One | Burnaby | BC | V5J 5G5 | Canada | PO 62130, 62363 | Parts/Materials: Hot water heaters | |
| Inventory Locator Service LLC | Dept CH 17338 | Palatine | IL | 60055 | | | Supply chain inventory management | |
| IPFS | 2777 Allen Parkway, Suite 550 | Houston | TX | 77019 | | 8A207452, 5L77X61D0001 | Insurance premium financing | 4 |
| iro Consulting Llc | 7040 Twin Knoll Ln | Plano | TX | 75024-7316 | | | OEM/DAR certification services | |
| ISI Aerospace Controls | 28150 Industry Drive | Valencia | CA | 91355 | | PO 43402, 61353, 62353 | Parts/Materials: potable water valves | |
| Iwo, Chukwuka | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| J.B. DeerNorte Associates, Inc. | 429 N. St. Francis | Wichita | KS | 67202 | | PO 61887, 62379 | OEM/DAR certification services | |
| J2 Global, Inc. | 700 S. Flower St., 15th Floor | Los Angeles | CA | 90017 | | | efax services | Evergreen |
| Jahn, Kathryn | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| James N. Acree | 605 Evans Drive | Euless | TX | 76039 | | PO 41138 | Service: DER | |
| Jaramillo, Miguel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Je Deleptine Luon | 2 Place Mareichal Leuphou | Lyon | | 69006 | France | PO 43689 | Parts/Services: aircraft amenities, i.e. faucets, towel bards, etc. | |
| Jeff Bonner R&D Inc | 10535 Maple Drive | San Antonio | TX | 78213 | | PO 40153, 62171, 62357 | Parts/Services: trainings, Window shades, ceiling grid | |
| JETS, Inc. | 1043 Old Denton Rd | Carrollton | TX | 75006 | | | Equipment tools and supplies | |
| Jimenez Robles, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Johnson Controls Inc | 800 Railhead Rd Ste 104 | Fort Worth | TX | 76106 | | PO 62376 | Service: facility fire system repair/maintenance | |
| Johnson Service Group | PO Box 734188 | Chicago | IL | 60674-4388 | | | Services: Contract Engineering - onsite | |
| Johnson, Brian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Johnson, Jacob | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Johnson, Jacob | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Johnson, Quentin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Jonathan Engineered Solutions | Po E #52547 | Los Angeles | CA | 90074-3547 | | PO 42504 | Parts/Materials: Drawer slides | |
| Jones Certification Services | 211 South Parish Ave | Johnstown | CO | 80534 | | | OEM/DAR certification services | |
| Jones, Russell | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Jordan Jr, Ronald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Jorgensen, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| JPMorgan Chase | PO Box 4475 | Carol Stream | IL | 60197-4475 | | | Credit card program | |
| Juarez, Amanda | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Kabagyuko International Ltd | 4619 Maple Ave | Dallas | TX | 75219 | | PO 60597 | Parts/Materials: Aircraft carpet | |
| Kacara, Hoche | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Kawatsuji, Yusuke | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Kay, Mark | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Ken Labs Texas, Llc | 8081 West 21st Lane | Hialeah | FL | 33016 | | PO 61871, 61901, 61904 | Service: Calibration services for various aircraft avionics tools/equipment | |
| Kendrick II, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Kesselman, Saul | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Kestler, Chad | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Khang, Kevin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Kihraoui, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| King, Alan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| King, Jacob | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| King, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| King, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Klakar, Brandon | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Knight, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Knox, Caleb | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Kucz, Alan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Kontron America, Inc | 9477 Waples Street | San Diego | CA | 92121 | | PO 50541, 61403, 61937, 61754 | Parts/Materials: ATG provider of Falcon 300 system | |
| Kontron America, Inc | 9477 Waples Street | San Diego | CA | 92121 | | | Product development services in support of the Falcon 300 project | |
| Kontron America, Inc | 9477 Waples Street | San Diego | CA | 92121 | | | The sale of products and support services for Falcon 300 related material | 48 |
| Korry Electronics Co. | 11012 Beverly Park Road | Everett | WA | 98204 | | PO 42143 | Keyboards and panels | Evergreen |
| Krager, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Kunst, Rachael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| La Verde Air | 6004 Rue Sophie | San Antonio | TX | 78238 | | PO 62129, 62378 | Services: SAT HVAC | |
| Labor Source, LLC d/b/a One Source Staffing and Labor | 235 S. Kansas Ave. | Olathe | KS | 66061 | | | Contract labor | |
| Lacefield, Alyssa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| Ladouie, Lorenzo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lallemant, Rick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lam, Bon | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lamb, Travis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Lange, Mark | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Langston, Melvin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lanzwager | Johallcan JCJ | Dendermonde | | 9200 | Belgium | | IT inventory software | |
| Lape, Jeremiah | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Lara, Eduardo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lara, Evodio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Larson, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lasalar, Inc | 2601 N Forum Drive | Grand Prairie | TX | 75052 | | PO 61748 | Services: XRW services for wire stamping machine | |
| Lathan, Marvin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Launch Technical Workforce Solutions, LLC | 6255 Sunset Drive, #405 | Los Angeles | CA | 90028 | | | Services: contract labor | |
| LD Scopes | 8016 Campfire Lane | Oak Brook | IL | 60523 | | PO 19139, 50358 | Services: Laser service in SAT | |
| Le, Ben | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Le, Dat | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Le, Khoa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Le, Thanh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Le, Vy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Leatherwood, Kelton | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| LeBranc, Andrew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lee, Chris | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lenovo/Fors | 14969 Collections Center Drive | Chicago | IL | 60693 | | | Prescription safety glass program for employees | |
| Leon Mendez, Jessica | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Leon, Gabriel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Li, Tuan-Kuan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Lhode Williams (limited) | 1 Lime St | London | | EC3M 7DQ | United Kingdom | | Insurance | |
| Lloyds (Delphi Limited) | 1 Lime St | London | | EC3M 7DQ | United Kingdom | | Insurance | |
| LogMeln/One | 851 West Cyress Creek Rd | Fort Lauderdale | FL | 33309 | | 0526 | Phone systems and GoToMeeting | 14 |
| Lombardi, Anthony | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Long, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lonnaf | 8163 230th Street | Carson | CA | 90745 | | PO 40525 | Parts/Materials: Fabric for aircraft | |
| Lopez, Anderson | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lopez, Daniel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lopez, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Lopez, Juan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lopez, Ryan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lopez, Seth | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Lovelace, Donald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Lowe, Daniel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Luna Energy Partners | 6125 Luther Lane | Dallas | TX | 75225 | | PO 41176 | Parts/Materials: LED lighting for facility, have the units but never installed | |
| Luong, Nghia | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Luu, Binh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Luu, Giang | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Lyon, Preston | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Main II, Freddie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Mannini, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Mannini, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Malone, Emma | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Malone, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Malwarebytes | 3979 Freedom Circle Floor 12 | Santa Clara | CA | 95054 | | Q-165101-1 | Corporate anti-virus | |
| Manage Engine (Zoho Corporation) | 4141 Hacienda Drive | Pleasanton | CA | 94588 | | 120309 | Security patch vulnerability scanner | 13 |
| Manning, Zebiarie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Maples, Lori | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Mara, Maria | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Marlin, Jasper | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Marlin, William | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Marquez, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Martinez, Guillermo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Jacqueline | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Johnny | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Juan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Martinez, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| Martinez, Rachel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Martinez, Ramiro | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Martinez, Ricardo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Martinez, Thomas | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Maslowski, Wade | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Massey, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Mata, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Matheson Tri-Gas, Inc. | 1932 S Freeway | Fort Worth | TX | 76104 | | | Parts/Materials: various types of bottled gas used throughout the operation | |
| Mathis, Carwin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Mauceira, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Maverick Aerospace LLC | 5003 Winford Drive | Denton | TX | 76207 | | | Services: Onsite contract engineering | |
| Maxim Management LLC | 1017 N Main Ste 8307 | San Antonio | TX | 78212 | | | Consulting agreement | |
| McCartney, Wes | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| McClelland, Ian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| McConnell, Curtis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| McConnell, Richard | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| McCray, Shrall | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| McDonald, Warren | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| McGee, Kendrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 8 |
| McGregor, Sarah | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| McKenzie, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| McKnight, Jerry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| McLeod, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| McQuade, Kavanagh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| McVicker, Nick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| McWilliam, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Medina, Gabriela | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Mejia, Alfred | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Mejia, Frederick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Mejia, Irene | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Mejia, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Mejias, Israel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Merfen, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Messer, Jack | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Miller Sr, Kenyan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Miller, Kevin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Miller, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Mills, Charles | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| MinaApps | 43157 Whitefield Terr | Ashburn | VA | 20148 | | PO 61863 | Oracle support (contractor) | Evergreen |
| Mitchell, Justin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Monroe, Keagan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Montalvo, Nelson | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Moore, Arthur | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Moore, Clarence | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Moorhead, Stuart | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| MoreMaps, Inc. | 3100 Campus Drive, Suite 100 | Newport Beach | CA | 92660 | | | Oracle add-on for product schedule updates | Month to month |
| Moreno, Arnold | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Moreno, Jacob | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Morris, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Morris, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Morrison, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| MSB Global Resources Corp | 10680 W Maple Street, Suite 200 | Wichita | KS | 67352 | | | Contract labor house | |
| Munguia, Julio Cesar | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| Munoz, Christina | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Munoz, Christine | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Murguia, Silvia | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Murillo, Henry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Murphy, Nathan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Mutual of Omaha | 3300 Mutual of Omaha Plaza | Omaha | NE | 68175 | | | Life, voluntary life, long term disability, short term disability | 7 |
| National Union Fire Insurance Company of Pittsburg (AIG) | 175 Water Street 18th Floor | New York | NY | 10038 | | | Insurance | |
| Nava, Alondra | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Nelson, Jack | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| New Era | Dept CH 14595 | Palatine | IL | 60055-4395 | | | Contract labor house | |
| Newberry, Ryan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Ngo, Khoa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Ngo, Phat | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Nguyen, Anh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Henry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Nguyen, Hoa | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Nguyen, Hoang | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Hung | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Jason | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Lam | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Linh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Mathue | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Muoi | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Quan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Quy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Tan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Nguyen, Tuan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Nixon, Johnny | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Noble, Billy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Norbeo, Besease | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Nosbin, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Nouveveang, Somboune | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Novian, Casey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Nutai, Otha | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Obuya, Isaiah | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Odonata Research Llc | 6105 E Central Ave Ste 254 | Wichita | KS | 67208-2914 | | PO 61841 | Services | |
| Olivares, Amber | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Olivares, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Oncavcu, Parannini | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Oracle America, Inc. | 500 Oracle Parkway | Redwood Shores | CA | 94065 | | OLSA-110711-11267985.21 | Oracle System | Evergreen |
| Oraclis, Gail | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Oritz, Ricardo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Osenweokhoa, Owen | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| OTONOMY AVIATION | 9 RUE DES 29 AVIATEURS | Merignac | | 33700 | France | | Supplier Contract | |
| Oxford Aero, Llc | 13303 W Maple | Wichita | KS | 67235 | | | OEM/DAR certification services | |
| Pac Seating Systems Inc | 3570 SW 42nd Ave | Palm City | FL | 34990 | | PO 60595, 60618 | Parts/Materials - Aircraft Seats | |
| Pacqualisi, Bernard | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Pama, Tie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Paredes, Sergio | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Parekh, Neil | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Parris, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Patz, Larry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Patton, Brent | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Perez, Ailonai | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Perez, Amador | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Perez, Castelano | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Perez, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Perrill, Edward | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Perrin, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Peters, Robbeshe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Petrojam USA LLC | 2615 Brierpark Drive, Suite 1200 | Houston | TX | 77450 | | HQ0060753b | Staffing | |
| Petril, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Phoenix Logistics | Attn: Accts Receivable, PO Box 612347 | Dallas | TX | 75261 | | | Staffing | |
| PGL, Perimeter Logistics, Perimeter Global Logistics | Po Box 975449 | Dallas | TX | 75373 | | | Shipping/freight services | |
| Pham, Hau | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Pham, Phuong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Pham, Tung | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Pham, Victor | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Phan, Minh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Phan, Thanh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Phimm, Sengpaphay | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Picciano, Candid | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 8 |
