**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **(Chapter 11)** |
| GDC TECHNICS, LLC, | § | |
| | § | **Case No. 21-50484-cag** |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

Notice is hereby given that Trey Crawford, Dave F. Wishnew, Cameron E. Jean and the law firm of Crawford, Wishnew & Lang PLLC ("**CWL**") hereby enter their appearance as counsel of record on behalf of creditor, Ahmed Bashir, in his capacity as the Relator and in the name of the United States ("**Relator**"), in all further proceedings in the above-referenced matter.

Relator respectfully requests that all notices, pleadings, proposed orders, confirmed copies of orders, and all other notices given or required to be given in these proceedings be directed to and served upon Mr. Crawford, Mr. Wishnew, Mr. Jean and CWL as follows:

**CRAWFORD, WISHNEW & LANG PLLC**
Trey Crawford (Texas State Bar No. 24059623)
tcrawford@cwl.law
Dave F. Wishnew (Texas State Bar No. 24052039)
dwishnew@cwl.law
Cameron E. Jean (Texas State Bar No. 24097883)
cjean@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, hand delivery, electronic means, or otherwise. This also includes notice of any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 2017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Dated: August 18, 2021,  Respectfully submitted,

CRAWFORD, WISHNEW & LANG PLLC

By: */s/ Trey Crawford*
**Trey Crawford**
Texas State Bar No. 24059623
tcrawford@cwl.law
**Dave F. Wishnew**
Texas State Bar No. 24052039
dwishnew@cwl.law
**Cameron E. Jean**
Texas State Bar No. 24097883
cjean@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

**ATTORNEYS FOR RELATOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2021, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Trey Crawford*
Trey Crawford