IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| GDC TECHNICS, LLC, | § | |
| | § | Case No. 21-50484 |
| Debtor. | § | |

**AGREED MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER AMONG
(A) THE DEBTOR, (B) RELATOR AHMED BASHIR, AND
(C) EMERALD AEROSPACE, LLC, EXTENDING RESPONSE DEADLINE**

1. GDC Technics, LLC (the "Debtor"), United States of America ex. Rel Ahmed Bashir ("Relator"), and Emerald Aerospace, LLC ("Aerospace") respectfully request that the Court enter the *Stipulation and Agreed Order among (A) the Debtor, (B) Relator Ahmed Bashir, and (C) Emerald Aerospace, LLC, Extending Response Deadline* (the "Deadline Extension Order") attached hereto as **Exhibit A**.

2. On August 25, 2021, Debtor filed *Objection to Claim No. 122 of the United States of America Ex. Rel Ahmed Bashir with Notice thereof, (30 Day Objection Language)* (Docket No. 366) and *Objection to Claim No. 129 of Emerald Aerospace, LLC with Notice thereof, (30 Day Objection Language)* (Docket No. 367) (together, the "Claims Objections"). The Claims Objections include language setting a thirty (30) day response deadline. The deadline for responses is currently September 24, 2021. The proposed Agreed Order extends the deadline for responses to the Claims Objections by fourteen (14) days.

3. The Debtor, Relator, and Emerald have each agreed to the terms of the Deadline Extension Order.

WHEREFORE, the Debtor respectfully requests that the Court enter the Deadline Extension Order attached hereto as **Exhibit A** and grant such other relief as the Court deems just.

Respectfully submitted this 21st day of September, 2021.

| /s/ Scott Lawrence | /s/ Thomas Berghman |
|---|---|
| Jason M. Rudd, Tex. Bar No. 24028786 | Davor Rukavina, Tex. Bar No. 24030781 |
| Scott D. Lawrence, Tex. Bar No. 24087896 | Thomas D. Berghman, Tex. Bar No. 24082683 |
| **WICK PHILLIPS GOULD & MARTIN, LLP** | **Munsch Hardt Kopf & Harr, P.C.** |
| 3131 McKinney Avenue, Suite 500 | 500 N. Akard St., Suite 3800 |
| Dallas, TX 75204 | Dallas, TX 75204 |
| Phone: (214) 692-6200 | Phone: (214) 855-7500 |
| Fax: (214) 692-6255 | Fax: (214) 855-7584 |
| Email: jason.rudd@wickphillips.com | Email: drukavina@munsch.com |
| scott.lawrence@wickphillips.com | tberghman@munsch.com |
| *Counsel to the Debtor and Debtor in Possession* | *Counsel to Relator Bashir and Emerald Aerospace, LLC* |

## CERTIFICATE OF SERVICE

I certify that on September 21, 2021, a true and correct copy of the foregoing document was served on the parties on the attached service list, via email to the email addresses for the parties noted on the attached service list.

/s/ Thomas Berghman
Thomas D. Berghman, Esq.

# EXHIBIT A

**Deadline Extension Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| GDC TECHNICS, LLC, § | |
| § | Case No. 21-50484 |
| Debtor. § | |

**STIPULATION AND AGREED ORDER AMONG
(A) THE DEBTOR, (B) RELATOR AHMED BASHIR, AND
(C) EMERALD AEROSPACE, LLC, EXTENDING RESPONSE DEADLINE**

This Stipulation and Agreed Order is entered into by and among: (a) GDC Technics, LLC (the "Debtor"); (b) United States of America ex. Rel Ahmed Bashir ("Relator"); and (c) Emerald Aerospace, LLC ("Emerald" and, collectively with the Debtor and Relator, the "Parties"). The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 18, 2021, Relator and Emerald filed proofs of claims 122 and 129 in this Bankruptcy Case.

WHEREAS, on August 25, 2021, Debtor filed *Objection to Claim No. 122 of the United States of America Ex. Rel Ahmed Bashir with Notice thereof, (30 Day Objection Language)* (Docket No. 366) (the "Relator Claim Objection").

