**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Chapter 11** |
| GDC TECHNICS, LLC, § | |
| § | **Case No. 21-50484** |
| Debtor. § | |

## NOTICE OF EXCESS ASSET SALE

PLEASE TAKE NOTICE that on August 19, 2021, the Court entered the *Order Approving Procedures for Sale or Abandonment of Property* (ECF No. 352, the "Sale Procedures Order"). Pursuant to the Sale Procedures Order, attached hereto is a list of excess assets the Debtor proposes to sell (this "Notice").

PLEASE TAKE NOTICE that pursuant to the *Findings of Fact, Conclusions of Law, and Order Confirming Debtor's Amended Chapter 11 Plan* (ECF No. 460, the "Confirmation Order"), the Reorganized Debtor entered into the *Credit and Security Agreement* (the "Exit Credit Agreement") dated as of October 8, 2021, with CF GDC LLC as Lender (the "Lender"). By the Exit Credit Agreement, the Lender holds a lien on substantially all of the Debtor's assets, including inventory and equipment.

PLEASE TAKE NOTICE that parties objecting to this Notice must file and serve a written objection so that such objection is filed with the Bankruptcy Court and is actually received by the Debtor no later than five (5) business days after the date of this Notice. The objecting party shall attach a copy of this Notice to its objection. If no objection to this Notice is timely filed, the Debtor is authorized to immediately proceed as proposed in this Notice. If a timely objection to this Notice is filed and not withdrawn or resolved, the Debtor shall file a notice of hearing to consider the unresolved objection. If such objection is overruled or withdrawn, or if the sale of property

contemplated in this Notice is specifically approved by the Bankruptcy Court, the Debtor is authorized to immediately consummate such transaction.

Dated: October 27, 2021

Respectfully submitted,

 /s/ Scott D. Lawrence
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

-and-

Lauren K. Drawhorn, Tex. Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Email: lauren.drawhorn@wickphillips.com

*Counsel to the Debtor
and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2021, a true and correct copy of the foregoing document was served on the parties on the attached service list, via email to the email addresses for the parties noted on the attached service list.

 /s/ Scott D. Lawrence
Scott D. Lawrence

| DESCRIPTION | QTY | UOM | Terms | Offer | Buyer | Relatonship to GDC |
|---|---|---|---|---|---|---|
| JET VERTICAL BANDSAW | 1 | EA | N15 | $300.00 | AEROBLAZE | GDC SUPPLIER |
| BLIND | 1 | EA | N7 | $800.00 | GREAT LAKES GLOBAL | 3RD PARTY |
| STRAINER ASSY | 1 | EA | N7 | $967.03 | CRESTWOOD TECHNOLOGY | GDC SUPPLIER |
| CONNECTOR | 6 | EA | N7 | $384.00 | AIR CABIN ENGINEERING | GDC SUPPLIER |
| MOUNTING CLIPS | 250 | EA | N7 | $875.00 | SR AEROSPACE | 3RD PARTY |
| INDICATOR | 1 | EA | N7 | $670.00 | JET AIR WEST | 3RD PARTY |
| SIDE WALL STRIPS | 10 | EA | N7 | $1,500.00 | WINGS AIR SUPPLIRT | 3RD PARTY |
| DELL 27" MONITOR | 1 | EA | CIA | $175.00 | SCOTT FARNSWORTH | EMPLOYEE |
| LIFE VESTS | 272 | EA | N10 | $12,240.00 | AQUIA AEROSPACE | 3RD PARTY |

**Debtor**

GDC Technics, LLC
2060 Eagle Pkwy.
Fort Worth, TX 76177

Wick Phillips Gould & Martin, LLP
Attn: Jason M. Rudd
3131 McKinney Ave, Suite 500
Dallas, TX 75204
jason.rudd@wickphillips.com

**Secured Creditor**

Weil, Gotschal & Manges, LLP
Attn: Clifford Carlson & Alfredo Perez
700 Louisiana, Suite 1700
Houston, TX 77002-2784
Alfredo.Perez@weil.com
Clifford.Carlson@weil.com
Gabriel.Morgan@weil.com
Ramsey.Scofield@weil.com

**Parties in Interest**

U.S. Attorney's Office
Attn: Steven Bass
601 NW Loop 410, Suite 600
San Antonio, TX 78216
Steven.Bass@usdoj.gov

MAZAV Management
c/o Waller Lansden Dortsch & Davis, LLP
Attn: Eric Taube & Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX 78701
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
trip.nix@wallerlaw.com

Denton County
c/o McCreary Veselka Bragg & Allen, PC
Attn: Tara LeDay
PO Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