| Picciano, Richard | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Pied Piper Pest Control | 11515 Jones Maltsberger | San Antonio | TX | 78247 | | PO 61372 | Services: Pest control for S.A? | |
| Pilot Freight, Inc. | 314 N North Dr | Coppell | TX | 75019 | | | Freight | |
| Pineda, Freddy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Pinkney, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Pleasants, Matthew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Pochowski, Eric | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Poindexter, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Port Authority of San Antonio | 907 Billy Mitchell Blvd | San Antonio | TX | 78226 | | | Lease agreement (SAT) | |
| Porter, Damian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Powell, Chester | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Powrchord, Winston | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Press, Hayes | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Progressive Waste | 4001 Old Denton Road | Haltom City | TX | 76117 | | | Trash & Recycling | |
| Proponent | 31203 Enterprise Drive? | Brea | CA | 92821 | | PO 62326 | Parts/Materials: Aircraft hardware | |
| Puente, Edwin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| QBE Insurance Company | 88 Pine Street Floor 16 | New York | NY | 10005 | | | Insurance | |
| QualCal Scale Services | 1724 Lacy Drive, Suite 116 | Fort Worth | TX | 76177 | | | Industrial Equipment Supplier | |
| Ramirez, Hector | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Ramon, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Ramos, Jesse | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Rangel, Adrian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rangel, Israel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Ranger Staffing Group LLC | 1701 Legacy Drive #1050 | Frisco | TX | 75034 | | | Staffing | |
| Rassauck, Mashburn | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rawashdeh, Marty | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Renfro, Jeremy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Renouard, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Reyes, Juan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Reyna, Gilberto | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Rhodes, Brian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Rice, Stephen | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Riley, Dennis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Riley, Tyler | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Rios, Orlando | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rivera, Armando | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rivera, Karla | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rivers, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Rizor, Soheel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Roberts, Stephen | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Robinson, Jordan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Rocha, Carlos | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rocha, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Rocha, Mike | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rockwell Collins Inc Iowa | PO Box 419347 | Boston | MA | 02241-9347 | | PO 62156 | Parts/Materials: Avgo ICW integration - ATG | |
| Rodgers, Alan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Rodriguez, Angel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Rodriguez, Joe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Rodriguez, Kenneth | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| Rodriguez, Lourdes | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Romero, Francisco | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Rosenberg Indoor Comfort | 4335 Vance Jackson | San Antonio | TX | 78230 | | PO 62327 | Services- HVAC Repairs for SAT | 7 |
| Rosse, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rourty, Jacqueline | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Rowan, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Rowe, Vincent | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Rowland, Stephen | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Rsg Aerodesign, Llc | 3901 N Main Street, Hangar 25 | Fort Worth | TX | 76106 | | PO 62384 | Services- Structural analysis reporting for SRF 777 Cabinets | |
| Russell, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Sabin, Justin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Sabo, Andrew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Safran Cabin Catering, Inc | 5701 Bolsa Ave | Huntington Beach | CA | 92647 | | PO 61394 | Parts/Materials- SRF types, microwave | |
| Safran Cabin Inc (Garden Grove) | 7330 Lincoln Way | Garden Grove | CA | 92841 | | PO 61969 | Services- panel testing for galley, millwood | |
| Sage Search Partners, LLC | 3811 Turtle Creek Blvd, Suite 850 | Dallas | TX | 75219 | | | Finance contract labor | |
| Salcedo, Marco | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| San Antonio Water Systems | PO Box 2990 | San Antonio | TX | 78299 | | | Water (SAT) | |
| Sandoval, Oscar | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Sandoval, Richard | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Sandoval, Ronaldo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Santana, Basalilo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Sapphire Digital | 160 Chubb Ave, Ste 301 | Lyndhurst | NJ | 07071 | | | Employee incentive program | |
| SASOF II(F) Aviation Ireland DAC | Connaught House, 1 Burlington Road | Dublin | | 4 | Ireland | MRO201933 | Customer Contract | |
| SASOF II(F) Aviation Ireland DAC | Connaught House, 1 Burlington Road | Dublin | | 4 | Ireland | MRO201933 | Customer Contract | |
| Sausvsak, Bourimy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Sausvsak, Bourimy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Schengber Engineering Services Llc | 1304 Lake Adger Pkwy | Mill Spring | NC | 28756 | | PO 46256, 61443, 61570 | Services- DER | |
| Scherrerhorn, Zachary | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Schilling, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Schindler, Steven | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Schmitz, Travis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Schrader, Steven | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Schugart, Remington | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 7 |
| Sciolino, Tara | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Scott, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Scott, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Seals, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Sech, Elhadji | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Segovia, Peter | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Sensor Systems Inc | 8929 Fullbright Ave | Chatsworth | CA | 91311 | | PO 61659 | Parts/Materials- Aircraft antenna | |
| Settles, Patrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Sharp, Phillip | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Shaw, Kiebion | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Shipley, Louis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Shred-it USA LLC | 28883 Network Place | Chicago | IL | 60673 | | | Shredding Services | 5 |
| Sidhu, Harcal | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Silva, Mario | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Simones, John | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Sing, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Skandia, Inc | 5000 N Hwy 251 | Davis Junction | IL | 61020 | | PO 61328, 61960 | Parts/Materials- Flammability testing/support | 5 |
| Smith, Aubrey | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Smith, Dana | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Smith, Gary | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Smith, Joshua | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Smith, Steven | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Smith, Tswong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Snyder, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Sodexo Inc. and Affiliates | PO Box 360170 | Pittsburgh | PA | 15251-6170 | | | Café supplies & vending | 4 |
| Solis, Jacek | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Solis, Jesse | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Solorzano, Juan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Sosa, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Soto, Denise | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Southwest Search | PO Box 140086 | Dallas | TX | 75214-0086 | | | Finance contract labor | |
| Spectrum Enterprise | PO Box 60449 | Los Angeles | CA | 70246 | | | Internet (SAT) | |
| SQS Partners, LLC | 1220 W Rosecrans St, PMB 805 | San Diego | CA | 92106 | | | Consulting & business development for advanced technology contract | |
| ST Engineering (Direct) | 11801 Sunrise Valley Drive, Suite 300 | Herndon | VA | 20171 | | PO 62048 | The sale of software and support services related to the Falcon 300 | 2 |
| Stahlecht, Robert | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Stamps, Craig | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Standardaero Business Aviation Services, LLC | 1050 North Airport Drive | Springfield | IL | 62707 | | 60518-1 | MRO certification services for 1 Boeing 737 - PO 23319, PO 61061 | |
| Staples | PO Box 660409 | Dallas | TX | 75266-0409 | | | Small office equipment and supplies | |
| Star Indemnity & Liability | Company 399 Park Avenue 8th Floor | New York | NY | 10022 | | | Insurance | |
| Star Surplus Lines Insurance Company (Starr Companies) | 399 Park Ave 2nd floor | New York | NY | 10022 | | | Insurance | |
| Starbuck, Timothy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Starr Indemnity & Liability Company (Starr Companies) | 8401 North Central Expressway, Suite 515 | Dallas | TX | 75225 | | | Insurance | |
| Staycon Inc | 5362 Industrial Drive | Huntington Beach | CA | 92649 | | PO 60087 | Parts/Services- aircraft pocket doors | |
| Stephen C. Merrinan | 401 Edgewood Dr | Allen | TX | 75013 | | | Services- Contract Labor | |
| Stericycle Environmental Solutions | 29338 Network Place | Chicago | IL | 60673 | | PO 38912 | Services- chemical testing for SAT, Facilities | |
| Sterling Courier Systems | Po Box 35418 | Newark | NJ | 07193-5418 | | | Shipping/freight services | |
| Stewart Plumbing | 8710 Business Court | Converse | TX | 78109 | | PO 62282 | Services- SAT plumber service provider | |
| Stewart, Jacob | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Stewart, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Stockton, Billy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Stogner, Gary | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Stolby, Brian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Story, Ray | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Stringham, Kingslea | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Strom | 639 South 31st St | Waconia | MN | 55387 | | | Contract personnel | |
| Sturdivant, Jesse | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Subbaram, Gopalaswamy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Summers, Todd | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Sun, Zhongmin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Suppalen, Ronald | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Sutter, Lenny | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| SW Elevators, LLC | PO Box 208634 | Dallas | TX | 75320-8634 | | OFM-1054 | Services and maintains elevation - PO 41363 | 11 |
| Sweatt, Mark | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Sweatt, Ota | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tabora, Luis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Tabor, Sedrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Tafakson, Caleb | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Tan, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Tapis Corporation | 28 Kaysal Court | Armonk | NY | 10504 | | PO 42518, 43775 | Parts/Materials- Aircraft fabric | |
| Taqnia Space Company | P.O. BOX 6615 | Riyad | | 12334 | Saudi Arabia | TBD | Customer Contract | |
| Tay, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| TCN Transport II, LLC | 1999 Bryan St, Suite 900 | Dallas | TX | 75201 | | STOR202004 | Customer Contract | |
| Tennessee Designer Services | 3301 Utter Drive | Murfreesboro | TN | 37129 | | PO 41758 | OEM/DAR certification service | |
| Terminix International Company Limited Partnership | PO Box 802155 | Chicago | IL | 60680 | | | Pest control (SAT) | Month to Month |
| Test-Fuchs Corporation | 10325 Brecksville Rd | Brecksville | OH | 44141 | | PO 61747 | Services- Calibration, facility jacks/equipment | |
| Texas Mutual | PO Box 841843 | Dallas | TX | 75284-1843 | | SIS10347 | Worker's Compensation policy | 4 |
| TexDoor | 11202 Bomar Ln | San Antonio | TX | 78253 | | | Services- Door Supplier | |
| Thakral, Tarun | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| The Aircraft Performance Company GmbH | Rothenbachchaussee 135 | Hamburg | | 22549 | Germany | RAE202001 | Customer Contract | |
| The Assemi Group | 1396 W. Herndon Ave | Suite 110 | CA | 93711 | | | Customer Contract | |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | 8794-21-11765 | Hardware, software, functional and installation assessment of Falcon 300 Connectivity system | |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | 142-1, HN052714 | Engineering services & access to a specific Airbus Toolbox account | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 2020 XXXXX | Supplemental License Agreement | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 2020 XXXXX | Access to a specific Toolbox account | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 09-0446 | Supplemental License Agreement | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 2012-2493582 | Supplemental License Agreement | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 08-0340 | Supplemental License Agreement - maintenance, repair, overhaul & modification of A/C using licensed materials | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 2012-NQ5895 | Supplemental License Agreement - MyBoeingFleet Services | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | SLA 08-184 | Supplemental License Agreement - portable maintenance aid - limited edition software (PMA LE) | Evergreen |
| The Boeing Company c/o Boeing Commercial Airplane Group | PO Box 3707, Mail Code 2L-35 | Seattle | WA | 98124 | | BFS21-11765 | Technical Services Agreement regarding Falcon 300 connectivity system modification | Evergreen |
| Thigpen, Summer | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Thielert Solutions, Inc | 4981 W 145th Street | Hawthorne | CA | 90250 | | PO 60443 | The sale of products and support services for Falcon 300 related material | 6 |
| Thomas Edwards Group, Inc. | 5151 Belt Line Road, Suite 350 | Dallas | TX | 75254 | | | Finance contract labor | |
| Thomas, Angie | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Thomas, Anthony | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Thomas, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Thomas, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tinai, Sione | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Tovar, Vicente | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| TPx of Texas Investments, LLC d/b/a Proficient Benefit Solutions | 8502 Huebner Rd, Ste 100 | San Antonio | TX | 76240 | | | ERISA Wrap, POP, HSA and COBRA administration | 3 |
| Tran, Due | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tran, Minh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Tran, Nga | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tran, Nhat | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tran, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Tran, Phuong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tran, Quoc | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tran, Tom | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Tran, Vin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 2 |
| Transamerica | 4333 Edgewood Road NE | Cedar Rapids | IA | 52499 | | 0000037799 | Accident, cancer, critical illness, hospital and whole life insurance | |
| Transtar Aircraft Interiors LLC | 1184 Corporate Drive W, Suite A | Arlington | TX | 76006 | | | Contract labor aircraft materials | |
| Travelers Indemnity Company | PO Box 660307 | Dallas | TX | 75266 | | | Insurance | |
| Trenti, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tremco, Mary | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Trevino, Jose | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Triumph Aerostructures LLC | 572 1st Avenue N | St. Petersburg | FL | 33701 | | PO 62317 | Parts/Materials- Various kinds of aircraft parts | |
| Truedog, Hoang | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Tumanda Engineering And Consulting Services Llc | 123 Fox Thorn Lane | Garland | TX | 75044 | | | DER/DAR certification services | |
| Turner, John | Attn: Accts Receivable, PO Box 88741 | Chicago | IL | 60680-1741 | | | Parts/Materials- Aircraft packaging material | |
| United Rentals, Inc. | 1400 American Lane | Schaumburg | IL | 60173 | | | Equipment rentals | |
| United States Treasury | 1500 Pennsylvania Avenue NW | Washington | DC | 20220 | | FA8625-20-C-2024 | Customer Contract | |
| US Bank | 1310 Madrid Street, Suite 101 | Marshall | MN | 56258 | | | Leasing agreement for printers | |
| Ulz, Justin | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Valdez, Patrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Valle, Anthony | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vallejo, Alfonso | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vang, Xuelong | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Vasquez, Alberto | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vasquez, Alfredo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vasquez, Christian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vasquez, Christian | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Vaughn, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vaughn, James | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Vasquez, Carmelo | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vasquez, Micael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vasquez, Noe | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vazquez, Nick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Vega, Angel | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Velten, Joseph | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Venegas, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Verion Training Systems LLC | 4100 Alpha Rd Ste 200 | Dallas | TX | 75244 | | | Services- Training | |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75277 | | | Employee NDA/Non-Compete | |
| Villalobos, Victor | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |

| Name | Street Address | City | State | Zip | Country | Contract No. | Nature of Contract | Remaining Term (Months) |
|---|---|---|---|---|---|---|---|---|
| Villarreal, Armando | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vonguila, Khamkhoune | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vorguila, Khamkhoune | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Vu, Thinh | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Wahlman, Brant | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Walker Advertising Inc | 16655 Blanco Rd, Ste 122 | San Antonio | TX | 78232 | | PO 42905 | Advertising services | |
| Walters, George | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Warner International, LLC | 1919 Williams St, #310 | Simi Valley | CA | 93065 | | | Sublease Agreement | |
| Waste Connections Lone Star, Inc | PO Box 162476 | Fort Worth | TX | 76161 | | | Trash/waste service (SAT) | |
| Waste Management of Texas, Inc | PO Box 660345 | Dallas | TX | 75266 | | | Trash/waste service (DFW) | Month-to-month |
| Watters, Andrew | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Watson, Derrick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Weight on Wheels R&D program | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Customer Contract | |
| Weisenfels, Cheryl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Weisenfels, Louis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Wells Fargo Financial Leasing | Po Box 6434 | Carol Stream | IL | 60197-6434 | | | Leasing agreement for printers | |
| Wells Fargo Vendor Financial Services | Po Box 105710 | Atlanta | GA | 30348-5710 | | | Leasing agreement for printers | |
| Wells, Krista | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Welter, Cesar | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Wesco Chemicals, Inc | Po Box 2506 | Waxahachie | TX | 75168 | | | Chemical treatment of hot water loop | 3 |
| West, Alethea | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Westchester Surplus Lines Insurance Company | 1133 Avenue of the Americas, 11th Floor | New York | NY | 10036 | | | Insurance | |
| Whitby, Carl | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Whited, Logan | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Whitlie, David | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Whitworth, Scotty | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 5 |
| Whitworth, Scotty | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 4 |
| Williams, Christopher | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Williams, Dederick | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Williams, Jimmy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 11 |
| Williams, Tayari | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Williams, Timothy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Williamson, Thomas | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 10 |
| Willis Towers Watson | PO Box 4557 | New York | NY | 10249-4557 | | | Brokerage agreement | 4 |
| Wilson, Charles | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Wilson, Ray | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 1 |
| Winceslaffer, Timothy | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Wong, Gregory | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Worcester, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 9 |
| Wright, Harold | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| XD Innovation / Cohix | 9800 Mount Pyramid Ct Ste 400 | Englewood | CO | 80112 | | IU50054485 | 3D Experience software for engineering | 10 |
| XL Specialty Insurance Company (XL Insurance America Inc.) | Seaview House 70 Seaview Avenue | Stamford | CT | 06902 | | | Insurance | |
| Yawitz, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Yoh Services LLC | 1500 Spring Garden Street | Philadelphia | PA | 19130 | | | Staffing | Evergreen |
| Yorda, Rebecca | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 8 |
| Young, Jerry | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 6 |
| Zimmerman, Michael | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |
| Zogor, Travis | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | 3 |
| Zscherl, Taylor | 2060 Eagle Pkwy | Fort Worth | TX | 76177 | | | Employee NDA/Non-Compete | |