WHEREAS, on August 25, 2021, Debtor filed *Objection to Claim No. 129 of Emerald Aerospace, LLC with Notice thereof, (30 Day Objection Language)* (Docket No. 367) (the "Emerald Claim Objection" and, together with the Relator Claim Objection, the "Claims Objections").

WHEREAS, the current deadline to respond to the Claims Objections is September 24, 2021.

WHEREAS, the Parties are currently engaged in negotiations and wish to extend the response deadline as to the Claims Objections.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The deadline to respond to the Claims Objections shall be extended by 14 days.

2. Any response to the Claims Objections shall be filed no later than October 8, 2021.

3. Each Party represents that it possesses full power and authority to execute, deliver, and perform their respective obligations under this Stipulation and Agreed Order, and that each person executing this Stipulation and Agreed Order on its behalf is duly authorized to execute and deliver this Stipulation and Agreed Order.

4. This Stipulation and Agreed Order may be executed in identical counterparts, including by email, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

IT IS SO ORDERED

# # # END OF ORDER # # #

IN WITNESS WHEREOF, the Debtor, Relator Ahmed Bashir, and Emerald, by their respective authorized counsel, executed this Stipulation and Agreed Order as of the date written below.

Dated: September 21, 2021.

| | |
|---|---|
| */s/ Scott Lawrence* | */s/ Thomas Berghman* |
| Jason M. Rudd, Tex. Bar No. 24028786 | Davor Rukavina, Tex. Bar No. 24028786 |
| Scott D. Lawrence, Tex. Bar No. 24087896 | Thomas D. Berghman, Tex. Bar No. 24082683 |
| **WICK PHILLIPS GOULD & MARTIN, LLP** | **Munsch Hardt Kopf & Harr, P.C.** |
| 3131 McKinney Avenue, Suite 500 | 500 N. Akard St., Suite 3800 |
| Dallas, TX 75204 | Dallas, TX 75204 |
| Phone: (214) 692-6200 | Phone: (214) 855-7500 |
| Fax: (214) 692-6255 | Email: drukavina@munsch.com |
| Email: jason.rudd@wickphillips.com | tberghman@munsch.com |
| scott.lawrence@wickphillips.com | |
| | |
| *Counsel to the Debtor* | *Counsel to Relator Bashir and Emerald* |
| *and Debtor in Possession* | *Aerospace, LLC* |

**Debtor**

GDC Technics, LLC
2060 Eagle Pkwy.
Fort Worth, TX 76177

Wick Phillips Gould & Martin, LLP
Attn: Jason M. Rudd
3131 McKinney Ave, Suite 500
Dallas, TX 75204
jason.rudd@wickphillips.com

**Secured Creditor**

Weil, Gotschal & Manges, LLP
Attn: Clifford Carlson & Alfredo Perez
700 Louisiana, Suite 1700
Houston, TX 77002-2784
Alfredo.Perez@weil.com
Clifford.Carlson@weil.com
Gabriel.Morgan@weil.com
Ramsey.Scofield@weil.com

**Parties in Interest**

U.S. Attorney's Office
Attn: Steven Bass
601 NW Loop 410, Suite 600
San Antonio, TX 78216
Steven.Bass@usdoj.gov

MAZAV Management
c/o Waller Lansden Dortsch & Davis, LLP
Attn: Eric Taube & Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX 78701
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
trip.nix@wallerlaw.com

Denton County
c/o McCreary Veselka Bragg & Allen, PC
Attn: Tara LeDay
PO Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

**United States Trustee**

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Office of The United States Trustee
Attn: Shane Tobin
903 San Jacinto Blvd, Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov

GDC Investco, LP
2021 McKinney Ave., Suite 1200
Dallas, TX 75201
Alfredo.Perez@weil.com
Clifford.Carlson@weil.com
Gabriel.Morgan@weil.com
Ramsey.Scofield@weil.com
Jenae.ward@weil.com