**United States Trustee**

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Office of The United States Trustee
Attn: Shane Tobin
903 San Jacinto Blvd, Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov

GDC Investco, LP
2021 McKinney Ave., Suite 1200
Dallas, TX 75201
Alfredo.Perez@weil.com
Clifford.Carlson@weil.com
Gabriel.Morgan@weil.com
Ramsey.Scofield@weil.com
Jenae.ward@weil.com

Bexar County
c/o Linebarger Goggan Blair & Sampson LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Northwest ISD
c/o Linebarger Goggan Blair & Sampson LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Dell Financial Services, LLC
c/o Streusand Landon Ozburn & Lemmon LLP
Attn: Richard Villa
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
villa@slollp.com

| | |
|---|---|
| Oracle America, Inc.<br>c/o Buchalter, a Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com | Cotney Aerospace, LLC<br>c/o J. Michael McBride, PC<br>6420 Southwest Blvd., Suite 112<br>Fort Worth, TX 76109<br>enotices@mcbridelegal.com |
| Dell Financial Services, LLC<br>Mail Stop-PS2DF-23, One Dell Way<br>Round Rock, TX 78682<br>villa@slollp.com | Thinkom Solutions, Inc.<br>Attn: Matt Turk<br>4881 West 145th Street<br>Hawthorne, CA 90250<br>matt.turk@thinkom.com |
| Signature Plating, Ltd.<br>c/o Law Offices of William B. Kingman, PC<br>William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209<br>bkingman@kingmanlaw.com | Official Committee of Unsecured Creditors<br>Troutman Pepper Hamilton Sanders, LLP<br>Attn: Deborah Kovsky-Apap<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>deborah.kovsky@troutman.com<br>robert.hertzberg@troutman.com |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Attn: Kimberly A. Walsh<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin, TX 12548<br>kimberly.walsh@oag.texas.gov | Canon Financial Services, Inc.<br>Fleischer Fleischer & Suglia, PC<br>Four Greentree Centre<br>601 Route 73 N., Suite 305<br>Marlton, JN 08053<br>Nsuglia @fleischerlaw.com |
| Federal Express Corporation<br>Langley & Banack Inc.<br>Attn: David S. Gragg<br>Trinity Plaza II, Suite 700<br>745 Mulberry<br>San Antonio, TX 78212<br>dgragg@langleybanack.com | Federal Express Corporation<br>3620 Hack Cross Road, Bldg. B, 3rd Fl<br>Memphis, TX 38125<br>michael.siedband@fedex.com |
| Weil Gotshal & Manges, LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201<br>jenae.ward@weil.com | GracoRoberts<br>The James Firm, PLLC<br>Attn: Amber L. James<br>1316 5th Avenue<br>Fort Worth, TX 76104<br>amberjames@wtxlaw.com |

| | |
|---|---|
| Strom Aviation, Inc.<br>Maris & Lanier, PC<br>Attn: Robert Maris<br>12336 Brittany Circle<br>Dallas, TX 75230<br>rmaris@marislanier.com | U.S. Bank National Association<br>c/o Padfield & Stout, LLP<br>Attn: Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102<br>carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| BRG<br>Attn: Joe Vizzini, Jay Borow, Andrew Cowie and Josh Denenberg<br>810 Seventh Avenue, Suite 4100<br>New York, NY 10019<br>jvizzini@thinkbrg.com<br>jborow@thinkbrg.com<br>acowie@thinkbrg.com<br>jdenenberg@thinkbrg.com | SierraConstellation Partners<br>Attn: Carl Moore and Isabella Montani<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071<br>cmoore@scpllc.com<br>imontani@scpllc.com |
| Tom Kennedy<br>4568 Tuscany Dr<br>Plano, TX 75093<br>tom.kenney@msci.aero | SafeWork LLC<br>Ghidotti Berger Attn: Chase Berger<br>9720 Coit Road, Suite 220-228<br>Plano, TX 75025<br>Bknotifications@ghidottiberger.com |
| Ahmed Bashir<br>Crawford Wishnew & Lang, PLLC<br>Trey Crawford, Dave Wishnew & Cameron Jean<br>1700 Pacific Avenue, Suite 2390<br>Dallas, TX 75201<br>tcrawford@cwl.law<br>dwishnew@cwl.law<br>cjean@cwl.law | Mammoth Freighters<br>Gibson Dunn Crutcher LLP<br>Attn: John Conte, Keith Martorana, Scott Greenberg, and Collin Ray<br>200 Park Avenue<br>New York, NY 10166<br>jconte@gibsondunn.com<br>kmartorana@gibsondunn.com<br>cdray@gibsondunn.com<br>sgreenberg@gibsondunn.com |
| Mammoth Freighters<br>Law Offices of Ray Battaglia, PLLC<br>Attn: Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218<br>Rbattaglialaw@outlook.com | Jeffrey Prostok<br>Matt Maben<br>Forshey & Prostok, LLP<br>777 Main Street, Suite 1550<br>Fort Worth, Texas 761102<br>jprostok@forsheyprostok.com<br>mmaben@forsheyprostok.com |