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Oriole Aviation LLC | 9744 Wilshire Blvd Suite 203 <br> Street <br><br> Beverly Hills, CA 90212 <br> City          State          ZIP Code | GDC Investco, LP | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |
| 2.4 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |
| 2.5 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |

## ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ | | |
| | _____ | | |
| | City _____ State ___ ZIP Code ___ | | |

Debtor name             GDC Technics, LLC

United States Bankruptcy Court for the:

            Western District of Texas

Case number (if known):      21-50484      Chapter    11

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*..................................................................................................

$0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*................................................................................................

$54,201,735.06

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................................

$54,201,735.06

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$20,015,919.73

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

$287,625.80

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

+   $34,939,506.09

4. **Total liabilities**................................................................................................................

   Lines 2 + 3a + 3b

$55,243,051.62

Fill in this information to identify the case:

Debtor name                GDC Technics, LLC

United States Bankruptcy Court for the:

               Western District of Texas

Case number (if known):      21-50484

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/01/2021             **X** /s/ Carl Moore
         MM/ DD/ YYYY                 Signature of individual signing on behalf of debtor

                                         Carl Moore
                                         Printed name

                                         CRO
                                         Position or relationship to debtor

Debtor name        GDC Technics, LLC

United States Bankruptcy Court for the:

       Western District of Texas

Case number (if known):     21-50484

☐ Check if this is an
amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021   to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $60,638,000.00 |
| **For prior year:**   From 01/01/2020   to   12/31/2020<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $89,177,000.00 |
| **For the year before that:**   From 01/01/2019   to   12/31/2019<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $128,854,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021   to   Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From 01/01/2020   to   12/31/2020<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |
| **For the year before that:**   From 01/01/2019   to   12/31/2019<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   See attached schedule <br>      Creditor's name <br><br>      Street <br><br>      City    State    ZIP Code | | | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other   See attached |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See Attached Schedule <br>      Creditor's name <br><br>      Street <br><br>      City    State    ZIP Code <br><br> **Relationship to debtor** | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. <br>      Creditor's name <br><br>      Street <br><br>      City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. GDC Investco<br>Creditor's name<br>2021 McKinney Ave. Suite 1200<br>Street<br><br>Dallas, TX 75201<br>City          State    ZIP Code | Drew down collateral account.<br><br>XXXX– ___ ___ ___ ___ | 02/10/2021 | $6,500,000.00 |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attached Schedule<br><br>**Case number**<br>_____ | _____ | See Attached Schedule<br>Name<br><br>Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1. <br>Custodian's name<br><br>Street<br><br>City          State    ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City          State    ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Habitat for Humanity | | May 2020 | $17,000.00 |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City     State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Air Force One Gold Invitational | | May 2020 | $8,500.00 |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City     State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| See Attached Schedule | | | |

**Address**

Street

City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.
☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.
☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City                    State      ZIP Code

**Relationship to debtor**

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

14.1. _____          From _____ To _____
       Street

       See Attached Schedule
       _____

       _____
       City            State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

15.1. _____    _____    _____
       Facility name

       _____

       _____
       Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |

_____          Check all that apply:
City        State    ZIP Code
                                   ☐ Electronically
                                   ☐ Paper

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| GDC Technics 401(k) Plan | EIN: 7 4 – 3 0 0 2 0 9 4 |

Has the plan been terminated?

☑ No

☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name _____ <br> Street _____ <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other ____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name _____ <br> Street _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  GDC Engineering GmbH<br>Name<br><br>Street<br>Mies-Van-Der, Rohe 8<br>Munich Germany 80807,<br>City          State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2.  GDC Engineering Ltd
       Name

       EIN:  __ __ – __ __ __ __ __ __ __

       Street                                                  **Dates business existed**

       307 Aviation Park

       Dorset BH23 6NW UK,                                     From _____  To _____
       City          State      ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3.  GDC Aerospace Canada
       Name

       EIN:  __ __ – __ __ __ __ __ __ __

       Street                                                  **Dates business existed**

       3900-1 Place Ville Marie Montreal QC
       H3B 4M17                                                From _____  To _____

       City          State      ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4.  GDC Engineering, Inc.
       Name

       EIN:  __ __ – __ __ __ __ __ __ __
       1700 Seventh Avenue
       Street                                                  **Dates business existed**

                                                               From _____  To _____
       Seattle, WA 98101
       City          State      ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  See Attached Schedule
        Name                                                   From _____  To _____

        Street


        City                    State            ZIP Code


26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Weaver and Tidwell LLP | From _____  To _____ |
| Name | |
| 2300 N. Field Street Suite 1000 | |
| Street | |
| | |
| Denton, TX 76201 | |
| City                          State              ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Claude Draillard | |
| Name | |
| 2060 Eagle Parkway | |
| Street | |
| | |
| Fort Worth, TX 76177 | |
| City                          State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  The Boeing Company |
| Name |
| 717 Texas Suite 3300 |
| Street |
| |
| Houston, TX 77002 |
| City                          State              ZIP Code |

| Name and address |
|---|
| 26d.2.  GDC Investco, LP |
| Name |
| 2021 McKinney Ave. Suite 1200 |
| Street |
| |
| Dallas, TX 75201 |
| City                          State              ZIP Code |

| Name and address |
|---|
| 26d.3.  Mazav Management LLC |
| Name |
| 311 East Commerce Street Suite 200 |
| Street |
| |
| San Antonio, TX 78205 |
| City                          State              ZIP Code |

| Name and address | |
|---|---|

26d.4.

**PPP**
Name

Street

City                          State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | 05/14/2021 | $3,050,885.82 |

| Name and address of the person who has possession of inventory records | |
|---|---|

27.1.

Claude Draillard
Name

2060 Eagle Pkwy
Street

Fort Worth, TX 76177
City                          State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached Schedule | | . | 0.00 % |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Conner Searcy | 2060 Eagle Parkway Fort Worth, TX 76177 | Former Director, | From 02/2019 To 04/2021 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.   Robyn Larson                                          $431.28        03/26/2021       Reimbursement
        Name                                                                                  of business travel
                                                                                              expense.
        2060 Eagle Pkwy
        Street


        Fort Worth, TX 76177
        City                    State        ZIP Code

| Relationship to debtor |
|---|

        Sr. Director

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/01/2021_____
                    MM/  DD/  YYYY