Bexar County
c/o Linebarger Goggan Blair & Sampson LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Northwest ISD
c/o Linebarger Goggan Blair & Sampson LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Dell Financial Services, LLC
c/o Streusand Landon Ozburn & Lemmon LLP
Attn: Richard Villa
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
villa@slollp.com

Oracle America, Inc.
c/o Buchalter, a Professional Corporation
Attn: Shawn M. Christianson
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Cotney Aerospace, LLC
c/o J. Michael McBride, PC
6420 Southwest Blvd., Suite 112
Fort Worth, TX 76109
enotices@mcbridelegal.com

Dell Financial Services, LLC
Mail Stop-PS2DF-23, One Dell Way
Round Rock, TX 78682
villa@slollp.com

Thinkom Solutions, Inc.
Attn: Matt Turk
4881 West 145th Street
Hawthorne, CA 90250
matt.turk@thinkom.com

Signature Plating, Ltd.
c/o Law Offices of William B. Kingman, PC
William B. Kingman
3511 Broadway
San Antonio, TX 78209
bkingman@kingmanlaw.com

Official Committee of Unsecured Creditors
Troutman Pepper Hamilton Sanders, LLP
Attn: Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI 48075
deborah.kovsky@troutman.com
robert.hertzberg@troutman.com

Texas Comptroller of Public Accounts
Revenue Accounting Division
Attn: Kimberly A. Walsh
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX 12548
kimberly.walsh@oag.texas.gov

Canon Financial Services, Inc.
Fleischer Fleischer & Suglia, PC
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, JN 08053
Nsuglia @fleischerlaw.com

Federal Express Corporation
Langley & Banack Inc.
Attn: David S. Gragg
Trinity Plaza II, Suite 700
745 Mulberry
San Antonio, TX 78212
dgragg@langleybanack.com

Federal Express Corporation
3620 Hack Cross Road, Bldg. B, 3rd Fl
Memphis, TX 38125
michael.siedband@fedex.com

Weil Gotshal & Manges, LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
jenae.ward@weil.com

GracoRoberts
The James Firm, PLLC
Attn: Amber L. James
1316 5th Avenue
Fort Worth, TX 76104
amberjames@wtxlaw.com

Strom Aviation, Inc.
Maris & Lanier, PC
Attn: Robert Maris
12336 Brittany Circle
Dallas, TX 75230
rmaris@marislanier.com

BRG
Attn: Joe Vizzini, Jay Borow, Andrew Cowie and Josh Denenberg
810 Seventh Avenue, Suite 4100
New York, NY 10019
jvizzini@thinkbrg.com
jborow@thinkbrg.com
acowie@thinkbrg.com
jdenenberg@thinkbrg.com

Tom Kennedy
4568 Tuscany Dr
Plano, TX 75093
tom.kenney@msci.aero

Ahmed Bashir
Crawford Wishnew & Lang, PLLC
Trey Crawford, Dave Wishnew & Cameron Jean
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
tcrawford@cwl.law
dwishnew@cwl.law
cjean@cwl.law

Mammoth Freighters
Law Offices of Ray Battaglia, PLLC
Attn: Ray Battaglia
66 Granburg Circle
San Antonio, TX 78218
Rbattaglialaw@outlook.com

U.S. Bank National Association
c/o Padfield & Stout, LLP
Attn: Christopher V. Arisco
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102
carisco@padfieldstout.com
mstout@padfieldstout.com

SierraConstellation Partners
Attn: Carl Moore and Isabella Montani
355 S. Grand Avenue, Suite 1450
Los Angeles, CA 90071
cmoore@scpllc.com
imontani@scpllc.com

SafeWork LLC
Ghidotti Berger Attn: Chase Berger
9720 Coit Road, Suite 220-228
Plano, TX 75025
Bknotifications@ghidottiberger.com

Mammoth Freighters
Gibson Dunn Crutcher LLP
Attn: John Conte, Keith Martorana, Scott Greenberg, and Collin Ray
200 Park Avenue
New York, NY 10166
jconte@gibsondunn.com
kmartorana@gibsondunn.com
cdray@gibsondunn.com
sgreenberg@gibsondunn.com