Jack A. Raisner
René S. Roupinian
Isaac Raisner
Raisner Roupinian, LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
rsr@raisnerroupinian.com
jar@raisnerroupinian.com
isr@raisnerroupinian.com

**20 Largest Unsecured Creditors**

Agente Technical, LLC
c/o Dykema Gossett, PLLC
Attn: Patrick Huffstickler
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
phuffstickler@dykema.com

Agente Technical, LLC
714 Centerpark Drive, Suite 140
Colleyville, TX 76034
Bodeneal@agentetech.com

Aces-Aviation Consulting Experts Inc.
c/o Crown Financial LLC
16420 Park Ten Pl #125
Houston, TX 77084
angie@aviationaces.net

Air Cabin Engineering Inc.
231 W Blueridge Ave
Orange, CA 92865
Markus@aircabin.com

City of Fort Worth
Attn: Leann D. Guzman
200 Texas Street
Fort Worth, TX 76102
sarah.fullenwider@fortworthtexas.gov

City of Fort Worth
Attn: Christopher B. Mosley
200 Texas Street
Fort Worth, TX 76102
Chris.Mosley@fortworthtexas.gov

Avox Systems, Inc.
225 Erie St
Lancaster, NY 14086
Toni.Brooks@safrangroup.com

B/E Aerospace (Lighting Division)
88269 Expedite Way
Chicago, IL 60695-0001
eric.beverage@collins.com

Boeing Commercial Airplanes
PO Box 277851
Atlanta, GA 30384-7851
pmgreen@jonesday.com
makairis@jonesday.com
cthatch@jonesday.com
cdipompeo@jonesday.com
rwhamilton@jonesday.com
mccorcoran@jonesday.com

Delta Air Lines, Inc.
Legal Dept 981
1030 Delta Blvd.
Atlanta, GA 30354
david.cartee@delta.com

Enflite, Inc.
105 Cooperative Way
Georgetown, TX 78626
kevin@enflite.com

Jormac Aerospace
11221 69th Street North
Largo, FL 33773-5504
Colt.Mehler@jormac.com

Kontron America, Inc.
9477 Waples St., Suite 150
San Diego CA 92121
steve.wingis@us.kontron.com
jenette.carlson@us.kontron.com
ana.torres@us.kontron.com
tim.revers@us.kontron.com

Port Authority of San Antonio
Davidson Troilo Ream & Garza, PC
Attn: Richard E. Hettinger
601 NW Loop 410, Ste. 100
San Antonio, TX 78216-5511
rhettinger@dtrglaw.com

The Boeing Company
Jones Day Attn: Paul M. Green
717 Texas, Suite 3300
Houston, TX 77002
pmgreen@jonesday.com
hlennox@jonesday.com
ozeltner@jonesday.com

Transtar Aircraft Interiors, LLC
1184 Corporate Dr. W, Suite A
Arlington, TX 76006
danny.wintz@dfwaircraft.com

Goodrich Cabin Systems-Booth Veneers
PO Box 846118
Dallas, TX 75284-6118
mike.cundiff@collins.com

KLDiscovery Ontrack, LLC
Attn: Ejaye Haley
8201 Greensboro Dr, Suite 300
McLean, VA 22102
Ejaye.Haley@kldiscovery.com

Pac Seating Systems Inc.
3370 SW 42nd Ave.
Palm City, FL 34990
Eidson@pac-fl.com

Satcom Direct Avionics, ULC
Cedar Business Services
Attn: Oscar Islas
5230 Las Virgenes Rd, Suite 210
Calabasas, CA 91302
Oscar.islas@cedarsbiz.com

Vinson & Elkins LLP
Attn: William Wallander and Kristie Duchesne
Trammell Crow Center
2001 Ross Ave., Ste. 3900
Dallas, TX 75201
bwallander@velaw.com
kduchesne@velaw.com

Transtar Aircraft Interiors, LLC
c/o Jackson Walker, LLP
Attn: Michael S. Held & J. Machir Stull
2323 Ross Ave., Suite 600
Dallas, TX 75201
mheld@jw.com
mstull@jw.com

Weaver and Tidwell, LLP
Attn: Frank McElroy
24 Greenway Plaza, Suite 1800
Houston, TX 77046
frank.mcelroy@weaver.com