**X** _____
            Signature of individual signing on behalf of the debtor


            Position or relationship to debtor
            _____CRO_____


Printed name _____Carl Moore_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Creditor Name | Creditor Address | Creditor Address 2 | City, State, Zip Code | Total Amount or Value | Date | Reasons for Payment or Transfer |
|---|---|---|---|---|---|---|
| ADJACENT SOLUTIONS LLC | 2425 North Central Expressway | Suite 130 | Richardson TX 75080 | $ 10,500.00 | 3/19/2021 | Professional Services |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 37,804.58 | 1/29/2021 | Payroll Funding |
| ADP Inc | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,119.33 | 2/16/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 12,527.89 | 3/12/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 3,608.03 | 3/12/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 12,417.42 | 3/26/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 314.10 | 3/30/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 687,645.95 | 1/27/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 280,318.38 | 1/27/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,587.44 | 1/27/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 689,845.25 | 2/10/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 266,534.21 | 2/10/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,587.44 | 2/10/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 647,480.83 | 2/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 232,262.86 | 2/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,587.44 | 2/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 715,309.38 | 3/11/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 251,508.50 | 3/11/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,564.36 | 3/11/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 2,997.21 | 3/12/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 265.38 | 3/12/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 720,566.72 | 3/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 255,079.61 | 3/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,829.74 | 3/25/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 685,540.37 | 4/8/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 240,432.44 | 4/8/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 5,829.74 | 4/8/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 127,838.04 | 4/14/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 39,081.27 | 4/15/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 30,076.66 | 4/16/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 10,498.38 | 4/16/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 443.59 | 4/16/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 39,500.08 | 4/21/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 14,945.38 | 4/21/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 1,440.46 | 4/21/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 325,860.79 | 4/22/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 116,235.35 | 4/22/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 817.39 | 4/22/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 596.91 | 4/26/2021 | Payroll Funding |
| ADP INC | One ADP Boulevard | | Roseland, NJ 07068 | $ 262.36 | 4/26/2021 | Payroll Funding |
| AEROBLAZE LABORATORY INC. | 12819 Harmon Rd. #575 | | Fort Worth TX 76177 | $ 12,293.75 | 4/23/2021 | DER/DAR Certification |
| AEROED LLC | 1580 ELMWOOD AVE | | ROCHESTER, NY | $ 8,385.00 | 3/25/2021 | Non-Aircraft Supplier |
| AEROED LLC | 1580 ELMWOOD AVE | | ROCHESTER, NY | $ 7,750.00 | 4/14/2021 | Non-Aircraft Supplier |
| AEROTEAMS | 7345 W Friendly Ave Suite G | | Greensboro NC 27410 | $ 200,000.00 | 2/26/2021 | Contractors |
| AEROTEAMS | 7345 W Friendly Ave Suite G | | Greensboro NC 27410 | $ 66,886.82 | 3/26/2021 | Contractors |
| AETNA | 151 Farmington Avenue | | Hartford, CT 06156 | $ 268,733.68 | 1/29/2021 | Medical Plan Provider |
| AETNA | 151 Farmington Avenue | | Hartford, CT 06156 | $ 154,397.64 | 3/11/2021 | Medical Plan Provider |
| AETNA | 151 Farmington Avenue | | Hartford, CT 06156 | $ 257,474.82 | 3/19/2021 | Medical Plan Provider |
| AIM-USA, LLC | 7 Neshaminy Interplex Dr | #211 | Feasterville-Trevose, PA 19053 | $ 16,768.64 | 2/5/2021 | MOA SUPPLIER |
| AIRWORTHY SOLUTIONS, LLC | 2925 Vaquero Lane | | Celina, TX 75009 | $ 27,653.29 | 1/29/2021 | DER/DAR Certification |
| ALEKSANDRA KORFANTY | 2886 Chateu Way | | Laguna Beach, CA 92651 | $ 14,175.00 | 1/29/2021 | Contractors |
| ALEKSANDRA KORFANTY | 2886 Chateu Way | | Laguna Beach, CA 92651 | $ 13,019.00 | 2/26/2021 | Contractors |
| ALEKSANDRA KORFANTY | 2886 Chateu Way | | Laguna Beach, CA 92651 | $ 14,310.00 | 4/1/2021 | Contractors |
| ALLIANCE FORT WORTH MAINTENANCE FACILITY | (blank) | | (blank) | $ 105,015.51 | 3/19/2021 | Rent & Utilities |
| Ameritas Life Insurance Corp | PO Box 81889 | | Lincoln, NE | $ 33,817.28 | 1/29/2021 | Benefits |
| Ameritas Life Insurance Corp | PO Box 81889 | | Lincoln, NE | $ 17,596.82 | 3/12/2021 | Benefits |
| Ameritas Life Insurance Corp | PO Box 81889 | | Lincoln, NE | $ 16,852.14 | 3/12/2021 | Benefits |
| AVIATION GRAPHIX USA LLC | 628 W LANCASHIRE BLVD | | BELLA VISTA AR 72715 | $ 14,224.00 | 1/29/2021 | Aircraft Supplier |
| AVIATION GRAPHIX USA LLC | 628 W LANCASHIRE BLVD | | BELLA VISTA AR 72715 | $ 31.50 | 2/3/2021 | Aircraft Supplier |
| AVIATION GRAPHIX USA LLC | 628 W LANCASHIRE BLVD | | BELLA VISTA AR 72715 | $ 303.00 | 3/15/2021 | Aircraft Supplier |
| AVIATION GRAPHIX USA LLC | 628 W LANCASHIRE BLVD | | BELLA VISTA AR 72715 | $ 112.15 | 3/19/2021 | Aircraft Supplier |
| AVIATION GRAPHIX USA LLC | 628 W LANCASHIRE BLVD | | BELLA VISTA AR 72715 | $ 27.00 | 3/31/2021 | Aircraft Supplier |
| Bexar County | 100 Dolorosa | | San Antonio, TX 78205 | $ 109,844.31 | 4/21/2021 | Property Taxes |
| BROADNAX | 500 W Main St | Suite 230 | Lewisville, TX 75057 | $ 9,504.10 | 4/1/2021 | Non-Aircraft Supplier |
| CAPCON NETWORKS | 500 W 2nd Street, 19th Floor, Suite #34 | | Austin, TX 78701 | $ 22,153.96 | 3/26/2021 | Rent & Utilities |
| Carmelo Vasquez | 2062 Eagle Pkwy | | Fort Worth, TX 76179 | $ 2,260.80 | 3/12/2021 | Payroll |
| CDW DIRECT | 200 N MILWAUKEE AVENUE | | VERNON HILLS IL 60061 | $ 11,501.04 | 3/25/2021 | Non-Aircraft Supplier |
| CINTAS CORPORATION | PO Box 650838 | | Dallas, TX 75265-00838 | $ 1,922.69 | 3/26/2021 | Non-Aircraft Supplier |
| CINTAS CORPORATION | PO Box 650838 | | Dallas, TX 75265-00838 | $ 15,920.48 | 3/31/2021 | Non-Aircraft Supplier |
| CITY OF FORT WORTH | 900 MONROE, SUITE 404 | | FORT WORTH TX 76102 | $ 90,386.17 | 1/29/2021 | Rent & Utilities |
| CITY OF FORT WORTH | 900 MONROE, SUITE 404 | | FORT WORTH TX 76102 | $ 370,079.44 | 3/19/2021 | Rent & Utilities |
| CITY OF FORT WORTH | 900 MONROE, SUITE 404 | | FORT WORTH TX 76102 | $ 70,851.33 | 4/26/2021 | Rent & Utilities |
| CLACKAMAS WELDING / LAFARGE & EGGE | LAFARGE & EGGE 5820 188TH ST SW | | LYNNWOOD WA 98037 | $ 35,027.92 | 3/5/2021 | Aircraft Supplier |
| COMPUTATIONAL METHODS LLC | 5009 Crestwood Dr | | Waco, TX 76710 | $ 33,500.00 | 1/29/2021 | DER/DAR Certification |
| CORNERSTONE ONDEMAND INC | DEPT CH19590 | | PALATINE, IL 60055-9590 | $ 22,280.45 | 2/5/2021 | Non-Aircraft Supplier |
| CPS ENERGY | PO BOX 2678 | | SAN ANTONIO, TX 78289-0001 | $ 14,129.71 | 1/29/2021 | Rent & Utilities |
| DELL FINANCIAL SERVICES LLC | PO BOX 81577 | | AUSTIN TX 78708-1577 | $ 16,388.58 | 3/25/2021 | Rent & Utilities |
| DELTA AIR LINES, INC | 1775 M.H. Jackson Service Road | | Atlanta, GA 30354-3743 | $ 20,000.00 | 4/1/2021 | Aircraft Supplier |
| EL CAMINO REAL BUILDING | 209 Avenida Del Mar Suite 204 | | San Clemente, CA 92672 | $ 2,993.36 | 2/1/2021 | Rent & Utilities |
| EL CAMINO REAL BUILDING | 209 Avenida Del Mar Suite 204 | | San Clemente, CA 92672 | $ 2,993.36 | 3/1/2021 | Rent & Utilities |
| EL CAMINO REAL BUILDING | 209 Avenida Del Mar Suite 204 | | San Clemente, CA 92672 | $ 2,993.36 | 4/5/2021 | Rent & Utilities |
| FASTENAL | 5411 Bandera Road  Suite 301 | | San Antonio, TX 78238 | $ 11,077.43 | 2/26/2021 | Non-Aircraft Supplier |
| FASTENAL COMPANY | 5411 BANDERA ROAD  SUITE 301 | | SAN ANTONIO TX 78238 | $ 10,159.92 | 3/26/2021 | Non-Aircraft Supplier |
| FEDEX | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 129.85 | 1/26/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 745.16 | 2/2/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 9.66 | 2/2/2021 | Freight |
| FEDEX | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 10,000.00 | 2/5/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 129.64 | 2/9/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 12.85 | 2/9/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 98.37 | 2/12/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 13.24 | 2/16/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 22.37 | 3/2/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 2,288.96 | 3/16/2021 | Freight |
| FEDEX | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 10,049.93 | 3/19/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 142.05 | 3/19/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 108.65 | 3/23/2021 | Freight |
| FedEx | PO BOX 660481 | | DALLAS, TX 75266-0481 | $ 26.81 | 4/9/2021 | Freight |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 628.57 | 1/29/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 369,188.54 | 1/29/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 78,447.80 | 2/8/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 81,009.62 | 2/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 22,600.18 | 3/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 79,065.60 | 3/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 21,950.88 | 3/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 22,928.01 | 3/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 86,229.65 | 3/12/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 86,192.77 | 3/26/2021 | 401k Administrator |
| FIDELITY INVESTMENTS | PO BOX 73307 | | CHICAGO IL 60673-7307 | $ 85,320.50 | 4/22/2021 | 401k Administrator |
| FREEMAN CORP | PO BOX 650036 | | DALLAS TX 75265-0036 | $ 100,000.00 | 2/5/2021 | Non-Aircraft Supplier |
| GDC ENGINEERING LTD | 307 Aviation Park | Bournemouth Airport | Dorset BH23 6NW, UK | $ 86,000.00 | 1/27/2021 | GDCE |
| GDC ENGINEERING LTD | 307 Aviation Park | Bournemouth Airport | Dorset BH23 6NW, UK | $ 43,000.00 | 2/26/2021 | GDCE |
| GRACOROBERTS | 3200 Avenue E East | | ARLINGTON, TX 76011 | $ 22,041.21 | 2/5/2021 | Aircraft Supplier |
| GRACOROBERTS | 3200 Avenue E East | | ARLINGTON, TX 76011 | $ 22,000.00 | 2/26/2021 | Aircraft Supplier |
| HANGAR SERVICES INC | PO BOX 781 | | ADDISON TX 75001 | $ 10,000.00 | 1/29/2021 | Aircraft Supplier |
| HANGAR SERVICES INC | PO BOX 781 | | ADDISON TX 75001 | $ 6,166.66 | 2/26/2021 | Aircraft Supplier |