**20 Largest Unsecured Creditors**

Agente Technical, LLC
c/o Dykema Gossett, PLLC
Attn: Patrick Huffstickler
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
phuffstickler@dykema.com

Agente Technical, LLC
714 Centerpark Drive, Suite 140
Colleyville, TX 76034
Bodeneal@agentetech.com

Aces-Aviation Consulting Experts Inc.
c/o Crown Financial LLC
16420 Park Ten Pl #125
Houston, TX 77084
angie@aviationaces.net

Air Cabin Engineering Inc.
231 W Blueridge Ave
Orange, CA 92865
Markus@aircabin.com

City of Fort Worth
Attn: Leann D. Guzman
200 Texas Street
Fort Worth, TX 76102
sarah.fullenwider@fortworthtexas.gov

City of Fort Worth
Attn: Christopher B. Mosley
200 Texas Street
Fort Worth, TX 76102
Chris.Mosley@fortworthtexas.gov

Avox Systems, Inc.
225 Erie St
Lancaster, NY 14086
Toni.Brooks@safrangroup.com

B/E Aerospace (Lighting Division)
88269 Expedite Way
Chicago, IL 60695-0001
eric.beverage@collins.com

Boeing Commercial Airplanes
PO Box 277851
Atlanta, GA 30384-7851
pmgreen@jonesday.com
makairis@jonesday.com
cthatch@jonesday.com
cdipompeo@jonesday.com
rwhamilton@jonesday.com
mccorcoran@jonesday.com

Delta Air Lines, Inc.
Legal Dept 981
1030 Delta Blvd.
Atlanta, GA 30354
david.cartee@delta.com

Enflite, Inc.
105 Cooperative Way
Georgetown, TX 78626
kevin@enflite.com

Goodrich Cabin Systems-Booth Veneers
PO Box 846118
Dallas, TX 75284-6118
mike.cundiff@collins.com

Jormac Aerospace
11221 69th Street North
Largo, FL 33773-5504
Colt.Mehler@jormac.com

KLDiscovery Ontrack, LLC
Attn: Ejaye Haley
8201 Greensboro Dr, Suite 300
McLean, VA 22102
Ejaye.Haley@kldiscovery.com

Kontron America, Inc.
9477 Waples St., Suite 150
San Diego CA 92121
steve.wingis@us.kontron.com
jenette.carlson@us.kontron.com
ana.torres@us.kontron.com
tim.revers@us.kontron.com

Pac Seating Systems Inc.
3370 SW 42nd Ave.
Palm City, FL 34990
Eidson@pac-fl.com

Port Authority of San Antonio
Davidson Troilo Ream & Garza, PC
Attn: Richard E. Hettinger
601 NW Loop 410, Ste. 100
San Antonio, TX 78216-5511
rhettinger@dtrglaw.com

Satcom Direct Avionics, ULC
Cedar Business Services
Attn: Oscar Islas
5230 Las Virgenes Rd, Suite 210
Calabasas, CA 91302
Oscar.islas@cedarsbiz.com

The Boeing Company
Jones Day Attn: Paul M. Green
717 Texas, Suite 3300
Houston, TX 77002
pmgreen@jonesday.com
hlennox@jonesday.com
ozeltner@jonesday.com

Vinson & Elkins LLP
Attn: William Wallander and Kristie Duchesne
Trammell Crow Center
2001 Ross Ave., Ste. 3900
Dallas, TX 75201
bwallander@velaw.com
kduchesne@velaw.com

Transtar Aircraft Interiors, LLC
1184 Corporate Dr. W, Suite A
Arlington, TX 76006
danny.wintz@dfwaircraft.com

Transtar Aircraft Interiors, LLC
c/o Jackson Walker, LLP
Attn: Michael S. Held & J. Machir Stull
2323 Ross Ave., Suite 600
Dallas, TX 75201
mheld@jw.com
mstull@jw.com

Weaver and Tidwell, LLP
Attn: Frank McElroy
24 Greenway Plaza, Suite 1800
Houston, TX 77046
frank.mcelroy@weaver.com