| Creditor Name | Creditor Address | Creditor Address 2 | City, State, Zip Code | Total Amount or Value | Date | Reasons for Payment or Transfer |
|---|---|---|---|---|---|---|
| HANGAR SERVICES INC | PO BOX 781 | | ADDISON TX 75001 | $ 6,166.66 | 3/31/2021 | Aircraft Supplier |
| HDAERO ENGINEERING, LLC | PO BOX 676 | | WOODLAND PARK, CO 80866-0676 | $ 24,950.00 | 1/29/2021 | DER/DAR Certification |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 33,480.00 | 1/29/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 6,750.00 | 2/12/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 7,380.00 | 2/26/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 8,190.00 | 3/12/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 6,660.00 | 3/12/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 9,135.00 | 3/19/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 12,600.00 | 3/26/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 9,900.00 | 4/1/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 9,045.00 | 4/16/2021 | Contractors |
| HORN SOLUTIONS, INC | 301 COMMERCE GREEN BLVD | | SUGAR LAND, TX 77478 | $ 9,585.00 | 4/23/2021 | Contractors |
| Hughes Network Systems | 11717 Exploration Lane | | Germantown, MD 20876 | $ 49,910.40 | 2/19/2021 | IT Provider |
| ID COLLECTIONS | 1025 N. STEMMONS | | DALLAS TX 75207 | $ 7,500.00 | 3/19/2021 | Aircraft Supplier |
| INNOVATIVE COMPUTER CONSULTANTS CORPORATION | 4315 CALEDON CT | | CUMMING, GA 30041 | $ 7,700.00 | 3/31/2021 | Professional Services |
| IPFS CORPORATION | P.O. BOX 730223 | | DALLAS TX 75373-0223 | $ 40,489.22 | 2/12/2021 | Insurance (Hangar) |
| IPFS CORPORATION | P.O. BOX 730223 | | DALLAS TX 75373-0223 | $ 38,556.40 | 3/19/2021 | Insurance (Hangar) |
| IPFS CORPORATION | P.O. BOX 730223 | | DALLAS TX 75373-0223 | $ 38,556.40 | 3/26/2021 | Insurance (Hangar) |
| IPFS CORPORATION | P.O. BOX 730223 | | DALLAS TX 75373-0223 | $ 38,556.40 | 4/23/2021 | Insurance (Hangar) |
| JAMES NELSON ACREE | 4701 N. MAIN | ST # 109 | FORT WORTH, TX 76106 | $ 8,000.00 | 1/29/2021 | DER/DAR Certification |
| Johnny Martinez | 2060 Eagle Pkwy | | Fort Worth, TX 76177 | $ 3,010.49 | 3/12/2021 | Payroll |
| JORMAC AEROSPACE | 11221 69TH STREET NORTH | | LARGO FL 33773-5504 | $ 150,000.00 | 2/2/2021 | MOA SUPPLIER |
| JORMAC AEROSPACE | 11221 69TH STREET NORTH | | LARGO FL 33773-5504 | $ 100,000.00 | 3/26/2021 | MOA SUPPLIER |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 249,226.87 | 2/10/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 1,986.12 | 2/16/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 35.27 | 2/23/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 143,834.73 | 3/12/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 1,782.30 | 3/15/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 35.24 | 3/24/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 1,000.00 | 4/9/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 288,983.73 | 4/12/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 2,279.29 | 4/16/2021 | Credit Card |
| JPMORGAN CHASE BANK | PO BOX 4475 | | CAROL STREAM IL 60197-4475 | $ 35.25 | 4/19/2021 | Credit Card |
| JPMORGAN CHASE BANK (Credit Card Interim Payment) | PO Box 4475 | | Carol Stream, IL 60197-4475 | $ 10,000.00 | 3/4/2021 | Vendor |
| JPMORGAN CHASE BANK (Credit Card Interim Payment) | PO Box 4475 | | Carol Stream, IL 60197-4475 | $ 100,000.00 | 3/11/2021 | Credit Card |
| KONTRON AMERICA, INC | 9477 WAPLES ST SUITE 150 | | SAN DIEGO CA 92121 | $ 106,014.99 | 1/29/2021 | Non-Aircraft Supplier |
| KONTRON AMERICA, INC | 9477 WAPLES ST SUITE 150 | | SAN DIEGO CA 92121 | $ 32,000.00 | 4/23/2021 | Non-Aircraft Supplier |
| LASELEC | 2605 N Forum Drive | | Grand Prairie, TX 75052 | $ 7,577.50 | 4/1/2021 | Non-Aircraft Supplier |
| LOGMEIN USA, INC. | 851 WEST CYPRESS CREEK ROAD | | FORT LAUDERDALE FL 33309 | $ 8,999.63 | 3/19/2021 | Non-Aircraft Supplier |
| MAKE READY PLUS LLC | 6333 E. MOCKINGBIRD LN. | Suite 147-850 | DALLAS TX 75214 | $ 8,227.43 | 2/5/2021 | Rent & Utilities |
| MANXIEWICZ COATINGS, LLC | Georg-Wilhelm-Straße 189 | | 21107, Hamburg, Germany | $ 10,788.62 | 3/5/2021 | Aircraft Supplier |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 Mutual of Omaha Plaza | | Omaha, NE 68175 | $ 47,217.15 | 1/29/2021 | Benefits |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 Mutual of Omaha Plaza | | Omaha, NE 68175 | $ 23,194.97 | 3/12/2021 | Benefits |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 Mutual of Omaha Plaza | | Omaha, NE 68175 | $ 25,724.95 | 3/12/2021 | Benefits |
| ODONATA RESEARCH LLC | 6505 E Central Ave Ste 254 | | Wichita, KS 67206-1924 | $ 32,000.00 | 1/29/2021 | DER/DAR Certification |
| PAC SEATING SYSTEMS INC | 3370 SW 42ND AVE | | PALM CITY FL 34990 | $ 85,749.50 | 3/19/2021 | MOA SUPPLIER |
| PERFORMANCE REVIEW INSTITUTE INC | 161 Thorn Hill Rd | | Warrendale, PA 15086-7527 | $ 22,952.41 | 1/29/2021 | Non-Aircraft Supplier |
| Precision Compression (in care of Davis & Jones) | 2007 Ranger Highway | | Weatherford, TX 76088 | $ 45,000.00 | 2/23/2021 | Aircraft Supplier |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 1,440.80 | 1/29/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 9,735.42 | 1/29/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 10,368.32 | 2/2/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 150.00 | 2/3/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 12,864.20 | 2/18/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 4,776.90 | 3/5/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 793.45 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 792.30 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 2,380.16 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 4,444.18 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 77.36 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 24,000.00 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 7,303.17 | 3/12/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 6,864.80 | 3/26/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 5,132.93 | 4/7/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 2,345.93 | 4/14/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 4,392.04 | 4/22/2021 | Benefits |
| PROFICIENT BENEFIT SOLUTIONS | PO BOX 380768 | | SAN ANTONIO TX 78268 | $ 2,345.93 | 4/22/2021 | Benefits |
| Ralph Alcoser | 2061 Eagle Pkwy | | Fort Worth, TX 76178 | $ 2,687.65 | 3/12/2021 | Payroll |
| RICHIE & GUERINGER PC | 100 CONGRESS AVENUE SUITE 1750 | | AUSTIN, TX 78701 | $ 55,212.76 | 4/23/2021 | Professional Services |
| RR DONNELLEY | 6315 W 3w Blvd | | Houston, TX 77040 | $ 35,010.00 | 3/19/2021 | Non-Aircraft Supplier |
| SCHENGBER ENGINEERING SERVICES LLC | 1304 Lake Adger Parkway | | Mill Spring, NC 28756 | $ 21,168.69 | 1/29/2021 | DER/DAR Certification |
| SCHENGBER ENGINEERING SERVICES LLC | 1304 Lake Adger Parkway | | Mill Spring, NC 28756 | $ 1,250.00 | 2/2/2021 | DER/DAR Certification |
| Schneller | 3306 Sul Ross St | | Houston, TX 77008 | $ 15,650.40 | 2/17/2021 | Aircraft Supplier |
| Schneller | 3306 Sul Ross St | | Houston, TX 77098 | $ 4,695.12 | 3/12/2021 | Aircraft Supplier |
| SIERRACONSTELLATION | 355 S Grand Ave | #1450 | Los Angeles, CA 90071 | $ 45,000.00 | 4/14/2021 | Professional Services |
| SIERRACONSTELLATION | 355 S Grand Ave | #1450 | Los Angeles, CA 90071 | $ 94,970.96 | 4/23/2021 | Professional Services |
| SNAP-ON INDUSTRIAL | PO BOX 9004 3011 E. Route 176 | | CRYSTAL LAKE IL 60014 | $ 11,000.00 | 3/25/2021 | Non-Aircraft Supplier |
| SQ3 PARTNERS, LLC | 1220 W ROSECRANS ST | PMB 805 | SAN DIEGO, CA 92106 | $ 33,733.87 | 1/29/2021 | Professional Services |
| SQ3 PARTNERS, LLC | 1220 W ROSECRANS ST | PMB 805 | SAN DIEGO, CA 92106 | $ 217,500.00 | 3/18/2021 | Professional Services |
| SQ3 PARTNERS, LLC | 1220 W ROSECRANS ST | PMB 805 | SAN DIEGO, CA 92106 | $ 30,500.00 | 4/23/2021 | Professional Services |
| STANDARDAERO BUSINESS AVIATION SERVICES, LLC | 1200 North Airport Drive | | Springfield, IL 62707 | $ 37,500.00 | 3/19/2021 | Aircraft Supplier |
| STANDARDAERO BUSINESS AVIATION SERVICES, LLC | 1200 North Airport Drive | | Springfield, IL 62707 | $ 13,600.00 | 3/26/2021 | Aircraft Supplier |
| STEECON INC | 5362 INDUSTRIAL DRIVE | | HUNTINGTON BEACH CA 92649-1517 | $ 10,748.00 | 1/29/2021 | Aircraft Supplier |
| STEECON INC | 5362 INDUSTRIAL DRIVE | | HUNTINGTON BEACH CA 92649-1517 | $ 7,500.00 | 4/1/2021 | Aircraft Supplier |
| STEPHEN C. MERRIMAN | 401 IRVINE DRIVE | | ALLEN TX 75013 | $ 22,295.00 | 2/26/2021 | Contractors |
| STROM AVIATION INC | 109 SOUTH ELM ST | | WACONIA MN 55387 | $ 250,000.00 | 2/26/2021 | Contractors |
| STROM AVIATION INC | 109 SOUTH ELM ST | | WACONIA MN 55387 | $ 74,118.19 | 3/26/2021 | Contractors |
| SW ELEVATORS LLC | PO BOX 208654 | | DALLAS TX 75320-8564 | $ 7,103.91 | 1/29/2021 | Non-Aircraft Supplier |
| TEKLAM CORP | 350 W Rincon St | | Corona, CA 92880 | $ 22,350.72 | 3/19/2021 | Aircraft Supplier |
| TEXAS MUTUAL INSURANCE COMPANY | PO Box 841843 | | Dallas, TX 75284-1843 | $ 32,256.48 | 1/29/2021 | Benefits |
| TEXAS MUTUAL INSURANCE COMPANY | PO Box 841843 | | Dallas, TX 75284-1843 | $ 11,185.76 | 2/12/2021 | Benefits |
| TEXAS MUTUAL INSURANCE COMPANY | PO Box 841843 | | Dallas, TX 75284-1843 | $ 16,148.24 | 3/12/2021 | Benefits |
| TEXAS MUTUAL INSURANCE COMPANY | PO Box 841843 | | Dallas, TX 75284-1843 | $ 16,148.24 | 4/5/2021 | Benefits |
| THE YOUNG ENGINEERS, INC | 25841 Commercentre Dr | | Lake Forest, CA 92630 | $ 40,733.00 | 1/29/2021 | Aircraft Supplier |
| TRANSAMERICA EMPLOYEE BENEFITS | 4333 Edgewood Road NE | | Cedar Rapids, IA 52499 | $ 4,126.78 | 1/29/2021 | Benefits |
| TRANSAMERICA EMPLOYEE BENEFITS | 4333 Edgewood Road NE | | Cedar Rapids, IA 52499 | $ 4,126.78 | 1/29/2021 | Benefits |
| TRANSAMERICA EMPLOYEE BENEFITS | 4333 Edgewood Road NE | | Cedar Rapids, IA 52499 | $ 4,164.12 | 3/12/2021 | Benefits |
| TRANSAMERICA EMPLOYEE BENEFITS | 4333 Edgewood Road NE | | Cedar Rapids, IA 52499 | $ 6,585.33 | 3/12/2021 | Benefits |
| TRANSAMERICA EMPLOYEE BENEFITS | 4333 Edgewood Road NE | | Cedar Rapids, IA 52499 | $ 4,164.12 | 3/26/2021 | Benefits |
| TRANSTAR AIRCRAFT INTERIORS, LLC | 1184 CORPORATE DR W SUITE A | | ARLINGTON TX 76006 | $ 550,000.00 | 2/4/2021 | MOA SUPPLIER |
| TRIZCOM PR | 14850 Montfort Drive | Suite 190 | Dallas, TX 75254 | $ 10,000.00 | 4/12/2021 | Professional Services |
| W.W. CANNON, LLC | 2653 BRENNER DRIVE | | DALLAS, TX 75220 | $ 25,739.14 | 3/19/2021 | Non-Aircraft Supplier |
| WICK PHILLIPS GOULD & MARTIN, LLP | 3131 McKinney Ave | Suite 500 | Dallas, TX 75204 | $ 10,000.00 | 3/19/2021 | Professional Services |
| WICK PHILLIPS GOULD & MARTIN, LLP | 3131 McKinney Ave | Suite 500 | Dallas, TX 75204 | $ 106,000.00 | 4/8/2021 | Professional Services |
| WICK PHILLIPS GOULD & MARTIN, LLP | 3131 McKinney Ave | Suite 500 | Dallas, TX 75204 | $ 125,000.00 | 4/13/2021 | Professional Services |
| WILLIAM W. HODGES | 5049 Old Jonesboro Rd | | Bristol, TN 37620 | $ 8,800.00 | 1/29/2021 | Professional Services |
| WILLIAM W. HODGES | 5049 Old Jonesboro Rd | | Bristol, TN 37620 | $ 17,600.00 | 3/19/2021 | Professional Services |
| WILLIS TOWERS WATSON INSURANCE SERVICES WEST, INC | 15305 NORTH DALLAS PARKWAY | SUITE 1100 | ADDISON, TX 75001 | $ 272,197.41 | 2/12/2021 | Insurance (Hangar) |
| WILLIS TOWERS WATSON NORTHEAST, INC. | 199 SCOTT ST | SUITE 800 | BUFFALO, NY 14204 | $ 23,444.40 | 2/26/2021 | Insurance (Hangar) |
| YOKOHAMA AEROSPACE AMERICA | 22223 68th Ave S | | Kent, WA 98032 | $ 7,716.50 | 2/24/2021 | Aircraft Supplier |
| YOKOHAMA AEROSPACE AMERICA | 22223 68th Ave S | | Kent, WA 98032 | $ 500.00 | 3/23/2021 | Aircraft Supplier |

In re: GDC Technics, LLC
Case No. 21-50484
SOFA 2.4 Attachment
Payments or other transfers of property made within1 year before filing this case that benefited any insider

| Insider's Name | Insider's Address | Creditor Address 2 | City, State, Zip Code | Relationship to Debtor | Total Amount or Value | Date | Reasons for Payment or Transfer |
|---|---|---|---|---|---|---|---|
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 6,153.85 | 7/2/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 7/17/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 7/31/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 8/14/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 8/28/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 9/11/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 9/25/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 10/9/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 10/23/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 46,692.99 | 10/23/2020 | Gross Bonus |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 11/6/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 11/20/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 12/4/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 12/18/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 12/31/2020 | Gross Payroll |
| Draillard, Claude Andre | 2060 Eagle parkway | | Fort Worth, TX 76177 | CFO | $ 12,307.70 | 1/29/2021 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 5/8/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 5/22/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 6/5/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 6/19/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 7/2/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 7/17/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 7/31/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 8/14/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 8/28/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 9/11/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 9/25/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 10/9/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 10/23/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 51,007.99 | 10/23/2020 | Gross Bonus |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 11/3/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 11/20/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 12/4/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 12/18/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 12/31/2020 | Gross Payroll |
| Foreman, Bradley Von | 2060 Eagle parkway | | Fort Worth, TX 76177 | CEO | $ 14,615.39 | 1/15/2021 | Gross Payroll |
| GDC Engineering LTD | 307 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 62,000.00 | 5/26/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 308 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 64,202.65 | 6/17/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 309 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 130,000.00 | 7/16/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 310 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 400,000.00 | 7/30/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 311 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 300,000.00 | 8/28/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 312 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 200,000.00 | 10/14/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 313 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 200,000.00 | 11/3/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 314 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 275,000.00 | 11/12/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 315 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 85,000.00 | 12/1/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 316 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 115,000.00 | 12/11/2020 | Engineering Services for IHOS |
| GDC Engineering LTD | 317 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 86,000.00 | 1/27/2021 | Engineering Services for IHOS |
| GDC Engineering LTD | 318 Aviation Way Aviation Business Park, Hurn | | Christchurch, England, BH23 6NW | Non-Debtor Foreign Entity | $ 43,000.00 | 2/26/2021 | Engineering Services for IHOS |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 560,000.00 | 7/1/2020 | Loan repayment (fees, interest & principal) |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 8,100,000.00 | 7/22/2020 | Loan repayment (fees, interest & principal) |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 107,140.00 | 7/30/2020 | Interest payment |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 2,003,621.11 | 8/10/2020 | Loan repayment (fees, interest & principal) |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 107,140.00 | 9/1/2020 | Interest payment |
| GDC Investco LP | 2021 McKinney Ave | Suite 120 | Dallas, TX 75201 | Secured Creditor | $ 104,205.00 | 5/4/2020 | Interest payment |
| GDC Investco LP | 2022 McKinney Ave | Suite 121 | Dallas, TX 75202 | Secured Creditor | $ 1,000.18 | 4/27/2020 | Interest payment |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 5/8/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 5/22/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 6/5/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 6/19/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 7/2/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 7/17/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 7/31/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 8/14/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 8/28/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 9/11/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 9/25/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 10/9/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 10/23/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 11/6/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 11/20/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 12/4/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 12/18/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 12/31/2020 | Gross Payroll |
| Larson, Robyn D | 2060 Eagle parkway | | Fort Worth, TX 76177 | Sr. Director | $ 6,346.16 | 1/15/2021 | Gross Payroll |
| Mazav Management, LLC | 311 E Commerce St | Suite 200 | San Antonio, TX 78205 | Shareholder | $ 699,950.00 | 7/1/2020 | Loan repayment (fees, interest & principal) |
| Mazav Management, LLC | 311 E Commerce St | Suite 200 | San Antonio, TX 78205 | Shareholder | $ 250,000.00 | 4/28/2020 | Management Fees |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 5/8/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 5/22/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 6/5/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 6/19/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 7/2/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 7/17/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 7/31/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 8/14/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 8/28/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 9/11/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 9/25/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 10/9/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 10/23/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 11/6/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 11/20/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 12/4/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 12/18/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 12/31/2020 | Gross Payroll |
| Utz, Justin Scott | 2060 Eagle parkway | | Fort Worth, TX 76177 | COO | $ 10,576.93 | 1/15/2021 | Gross Payroll |

| CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME1 | NAME2 | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | STATUS OF CASE: *select one |
|---|---|---|---|---|---|---|---|---|---|---|
| The Boeing Company v. GDC Technics, LLC | 236-324551-21 | Breach of Contract | United States District Court | Tarrant County | 100 North Calhoun Street | | Fort Worth | TX | 76196 | Pending |
| Advanced Technology Innovation Corp v. GDC Technics, LLC | 2182CV00168 | Unpaid Invoices | Norfolk County Superior Court | | 650 High Street | | Dedham | MA | 02026 | Dropped |
| Elite Staffing Services Demand Letter | | Demand Letter | | | | | | | | Pending |
| Agente Technical, LLC v. GDC Technics, LLC | 2020-CI-24815 | Unpaid Invoices | 288th District Court | Bexar County | 101 W. Nueva St | #217 | San Antonio | TX | 78205 | Pending |
| Johnson Serice Group, Inc v. GDC Technics, LLC | 096-323208-21 | Unpaid Invoices | | | | | | | | Pending |
| Cintas Corporation No. 2 v. GDC Technics, LLC | 2021-00473-2 | Unpaid Invoices | Tarrant County | County Court at Law No. 2 | 100 W. Weatherford St | Room 250 | Fort Worth | TX | 76196 | Pending |
| Aerospace Systems International, LLC v. GDC Technics, LLC | 2021-LM-001552-CU | Unpaid Invoices | Sedwick County District Court | Sedwick County Courthouse | 525 North Main St | Jury Room, First Floor | Wichita | KS | 67203 | Pending |
| Aviation Consulting Experts, Inc. v. GDC Technics, LLC | 348-324119-21 | Unpaid Invoices | Tarrant County District Court | 100 N. Calhoun | | | Fort Worth | TX | 76196 | Pending |
| New Source Corporation v. GDC Technics, LLC | 236-324190-21 | Unpaid Invoices | Tarrant County District Court | 100 N. Calhoun | | | Fort Worth | TX | 76196 | Pending |
| Infovity, LLC v. GDC Technics, LLC | 048-324394-21 | Unpaid Invoices | Tarrant County District Court | 100 N. Calhoun | | | Fort Worth | TX | 76196 | Pending |
| City of Fort Worth Eviction Notice | C21-5553A | Unpaid Invoices | Denton County | 6200 Canyon Falls Drive | Suite 101 | | Flower Mound | TX | 76226 | Pending |
| Stringham v. GDC Technics, LLC | 21-50484-cag | WARN Notice Violation | Western District Court | Western District of TX | 615 E. Houston St | Room 597 | San Antonio | TX | 78205 | Pending |
| Freeman Expositions, LLC v. GDC Technics, LLC | DC-20-10396 | Unpaid Invoices | Dallas County District Courts | 191st District | 600 Commerce St | Suite 101 | Dallas | TX | 75202 | Concluded |
| 110 Arnold, LLC dba Elegant Additions | CV-2020-02846 | Unpaid Invoices | Country Court at Law No. 2 | 450 E McKinney St | | | Denton | TX | 76209 | Concluded |

**In re: GDC Technics, LLC**
**Case No. 21-50484**
SOFA 6.11 Attachment
Payments related to bankruptcy

| WHO WAS PAID OR WHO RECEIVED THE TRANSFER? NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYEE EMAIL OR WEBSITE ADDRESS | DATE OF PAYMENT(MM/DD/YYYY) | TOTAL AMOUNT OR VALUE $ |
|---|---|---|---|---|---|---|---|---|
| SierraConstellation Partners | 355 S Grand Avenue | Suite 1450 | Los Angeles | CA | 90071 | www.sierraconstellation.com | 4/14/2021 | $ 45,000.00 |
| SierraConstellation Partners | 355 S Grand Avenue | Suite 1450 | Los Angeles | CA | 90071 | www.sierraconstellation.com | 4/26/2021 | $ 94,970.96 |
| Wick Phillips Gould & Martin LLP | 3131 McKinney Avenue | Suite 500 | Dallas | TX | 75204 | https://www.wickphillips.com/ | 3/19/2021 | $ 10,000.00 |
| Wick Phillips Gould & Martin LLP | 3131 McKinney Avenue | Suite 500 | Dallas | TX | 75204 | https://www.wickphillips.com/ | 4/8/2021 | $ 106,000.00 |
| Wick Phillips Gould & Martin LLP | 3131 McKinney Avenue | Suite 500 | Dallas | TX | 75204 | https://www.wickphillips.com/ | 4/23/2021 | $ 125,000.00 |

| ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY<br>If USA, please leave blank | DATES OF OCCUPANCY:<br>FROM<br>(MM/DD/YYYY) | DATES OF OCCUPANCY:<br>TO<br>(MM/DD/YYYY) |
|---|---|---|---|---|---|---|---|
| 2060 Eagle Parkway | | Fort Worth | TX | 76177 | | 3/1/2015 | Present |
| 607 N Frank Luke Dr | | San Antonio | TX | 78226 | | 9/15/2004 | 5/14/2021 |
| 101 S. El Camino Real | | San Clemente | CA | 82672 | | 1/4/2021 | Present |
| 412 N Frank Luke Dr | Bldg 1420 | San Antonio | TX | 78226 | | 7/15/2005 | 5/14/2021 |
| Mies-Van-Der | Rohe 8 | Muenchen | | | Germany | 1/1/2018 | Present |

**In re: GDC Technics, LLC**

**Case No. 21-50484**

SOFA 26a Attachment

Accountants and bookkeepers who maintained the debtor's books and records within 2 year before filing this case

| NAME | ADDRESS | CITY | STATE | ZIP | DATES OF SERVICE: FROM (MM/DD/YYYY) | DATES OF SERVICE: TO (MM/DD/YYYY) |
|------|---------|------|-------|-----|-------------------------------------|-----------------------------------|
| Shepperd, David | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 9/15/2015 | 3/20/2020 |
| Doles, Angela | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 7/17/2017 | 3/26/2021 |
| Cerrato, Betty | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 1/23/2017 | 8/20/2019 |
| Brown, Teresa | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 12/4/2017 | 12/30/2020 |
| Worcester, Michael | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 3/18/2019 | 2/26/2021 |
| Gathright, Kyle | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 4/1/2019 | 1/5/2021 |
| McCartney, Alec | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 5/28/2019 | 6/15/2020 |
| Flores, Patricia | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 1/13/2020 | 4/9/2021 |
| Patterson, Matthew | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 12/2/2019 | 1/10/2020 |
| Artymovich, Nicholas | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 12/16/2019 | 2/19/2020 |
| Rodden, Maria | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 10/8/2018 | 8/15/2019 |
| Patterson, Danny | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 2/11/2019 | 9/30/2019 |
| Brunson, Stephanie | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 8/20/2019 | 11/15/2019 |
| Griffin, Richard | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 8/26/2019 | 11/15/2019 |
| Grant, Alyssa | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 11/26/2019 | 2/21/2020 |
| Honey, Lanetta | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 12/16/2019 | 8/28/2020 |
| Martinez, Thomas | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 10/6/2014 | 4/9/2021 |
| Lacefield, Alyssa | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 2/11/2019 | Present |
| Fitzgerald, Patrick | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 10/26/2015 | Present |
| Blythe, Lori | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 8/19/2019 | 6/4/2021 |
| Brooks, Adam | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 1/27/2020 | Present |
| Draillard, Claude | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 6/22/2020 | Present |
| Olivares, Amber | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 1/25/2021 | 5/28/2021 |
| Rivers, Chris | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 5/17/2021 | Present |
| Forney, Robin | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 3/16/2020 | Present |
| Utz, Justin | 2060 Eagle Parkway | Fort Worth | TX | 76177 | 2/11/2019 | Present |

**In re: GDC Technics, LLC**
**Case No. 21-50484**
SOFA 28 Attachment
Partners, Officers, Directors and Shareholders as of the Petition Date

| Name | Address | City, State, Zip | Position and Nature of Any Interest | % of Interest, if any |
|------|---------|------------------|-------------------------------------|-----------------------|
| Bradley Foreman | 2060 Eagle Pkwy | Fort Worth, TX 76177 | CEO | 0% |
| Bryan Moss | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Director | 0% |
| Carl Moore | 2060 Eagle Pkwy | Fort Worth, TX 76177 | CRO | 0% |
| Claude Draillard | 2060 Eagle Pkwy | Fort Worth, TX 76177 | CFO | 0% |
| Hossein Moussavi | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Director | 0% |
| Joshua Phillips | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Director | 0% |
| Justin Utz | 2060 Eagle Pkwy | Fort Worth, TX 76177 | COO | 0% |
| Michael Hewitt | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Director | 0% |
| Mohammed Alzeer | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Director | 0% |
| Oriole Aviation, LLC | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Sole Member | 100% |
| Robyn Larson | 2060 Eagle Pkwy | Fort Worth, TX 76177 | Sr. Director | 0% |